UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

TOP DOG CAR WASH, LLC )
)
     Plaintiff )
vs )    Case No. 1:24-cv-1312
)
THE CELINA MUTUAL INSURANCE )
COMPANY )
)
     Defendant. )

## EXHIBITS TO NOTICE OF REMOVAL

# EXHIBIT 1

This is not the official court record. Official records of court proceedings may only be obtained directly from the court maintaining a particular record.

## Top Dog Car Wash, LLC v. The Celina Mutual Insurance Company

| | |
|---|---|
| Case Number | 03D02-2406-PL-003584 |
| Court | Bartholomew Superior Court 2 |
| Type | PL - Civil Plenary |
| Filed | 06/28/2024 |
| Status | 06/28/2024 , Pending  (active) |

## Parties to the Case

Defendant   The Celina Mutual Insurance Company

Address
c/o Corporation Service Company, Registered Agent
135 N. Pennsylvania Street, Suite 1610
Indianapolis, IN 46204-2448

Attorney
Katherine Marie Haire
*#3133049, Lead, Retained*

Reminger CO., L.P.A.
8909 Purdue Rd, College Park Plaza
Suite 200
Indianapolis, IN 46268
317-352-5240(W)

Attorney
Timothy Bernard Spille
*#3226115, Retained*

REMINGER CO LPA
525 Vine Street - Suite 1700
Cincinnati, OH 45202
513-455-4052(W)

Plaintiff     Top Dog Car Wash, LLC

<u>Attorney</u>
Michael Lee Schultz
*#2036149, Lead, Retained*

251 N. Illinois St. Suite 1800
Indianapolis, IN 46204
317-269-2500(W)

<u>Attorney</u>
Jackson Alexander Hughes
*#3822649, Retained*

Parr Richey Frandsen Patterson Kruse LLP
251 North Illinois Street, Suite 1800
Indianapolis, IN 46204
317-269-2500(W)

## Chronological Case Summary

| | |
|---|---|
| 06/28/2024 | **Case Opened as a New Filing** |

| 06/28/2024 | **Appearance Filed** |
|---|---|
| | E-filing Appearance of Michael L. Schultz and Jackson A. Hughes |
| For Party: | Top Dog Car Wash, LLC |
| File Stamp: | 06/28/2024 |

| 06/28/2024 | **Complaint/Equivalent Pleading Filed** |
|---|---|
| | Top Dog Car Wash, Complaint.pdf |
| | Top Dog Car Wash, Exhibit A to Complaint - Policy.pdf |
| | Complaint |
| Filed By: | Top Dog Car Wash, LLC |
| File Stamp: | 06/28/2024 |

| 06/28/2024 | **Subpoena/Summons Issued** |
|---|---|
| | Summons to Defendant, The Celina Mutual Insurance Company |
| Party: | Top Dog Car Wash, LLC |
| File Stamp: | 06/28/2024 |

| 07/17/2024 | **Appearance Filed** |
|---|---|
| | Appearance of Katherine Haire & Timothy Spille for Defendant |
| For Party: | The Celina Mutual Insurance Company |
| File Stamp: | 07/16/2024 |

| 07/17/2024 | **Motion for Enlargement of Time Filed** |
|---|---|
| | Defendant's Unopposed Motion for Enlargement of Time to File Responsive Pleading |
| Filed By: | The Celina Mutual Insurance Company |
| File Stamp: | 07/16/2024 |

| 07/17/2024 | **Order Granting Motion for Enlargement of Time** |
|---|---|
| | Defendant has until 8.28.24 to respond to complaint |
| Order Signed: | 07/17/2024 |

07/18/2024    **Automated ENotice Issued to Parties**

Order Granting Motion for Enlargement of Time ---- 7/17/2024 : Jackson Alexander Hughes;Katherine Marie Haire;Michael Lee Schultz;Timothy Bernard Spille

## Financial Information

\* Financial Balances reflected are current representations of transactions processed by the Clerk's Office. Please note that any balance due does not reflect interest that has accrued – if applicable – since the last payment. For questions/concerns regarding balances shown, please contact the Clerk's Office.

### Top Dog Car Wash, LLC

Plaintiff

**Balance Due** (as of 08/02/2024)

**0.00**

#### Charge Summary

| Description | Amount | Credit | Payment |
|---|---|---|---|
| Court Costs and Filing Fees | 232.00 | 0.00 | 232.00 |

#### Transaction Summary

| Date | Description | Amount |
|---|---|---|
| 06/28/2024 | Transaction Assessment | 232.00 |
| 06/28/2024 | Electronic Payment | (232.00) |

This is not the official court record. Official records of court proceedings may only be obtained directly from the court maintaining a particular record.

Bartholomew Superior Court 2

| | | |
|---|---|---|
| STATE OF INDIANA | ) | IN THE BARTHOLOMEW _____ OURT |
| | ) SS: | 03D02-2406-PL-003584 |
| COUNTY OF BARTHOLOMEW | ) | CAUSE NO. _____ |

| | |
|---|---|
| TOP DOG CAR WASH, LLC, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) |
| | ) |
| THE CELINA MUTUAL INSURANCE | ) |
| COMPANY | ) |
| | ) |
| | ) |
| Defendant. | ) |

## E-FILING APPEARANCE BY ATTORNEY IN CIVIL CASE

### Party Classification:   Initiating

1.      The undersigned attorney and all attorneys listed on this form now appear in this case for the following party:

Plaintiff, Top Dog Car Wash, LLC

2.      Applicable attorney information for service as required by Ind.Trial Rule 5(B)(2) and for case information as required by T.R. 3.1 and T.R. 77(B):

Michael L. Schultz, 20361-49
Jackson A. Hughes, 38226-49
PARR RICHEY FRANDSEN PATTERSON
  KRUSE LLP
251 North Illinois Street, Suite 1800
Indianapolis, IN 46204-4216
Telephone:     (317) 269-2500
Facsimile:     (317) 269-2514
Email:            mschultz@parrlaw.com
                     jhughes@parrlaw.com

**IMPORTANT**:  Each attorney specified on this appearance:

(a)      certifies that the contact information listed for him/her on the Indiana Supreme Court Roll of Attorneys is current and accurate as of the date of this Appearance;

7251890

       (b)     **acknowledges that all orders, opinions, and notices from the court in this matter that are served under Trial Rule 86(G) will be sent to the attorney at the email address(es) specified by the attorney on the Roll of Attorneys regardless of the contact information listed above for the attorney**; and

       (c)     understands that he/she is solely responsible for keeping his/her Roll of Attorneys contact information current and accurate, see Ind. Admis. Disc. R. 2(A).

Attorneys can review and update their Roll of Attorneys contact information on the Courts Portal at http://portal.courts.in.gov.

3.     This is a **PL** case type under Administrative Rule 8(B)(3).

4.     This case involves child support issues.  ____ No __X__ *(If yes, supply social security numbers for all family members on a separately attached document filed as confidential information on **light green paper**. Use Form TCM-TR3.1-4.)*

5.     This case involves a protection from abuse order, a workplace violence restraining order, or a no – contact order.  Yes ____ No _X_ *(If Yes, the initiating party must provide an address for the purpose of legal service but that address should not be one that exposes the whereabouts of a petitioner.)*  The party shall use the following address for purposes of legal service:
        _____    Attorney's address
        _____    The Attorney General Confidentiality program address
                   (contact the Attorney General at 1-800-321-1907 or e-mail address is **confidential@atg.in.gov**).
        _____    Another address (provide)
           _____

This case involves a petition for involuntary commitment.  Yes ____ No __X__

6.     If Yes above, provide the following regarding the individual subject to the petition for involuntary commitment:

     a.  Name of the individual subject to the petition for involuntary commitment if it is not already provided in #1 above:
        _____

     b.  State of Residence of person subject to petition: _____

     c.  At least one of the following pieces of identifying information:
       (i)  Date of Birth _____

       (ii) Driver's License Number _____
           State where issued _____ Expiration date _____

7251890

(iii)  State ID number _____
       State where issued _____ Expiration date _____

(iv)  FBI number _____

(v)  Indiana Department of Corrections Number _____

(vi)  Social Security Number is available and is being provided in an attached
       confidential document Yes _____ No _____

7.    There are related cases: Yes _____ No _X_ *(If yes, list on continuation page.)*

8.    Additional information required by local rule:

    _____

9.    There are other party members: Yes _____ No_X_ *(If yes, list on continuation page.)*

10.   This form has been served on all other parties and Certificate of Service is attached:
    Yes_____X_____ No____

Respectfully submitted,


By ____/s/ Michael L. Schultz_____
          Michael L. Schultz, 20361-49
          Jackson A. Hughes, 38226-49
          PARR RICHEY FRANDSEN PATTERSON
           KRUSE LLP
          251 N. Illinois Street, Suite 1800
          Indianapolis, IN 46204-4216
          Telephone:   (317) 269-2500
          Facsimile:    (317) 269-2514
          Email:        mschultz@parrlaw.com
                     jhughes@parrlaw.com

7251890

Case 1:24-cv-01312-RLY-MKK   Document 1-2   Filed 08/02/24   Page 8 of 170 PageID #: 217
Bartholomew Superior Court 2
03D02-2406-PL-003584
Filed: 6/28/2024 12:17 PM
Clerk
Bartholomew County, Indiana

Bartholomew Superior Court 2

| | | |
|---|---|---|
| STATE OF INDIANA | ) | IN THE BARTHOLOMEW _____ COURT |
| | ) SS: | 03D02-2406-PL-003584 |
| COUNTY OF BARTHOLOMEW | ) | CAUSE NO. _____ |

TOP DOG CAR WASH, LLC,      )
                    )
           Plaintiff,      )
                    )
          v.          )
                    )
THE CELINA MUTUAL INSURANCE  )
COMPANY               )
                    )
                    )
          Defendant.    )

## **COMPLAINT**

Top Dog Car Wash, LLC, ("Plaintiff"), by counsel, for its Complaint against The Celina

Mutual Insurance Company ("Defendant") alleges and states as follows:

### **Nature of the Case**

1.     This is an action at law and in equity for damages and injunctive and/or

declaratory relief arising out of the acts and omissions of Defendant.

2.     Plaintiff brings this action pursuant to the common and statutory law of the State

of Indiana.

### **Jurisdiction and Venue**

3.     This Court has jurisdiction over Defendant in accordance with applicable

constitutional principles and Rule 4.4, among others, of the Indiana Rules of Trial Procedure.

4.     Venue is proper in this Court because Defendant routinely conducts business in

Bartholomew County and issued a policy of insurance covering various risks including the risk

of loss and damage to real property and business personal property located in Bartholomew

1

County. The case arises out of damage to and indemnification requested regarding real property and certain business personal property located in Bartholomew County.

**Parties**

5.      Plaintiff is a domestic limited liability company which, at all relevant times, had an insurable interest in real property situated in Indiana and certain business personal property situated thereon for which insurance coverage was sought from Defendant, which insurance was intended to benefit Plaintiff in the operation of Plaintiff's business. Plaintiff's Registered Agent is Amber Wright and its Member is Tim Wright, both of whom are residents and citizens of the State of Indiana.

6.      Defendant was at all relevant times a foreign property and casualty insurance corporation organized and existing under the laws of the State of Ohio and with headquarters and its principal place of business located at 1 Insurance Square, Celina, OH 45822. Upon information and belief, Defendant is licensed to sell insurance in the State of Indiana. Defendant's registered agent for service of process as listed with the Indiana Department of Insurance is Corporation Service Company, 135 N. Pennsylvania St., Suite 1610, Indianapolis, Indiana, 46204, whose email address is listed as sop@cscglobal.com.

**Factual Allegations**

7.      At all times relevant, Plaintiff operated a car wash business located in Bartholomew County at 3059 N. National Rd., Columbus, IN 47201 (hereinafter the "Car Wash") and owned, controlled, operated and had insurable interests in the equipment and business personal property located at the Car Wash and used in connection with Plaintiff's business (hereinafter "Business Personal Property").

2

8.     At all relevant times, Plaintiff had a policy of insurance through Defendant bearing Policy No. 7308396-0 (hereinafter the "Policy") with policy period of December 31, 2021 to December 31, 2022. A true and accurate copy of the Policy is attached hereto and incorporated herein as Exhibit A.

9.     The Policy provided coverage for Plaintiff's Business Personal Property up to $215,000.00, annually increased by four percent (4%) and subject to a twenty-five percent (25%) seasonal increase. The Policy additionally afforded coverage for Plaintiff's business income, subject to an extension, coverage for extra expenses, and provided optional Equipment Breakdown Protection coverage. See Exhibit A.

10.     On or around July 13, 2022, Plaintiff suffered a computer system failure at the Car Wash that was, upon information and belief, caused by a lightning storm (hereinafter the "First Loss").

11.     On or around November 28, 2022, Plaintiff suffered significant loss to Business Personal Property that was, upon information and belief, caused by a rupture to an underground water pipe servicing the Car Wash; the rupture was caused, upon information and belief, by underground boring operations performed by QC Communications, LLC (hereinafter the "Second Loss").

12.     As a result of the First and Second Loss, Plaintiff was forced to shut down or significantly decrease operations of the Car Wash, and suffered significant loss of business income and incurred significant extra expenses (hereinafter the "Business Income Loss", and collectively with the First Loss and Second Loss the "Losses").

13.     The Losses were of the type of losses that were intended to be covered by the Policy.

7247859

14.     The premium for the Policy was paid and Plaintiff has complied with all terms and conditions of the Policy. To the extent Plaintiff did not strictly comply with any term or condition, such term or condition has been waived by Defendant, and/or Defendant is estopped from enforcing such term or condition.

15.     On or around December 30, 2022, Plaintiff contracted with Hope Public Adjusters, LLC, to assist with the Losses and to submit claims under the Policy for the Losses. Plaintiff reasonably expected prompt payment from Defendant for the Losses.

16.     To date, Defendant has paid some proceeds to Plaintiff for the Losses but has failed to compensate Plaintiff for the full amount of repairs and/or replacement of Plaintiff's Business Personal Property and Business Income Loss that is owed to Plaintiff under the Policy.

17.     As a direct and proximate result of the actions and/or inactions of Defendant, Plaintiff has suffered and continues to suffer significant loss and damage.

## FIRST CAUSE OF ACTION

### (Breach of Contract Against Defendant)

18.     Plaintiff incorporates paragraphs 1 through 17 above as if fully restated herein.

19.     Plaintiff had a contract with Defendant when the First Loss and Second Loss occurred.

20.     Defendant breached the insurance contract by failing to fully pay to Plaintiff the amounts due under the contract.

21.     As a direct and proximate cause of Defendant's breach of contract, Plaintiff has been denied the significant policy benefits due under the contract.

4

22.     As a further direct and proximate cause of Defendant's breach of contract, Plaintiff has suffered reasonably contemplated damages, including without limitation incidental damages, consequential damages, lost business opportunity and profits, and prejudgment interest.

23.     Further, as a direct and proximate result of Defendant's breach of the insurance contract, Plaintiff has been forced to engage legal counsel and will be required to pay counsel for their services.

24.     Plaintiff prays for judgment on this count in an amount to be determined by a jury at the trial of this matter.

## SECOND CAUSE OF ACTION

### (Declaratory Relief Against Defendant)

25.     Plaintiff incorporates paragraphs 1 through 24 above as if fully restated herein.

26.     Plaintiff is entitled to a declaratory judgment from this court construing the Policy, including its endorsements, terms, limitations, and conditions, and including other written communications regarding the Policy, and the respective rights and responsibilities of the parties under the Policy, including without limitation whether Defendant has any liability for the losses incurred by Plaintiff.

27.     Plaintiff further requests any other relief the court deems equitable and proper, including, but not limited to, an award of attorney fees, interest, and costs.

## THIRD CAUSE OF ACTION

### (Bad Faith Against Defendant)

28.     Plaintiff incorporates paragraphs 1 through 27 above as if fully restated herein.

7247859

29.     During the adjustment of the claim, Defendant adopted an unreasonable and unfounded interpretation of Policy and, upon information and belief, denied or partially denied the claims on that basis. Defendant's coverage position contravened the terms contained in the Policy issued to Plaintiff, to Plaintiff's detriment. Defendant also failed to conduct a full, fair, and prompt investigation of Plaintiff's claim at Defendant's expense, mischaracterized available evidence relating to the loss in its favor and against the insured, selected and used a biased consultant in connection with its claim investigation, and misrepresented pertinent facts and policy provisions to Plaintiff, all in violation of well-understood and widely accepted good faith claim handling practices.

30.     Defendant lacked reasonable justification for its actions, or, in the alternative, should have realized that its construction of the policy was at odds with another reasonable construction of the policy that would have entitled the insured to broad coverage for the First Loss and Second Loss.

31.     Defendant placed its interests before the interests of the insured, and unfairly refused to pay policy benefits to which Plaintiff was and is entitled. Defendant has made an unfounded refusal to pay policy proceeds to which Plaintiff was and is entitled.

32.     Defendant acted with malice, fraud, gross negligence, a "furtive design" to avoid paying policy proceeds, and/or oppressiveness with respect to Plaintiff's claims.

33.     As a result of Defendant's breach of the duty of good faith and fair dealing, Plaintiff has suffered damages that are separate and distinct from the damages caused by the Losses themselves.  Plaintiff prays for judgment against Defendant for compensatory damages to be determined by a jury, together with an award of punitive damages as allowed by law to punish

7247859

Defendant for its outrageous conduct and deter such conduct in the future, plus interest, costs, and attorney fees.

WHEREFORE, Plaintiff demands judgment against the Defendant as set forth above plus costs, interest, and attorney's fees as allowed by law.

## DEMAND FOR JURY TRIAL

Pursuant to Rule 38 of the Indiana Rules of Trial Procedure, Plaintiff demands trial by jury.

Respectfully submitted,

By:   /s/ Michael L. Schultz
          Michael L. Schultz (20361-49)
          Jackson A. Hughes (38226-49)
          PARR RICHEY FRANDSEN PATTERSON
            KRUSE LLP
          251 N. Illinois Street, Suite 1800
          Indianapolis, IN  46204
          Telephone:    (317) 269-2500
          Facsimile:     (317) 269-2514

          *Attorneys for Plaintiff, Top Dog Car Wash, LLC*

7247859



HOOSIER INS & FINANCIAL SVCS
314 E MAIN ST
PO BOX 2310
WASHINGTON IN 47501-0950



203500
7308396-0

TOP DOG AUTO WASH LLC
841 E 200 N
WASHINGTON IN 47501-7674

# BILLING ENCLOSED

Process Date:  01/20/2022

Dear Valued Customer:

Enclosed is your insurance policy.  Thank you for making Celina Insurance Group your carrier of choice.

Since 1914, Celina Insurance Group has helped thousands of people achieve security against loss.  We believe in the service we offer, and we want to please you.

Please take a moment to review your policy and contact your agent, HOOSIER INS & FINANCIAL SVCS at 812-254-0100 with any questions.

Celina Insurance Group

*William W. Montgomery*

William W. Montgomery
President and Chief Executive Officer

DC 00 01 09 19

Exhibit A

Filed: 6/28/2024 12:17 PM
Bartholomew County, Indiana
1/20/2022

**celina**
INSURANCE GROUP

**Policy Type:** Businessowners

03D02-2406-PL-003584

THE CELINA MUTUAL INSURANCE COMPANY
1 Insurance Square
Celina, Ohio 45822

203500
HOOSIER INS & FINANCIAL SVCS
314 E MAIN ST
PO BOX 2310
WASHINGTON IN 47501-0950
www.hoosierinsuranceandfinancial.com
812-254-0100

| Policy Number: | 7308396-0 |
|---|---|
| Policy Term: | 12/31/2021 to 12/31/2022 |
| Payment Option: | 4 Pay |

7308396-0

TOP DOG AUTO WASH LLC
841 E 200 N
WASHINGTON IN 47501-7674

| Bill Plan Options | |
|---|---|
| Pay In Full | $5,383.87 |
| Minimum Due | $1,350.97 |

Thank you for choosing our Company to serve your insurance needs.  We'll do our best to provide quality service.

Our records indicate the balance shown below is currently due on the policy. Please pay the minimum due by the date shown below.

This is the only notice you will receive for this billing period.  A $25.00 late fee will be charged if a cancellation or lapse notice is issued. Payments and/or changes processed after the invoice date are not reflected on this invoice.

Pay by phone at 855-576-3422 or online at www.celinainsurance.com and click "My Policy".

OA-374 (02-17)

Please detach and mail this portion with payment.

TOP DOG AUTO WASH LLC
841 E 200 N
WASHINGTON IN 47501-7674



**celina**
INSURANCE GROUP

## *BILLING NOTICE - NEW BUSINESS*

Businessowners

| Policy Number: | 7308396-0 |
|---|---|
| Due Date: | 2/09/2022 |
| Policy Balance: | $5,383.87 |
| Minimum Due: | $1,350.97 |

☐ Check if address change on the back.

Payment Enclosed

$                    .

Allow five days for mail time.

Please make checks payable to:
*Celina Insurance Group*

Exhibit A



02*7308396+0*00135097*IN*17*203500*6

Insured Copy                    A13

7308396-0

**NEW ADDRESS:**

_____

_____

_____

Exhibit A



7308396-0

TOP DOG AUTO WASH LLC
841 E 200 N
WASHINGTON IN 47501-7674

Dear Policyholder,

Enclosed you will find a Policyholder Notification Form related to Terrorism coverage in your policy. It is important that you read and take the appropriate action to protect your coverage rights.  Please contact your agent should you have any questions regarding this notice.

**This form should be signed and returned to:**

THE CELINA MUTUAL INSURANCE COMPANY
1 INSURANCE SQUARE
CELINA OH 45822-1690

If you are receiving this notice during your policy period, the premium shown is for coverage from the effective date of your policy to the end of your policy term.

**Indiana and Iowa Policyholders only:**

If your policy includes Workers Compensation Coverage, there is a separate premium and separate disclosure regarding this mandatory coverage. You will find that information within those coverage forms.

Exhibit A



## POLICYHOLDER DISCLOSURE

## NOTICE OF TERRORISM INSURANCE COVERAGE

Dear Policyholder,

You are hereby notified that under the Terrorism Risk Insurance Act, as amended, you have a right to purchase insurance coverage for losses resulting from acts of terrorism. *As defined in Section 102(1) of the Act:* The term "act of terrorism" means any act or acts that are certified by the Secretary of the Treasury—in consultation with the Secretary of Homeland Security, and the Attorney General of the United States—to be an act of terrorism; to be a violent act or an act that is dangerous to human life, property, or infrastructure; to have resulted in damage within the United States, or outside the United States in the case of certain air carriers or vessels or the premises of a United States mission; and to have been committed by an individual or individuals as part of an effort to coerce the civilian population of the United States or to influence the policy or affect the conduct of the United States Government by coercion.

YOU SHOULD KNOW THAT WHERE COVERAGE IS PROVIDED BY THIS POLICY FOR LOSSES RESULTING FROM CERTIFIED ACTS OF TERRORISM, SUCH LOSSES MAY BE PARTIALLY REIMBURSED BY THE UNITED STATES GOVERNMENT UNDER A FORMULA ESTABLISHED BY FEDERAL LAW. HOWEVER, YOUR POLICY MAY CONTAIN OTHER EXCLUSIONS WHICH MIGHT AFFECT YOUR COVERAGE, SUCH AS AN EXCLUSION FOR NUCLEAR EVENTS. UNDER THE FORMULA, THE UNITED STATES GOVERNMENT GENERALLY REIMBURSES 80% OF COVERED TERRORISM LOSSES EXCEEDING THE STATUTORILY ESTABLISHED DEDUCTIBLE PAID BY THE INSURANCE COMPANY PROVIDING THE COVERAGE. THE PREMIUM CHARGED FOR THIS COVERAGE IS PROVIDED ON THE REVERSE SIDE OF THIS NOTICE AND DOES NOT INCLUDE ANY CHARGES FOR THE PORTION OF LOSS THAT MAY BE COVERED BY THE FEDERAL GOVERNMENT UNDER THE ACT.

YOU SHOULD ALSO KNOW THAT THE TERRORISM RISK INSURANCE ACT, AS AMENDED, CONTAINS A $100 BILLION CAP THAT LIMITS U.S. GOVERNMENT REIMBURSEMENT AS WELL AS INSURERS' LIABILITY FOR LOSSES RESULTING FROM CERTIFIED ACTS OF TERRORISM WHEN THE AMOUNT OF SUCH LOSSES IN ANY ONE CALENDAR YEAR EXCEEDS $100 BILLION. IF THE AGGREGATE INSURED LOSSES FOR ALL INSURERS EXCEED $100 BILLION, YOUR COVERAGE MAY BE REDUCED.

Should you choose to purchase this coverage, certain additional coverage forms and conditions will apply to your policy. All other provisions of your policy will still apply. The option to purchase this coverage does not apply to any commercial automobile insurance and burglary and theft insurance coverages that you may have on your policy. Under the Terrorism Risk Insurance Extension Act of 2005, these lines of insurance were exempted from the application of the federal Terrorism Risk Insurance Program.

CONTINUE ON REVERSE SIDE

Exhibit A

**Indiana and Iowa Policyholders**: If your policy includes Workers' Compensation Coverage, there is a separate premium and separate disclosure notice regarding this mandatory coverage. You will find that information within those coverage forms.

**Iowa Policyholders**: If your policy includes Commercial Property Coverage or Businessowners Property Coverage, in your state a terrorism exclusion makes an exception for (and thereby provides coverage for) fire losses resulting from an act of terrorism. Therefore, if you reject this offer of terrorism coverage, that rejection does not apply to fire losses resulting from an act of terrorism. Coverage for such fire losses will be provided in your policy.

**West Virginia Policyholders**: If your policy includes Businessowners Property Coverage, in your state a terrorism exclusion makes an exception for (and thereby provides coverage for) fire losses resulting from an act of terrorism. Therefore, if you reject this offer of terrorism coverage, that rejection does not apply to fire losses resulting from an act of terrorism. Coverage for such fire losses will be provided in your policy.

---

**Acceptance or Rejection of Terrorism Insurance Coverage**

To ACCEPT the terrorism coverage, mark the option below to elect to purchase terrorism coverage, sign this form, and mail the completed form along with any prospective premium to the address noted below.

To REJECT the terrorism coverage, mark the option below to decline to purchase terrorism coverage, sign this form, and mail the completed form to the address noted below.

_____ I hereby ELECT to purchase terrorism coverage for a prospective premium of ____$31.00____. If either the quoted premium or this completed form is not received by ____02/24/2022____, at the address noted below, the Terrorism coverage will not be included and your policy will be written to exclude coverage for losses resulting from certified acts of terrorism.

_____ I hereby DECLINE to purchase terrorism coverage for certified acts of terrorism. I understand that I will have no coverage for losses resulting from certified acts of terrorism.


The Celina Mutual Insurance Company

_____          _____
Policyholder/Applicant Signature          Insurance Company


_____          7308396-0
Printed name                              _____
                                          Policy/Binder Number


_____          **Named Insured**
Date                                      TOP DOG AUTO WASH LLC



**Mail completed form to:**

**The Celina Mutual Insurance Company**
**1 Insurance Square**
**Celina, OH 45822**

Exhibit A



## PROPOSAL FOR OPTIONAL
## EMPLOYMENT PRACTICES LIABILITY INSURANCE

**Reference:** Policy # 7308396-0                    **Named Insured:**  TOP DOG AUTO WASH LLC

The Celina Mutual Insurance Company offers an important coverage that can help you prevent and defend against employment-related claims. **Employment Practices Liability (EPL) insurance** protects your business from claims made by employees, applicants, or recognized volunteers which allege discrimination, wrongful termination, harassment (including sexual harassment) or other unlawful practices. In addition, EPL insurance covers harassment and discrimination for third party individuals who do business with you but do not work for you. EPL insurance pays for the liability damages and defense costs due to these charges.

This coverage is designed to give small and medium-sized businesses a comprehensive EPL coverage solution. The following are a few of the benefits available with The Celina Mutual Insurance Company's EPL insurance program:

- Broad protection against employment claims
- Substantial limits at affordable premiums
- Easy to add - no separate application
- Special online access that includes a model employee handbook and web-based training modules for you and your employees
- Specialized claim services
- Access to experienced employment law firms in the event of a claim as well as a legal advice line for your employment-related questions

The premium for the optional coverage described in this proposal is:

| Coverage Period | Limit | Deductible | Premium |
|---|---|---|---|
| 12/31/2021    to  12/31/2022 | $ 50,000 | $ 5,000 | $540 |
| 12/31/2021    to  12/31/2022 | $100,000 | $ 5,000 | $722 |
| 12/31/2021    to  12/31/2022 | $250,000 | $10,000 | $867 |

EPL insurance can be endorsed to your policy at the original policy effective date or at renewal only. You will have 30 days beyond our issuance of your original policy or renewal to accept the coverage as quoted above.

If you are interested in adding this coverage to your policy or have any questions, please contact your Celina Insurance Group agent at HOOSIER INS & FINANCIAL SVCS, 812-254-0100.

The information provided on this form is only a summary of the provisions of the policy. For detailed coverage information, consult your policy or your independent Celina Group agent. Not all coverages, credits and discounts are available in all states. This proposal is not valid if the insured business employs more than 50 employees.

Exhibit A



# PROPOSAL FOR CYBERONE INSURANCE COVERAGE

The Celina Mutual Insurance Company now offers CyberOne Insurance Coverage, important insurance that protects businesses against two related risks, Computer Attack and Network Security Liability.  The **Computer Attack** coverage of **CyberOne** pays for expenses incurred by the business to recover from damage to electronic data and computer systems from a virus or other computer attack. The **Network Security Liability** coverage of **CyberOne** pays for liability damages that your business may have to third parties which have suffered damage because of weaknesses in your computer system security. It also includes defense costs and is written on a claims-made and reported basis.

The following coverages and options are available for **Computer Attack** and **Network Security Liability**:

## CyberOne Section 1 - Computer Attack

- **Coverage 1 - Data Restoration Costs-** Coverage for the cost of a professional firm hired by the insured to replace lost or corrupted data from electronic sources.

- **Coverage 2 - Data Recreation Costs-** Coverage for the cost of a professional firm hired by the insured to research, recreate and replace lost or corrupted data from *non*-electronic sources. Coverage 2 is subject to a sublimit of $5,000.

- **Coverage 3 - System Restoration Costs-** Coverage for the cost of a professional firm hired by the insured to restore its computer system to its pre-attack level of functionality by replacing or reinstalling software, removing malicious code and correcting the configuration of the insured's computer system.

- **Coverage 4 - Loss of Business-** Coverage for busines income lost by the insured and extra expenses incurred by the insured during the period of time when system and data recovery actitivies are taking place.  Coverage 4 is subject to a sublimit of $10,000.

- **Coverage 5 - Public Relations Services-** Coverage for assistance from a professional public relations firm in communicating with ouside parties concerning the Computer Attack and the insured's response. Coverage 5 is subject to a sublimit of $5,000.

## CyberOne Section 2 - Network Security Liability

- Network Security Liability coverage provides for defense costs (within the coverage limit) and associated settlement and judgment costs arising from an action brought by third parties who allege certain injuries as a result of a failure in the insured's system security in which one or more of the following happen:

  - The unintended propagation or forwarding of malware

  - The unintended abetting of a denial of service attack

  - The breach of third party business information

| CyberOne Insurance Coverage Coverage, Limit, Deductible and Premium Options | | | | | |
|---|---|---|---|---|---|
| **Coverage Option** | **Coverage Description** | **Annual Aggregate Limit** | **Deductible** | **Premium** | **Current Coverage** |
| Option 1 | **Full-Section 1 - Computer Attac**k - All Coverages | $100,000 | $10,000 | $121 | |
| Option 2 | **Limited-Section 1 - Computer Attack** - Coverage 1 & 3 only | $50,000 | $5,000 | $42 | |
| Option 3 | **Full-Section 2 - Network Security Liability** - All Coverages | $100,000 | $10,000 | $179 | |
| Option 4 | **Limited-Section 2 - Network Security Liability** - No breach of third party business information | $50,000 | $5,000 | $48 | |

An **"X"** above indicates coverage currently on your policy.

| Potential Coverage Combinations | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| **Option** | 2 | 4 | 2 & 4 | 1 | 1 & 4 | 3 | 2 & 3 | 1 & 3 |
| **Premium** | $42 | $48 | $90 | $121 | $169 | $179 | $221 | $300 |

Exhibit A

If you would like to add CyberOne Coverage to your policy, or have any questions, please contact your Celina Insurance Group agent.

**CyberOne** Coverage can be added or amended at the original inception date or renewal date only.  <u>You have 30 days beyond the issuance of your policy to amend  this coverage as quoted above.</u>

The information provided on this form is only a summary of the provision of the policy.  For detailed coverage information, consult your policy or your independent Celina Insurance Group agent.

Exhibit A



# NOTICE OF PRIVACY AND INFORMATION PRACTICES

You are receiving this notice because you have applied for or purchased an insurance product or service from **The Celina Mutual Insurance Company**, **The National Mutual Insurance Company**, **Miami Mutual Insurance Company**, or **West Virginia Farmers Mutual Insurance Association** (collectively, "Celina Insurance Group"). When used in this notice, the words "we", "us", and "our" mean Celina Insurance Group. This notice applies to all companies within Celina Insurance Group.

When you apply for or purchase any type of insurance from us, we will collect nonpublic personal information about you and, depending upon the type of coverage for which you are applying, additional household and/or family members ("personal information" or "information"). Federal and state laws regulate the collection, use, and disclosure of such information. At Celina Insurance Group we respect each person's right to privacy. We value the trust you have placed in us and make protecting the security and confidentiality of personal information a priority.

This notice summarizes Celina Insurance Group's policies and practices for collecting, using, and sharing personal information and explains how the privacy of that personal information is protected. This notice applies to our current and former customers. Any changes to this notice will be provided to you. Upon your written request, we will provide you with additional copies of this notice.

## How do we protect the privacy and security of personal information?
Celina Insurance Group maintains physical, electronic, and procedural safeguards that are in compliance with all applicable laws and are intended to ensure that all personal information we collect is protected in accordance with our privacy policy. In addition to the other disclosures described in this notice, personal information may be accessed by some of our employees. We limit employee access to personal information, however, to only those employees who require it for a legitimate business purpose, such as to administer your policy or to inform you about a product or service. Further, we require all employees who handle personal information to protect the confidentiality of that information to the fullest extent possible.

## What kind of personal information do we collect and from whom do we collect it?
Most of the information we collect comes directly from you. Your completed application provides us with your name, address, social security number, gender, birthdate, and marital status. Depending on the type of coverage for which you are applying, your application may also provide us with information about additional household and/or family members, your vehicles, and your property. On occasion, as part of our underwriting process, we may request additional information from you by phone or mail. Also, over the course of our business relationship with you, we will collect and retain information about all transactions you conduct with us.

We may also obtain personal information from third parties. For example, when you apply for a property insurance policy, we may ask someone from a property inspection company to visit your property in order to verify information about its condition and value. We may also ask them to take pictures of any property for which you are requesting insurance. When you apply for an auto insurance policy, we may order a motor vehicle report and other driving data from public records or consumer reporting agencies. Public records, such as court records or governmental agencies, may provide us with additional information. We may also obtain information from your insurance agent or from prior insurance carriers, such as claims or payment histories.

Consumer reporting agencies may also provide us with insurance scores, credit reports, and loss history reports. The consumer reporting agency preparing the report may keep and disclose the information as permitted by law. If coverage is declined or there is an increase in any charge for coverage based on information obtained from a consumer report, we will notify you as required by law. We will also provide you with the name and address of the consumer reporting agency that prepared the consumer report.

Finally, in the event of a claim, we may obtain certain medical information about you.

## How do we use the personal information we collect?
We use the personal information we collect strictly for business purposes relevant to your relationship with us. For example, we may use personal information to:

- Determine your eligibility for coverage.
- Determine your rates.
- Issue and service your policy.
- Evaluate an application for another product or service.

- Determine applicable discounts and/or surcharges.
- Resolve claims you submit to us.
- Tell you about other products or services.
- Process transactions at your request.

Personal information may be maintained in our records and your agent's files. We periodically review and update the personal information we keep as necessary. If, after a review, there is a change to your premium or the terms of your policy, we will notify you of the change in writing.

Exhibit A

**What personal information do we disclose and to whom do we disclose it?**

Except as otherwise stated in this notice, it is the policy of Celina Insurance Group that any personal information we collect (as described under "What kind of personal information do we collect and from whom do we collect it?", above) may be disclosed by any of our companies to any other affiliated company, or to a nonaffiliated third party, but only if the disclosure is: (i) authorized by the person; (ii) necessary for the conduct of our business; or (iii) otherwise permitted or required by law. This policy applies to any personal information in our possession, even after the person to whom it pertains ceases to be a customer of Celina Insurance Group. In most cases, personal information will only be disclosed with the person's prior consent.

We are, however, permitted by law to disclose any and all personal information we collect to the following individuals or organizations, with or without prior authorization:

- Your independent insurance agent.
- Affiliated companies within Celina Insurance Group.
- Other insurance companies, agents, or insurance support organizations in connection with any application, policy, or claim involving you or another person covered under your policy.
- Our reinsurance companies.
- State insurance departments and insurance regulatory agencies, in connection with the regulation of our business.
- Businesses or parties that perform a business, professional, or insurance function for our company, including statistical or industry research such as actuarial or underwriting studies.
- Persons or organizations that perform a business, professional, or insurance function for us including, but not limited to, underwriting or claim investigations.

- Consumer reporting agencies.
- Persons or organizations, including law enforcement agencies or other governmental authorities, that detect and prevent insurance crimes, fraud, or material nondisclosure in connection with an insurance transaction.
- Lienholders, mortgagees, lessors, loss payees, additional interest insureds, or other persons shown in our records as having a legal or beneficial interest in your policy.
- Medical care institutions or medical professionals as necessary to verify coverage or medical treatment in connection with a claim.
- Authorized persons or governmental authorities as ordered by subpoena, warrant, or other court order, or as required by law.
- Any other third party as required or permitted by law.

Prior to disclosing personal information to any nonaffiliated third party, we require that the party receiving the information agree to keep it confidential, except to the extent that disclosure of the information is otherwise permitted or required by law. We do not share your personal information with nonaffiliated third parties for purposes of marketing their products or services to you.

With respect to the disclosure of personal information by us to consumer reporting agencies, the information is disclosed only for the purposes permitted under federal and state privacy laws, including the disclosure of information to enable such agencies to perform services or business functions for us or on our behalf. As an example of this latter type of disclosure, we currently provide certain personal information (such as policy numbers and mailing addresses) to a consumer reporting agency to enhance certain electronic pre-fill functions that allow us to retrieve policyholder information from the agency more easily, completely, and accurately. Any such disclosure is subject to the consumer reporting agency's agreement to comply with all federal and state privacy laws protecting the confidentiality of that information.

**Does this notice apply to your agent?**

The independent agent from whom you purchased your insurance policy is not an employee of Celina Insurance Group and therefore is not subject to our privacy policies. Based on the type of relationship you have with your agent, he or she may have additional information about you that Celina Insurance Group does not have. Your agent may use your personal information in a manner other than as described in this notice. Contact your agent to find out how the privacy of your personal information is protected.



Dear Policyholder,

Celina Insurance Group has partnered with CyberScout™ to provide you with Comprehensive Identity Management Services. As a Businessowner Plus policyholder, these services are automatically included in your policy.

Comprehensive Identity Management Services is a fully integrated, two-tiered solution for business owners and employees. The first tier consists of Commercial Breach Management Services that help facilitate your company's response to a data security breach. The second tier consists of twenty-two individual LifeStages Identity Management Services and Resolution Services which are available to you, your officers, managers, employees and their household family members.

The attached enclosure (EN MI 40) further explains the Comprehensive Identity Management Services that are included. Please notice that at the top of the LifeStages Identity Management Services and Resolution Services page, it says "For Owners, Officers, Managers, Employees and Their Household Family Members". That page can be distributed to the aforementioned individuals as a notification of the services provided. The back of that page contains details on the Commercial Breach Management Services and is intended for authorized commercial breach management personnel only. Both sides of the page also contain the phone number that you will use to obtain services.

In addition, you, your officers, managers, employees and their household family members now have access to CyberScout's educational website on identity theft which delivers news alerts and articles as well as useful tips and preventative guidelines. You will find the website address, your username and your password on the enclosure.

One of the LifeStages Identity Management Services and Resolution Services that is included is the Travel Identity Theft Support. When traveling, customers receive 24/7, worldwide telephone access to a fraud specialist to assist or facilitate the recovery of lost or stolen identification.

Cut out the card below and take it with you as you travel. It provides the necessary contact information should an identity compromising situation arise.

---

| Travel Identity Theft Support | celina INSURANCE GROUP |
| --- | --- |
| For Travel Identity Theft Support call | |
| Celina Insurance Group at | |
| **1.800.231.2318** | |
| Powered By **CyberScout™** | |

---

EN BO 11 08 18          Page 1 of 1

**Exhibit A**

For Owners, Officers, Managers, Employees and
Their Household Family Members



## LifeStages Identity Management Services and Resolution Services
### Powered by CyberScout™

Are you or your household family members at risk for identity theft or need expert assistance with an identity-related concern? CyberScout gives you unlimited, one-on-one access to a highly experienced fraud specialist who will act as a personal advocate in a wide range of identity-compromising situations.

For assistance, call **Celina Insurance Group** at **800-231-2318**.

| | |
|---|---|
| **Proactive Services** - When your personal data is compromised we can help you take preventative measures, such as placing fraud alerts, to help avoid identity theft. | **Disaster Recovery** - Recover following a natural disaster with ID and document replacement, access to financial institutions and communicating with family, friends or providers. |
| **Resolution Services** - Recover from account takeover or identity theft with unlimited assistance to fix issues, handle notifications and provide credit and fraud monitoring for victims. | **Financial Fraud Support** - Reach out to us to protect your current and future credit from unauthorized account activity, account takeovers, and financial accounts opened in your name. |
| **Child Risk Identity Theft Support** - Invest in your children's future by asking us to help protect their identities now, before they're the victims of fraud or theft. | **Employment Identity Theft Support** - Call us to give you pink slips to criminals who build their identities, careers, and Social Security credit using your personal information. |
| **Tax Fraud Services** - Cut through taxing red tape and secure your refund with our expert guidance after crooks steal your social security number and file in your name. | **Phish Assist** - Sidestep phishing scams with our detection and recovery support when crooks try to steal your personal data, online usernames, passwords and credit card data. |
| **Email Compromise Assist** - Thwart, detect and recover from email hacking. Plus, get help managing your identity and privacy in your online communications. | **System Protection Guidance** - Protect devices - tablets, computers and smart phones. Our fraud specialists will provide industry-related resources and options. |
| **Military Identity Theft Support** - Protect your good name when you're defending our country.  We'll work with you or an authorized relative to place an active-duty military fraud alert. | **Assisted Living Fraud Support** - Lean on us for guidance in power of attorney and legal guardianship matters to assist with identity management and resolving fraudulent misuse. |
| **Medical Identity Theft Support** - If criminals use your personal data to commit medical fraud, we help you heal your identity and get you back on your feet. | **Breach Victim Notification** - Respond swiftly, confidently and correctly when companies notify you that your data has been compromised. |
| **Travel Identity Theft Support** - Contact a fraud specialist to help you replace your lost or stolen IDs, passports, visas and other documents no matter where you are on the globe. | **Criminal ID Theft** - If your identity was falsely linked to a crime, a fraud specialist will assist in contacting governmental agencies to investigate and restore your identity. |
| **Death** - Keep the identities of deceased family members safe with help from our fraud experts, so fraud doesn't come back to haunt you. | **Debt Tagging** - Fraud specialists can assist if your credit files are incorrectly tagged with someone else's debt or reflect an incorrect amount of debt owed. |
| **Break-In Recovery** - Stop thieves in their tracks after a home, auto or boat break-in with assistance from our fraud experts to prevent use of compromised personal data. | **Marital Status** - Helps engaged & newlywed couples with marriage license requirements guard against wedding identity scams, name changing assistance, creditor notification and other services. |
| **Social Media Compromise Assist** - Get smart about managing your family's reputation on social networks. | **Relocation Services** - Ensures that your financial, credit, and identity information is protected during a move. |

We highly recommend that you regularly visit CyberScout's comprehensive resource and knowledge library to access the latest identity theft tips, media alerts, frequently asked questions and more.

For additional identity management tips, visit **www.celinainsurance-idtheft.com**

EN MI 40 08 18                                                                                   Page 1 of 2

Exhibit A



## Commercial Breach Management Services

**Celina Insurance Group** has partnered with CyberScout™ to provide you with Data Breach Services that will help you prepare your business for the complexities and nuances of data security - without the expense of hiring in-house expertise. These services will help you:

- **Reduce the chances of a data breach in the first place**
- **Prepare for those that might occur**
- **Respond appropriately if they do**

### Proactive Breach Preparation Services

As an educational resource, our proactive breach preparedness site can provide you with the tools you need to better protect your sensitive data and teach you how to respond appropriately in the event of a data breach.

- **Notification Laws and Regulations** - Information on consumer, regulatory and third party requirements
- **Incidence Response Plan Template** - Establish procedures for handling a breach and working with CyberScout to minimize the impact and potential fallout
- **Educational Resources** - Data protection tips, breach scenarios, articles and best practices

### Reactive Breach Response Services

In the unfortunate event of a breach, CyberScout's experts can help you quickly develop a clear breach response strategy and incident management plan.

- **Breach Counseling** - Help determine if a breach occurred and assess the severity
- **Crisis Management** - Time-saving professional service in handling a breach
- **Notification Assistance** - Help in preparing notification letters that comply with regulatory requirements
- **Remediation Services** - Recommendations on remediation services for impacted individuals
- **Media Relations Consulting** - Public relations assistance to help restore your business' reputation
- **Legal Support** - Documentation of steps taken and remediation services provided

### Additional Services

CyberScout can also provide the following additional services to assist you during a breach event: call handling, assistance placing fraud alerts, fraud resolution services and more.

### Data Risk Management Website

Provides you privacy and compliance resources including: Breach Notification Statutes, Third Party Notification Requirements, Sample breach notification letters for affected individuals and more.

---

To access the website, go to: **www.celina.breachresponse.com** using the following credentials:

**Username: CelinaIns1          Password: CelinaIns1**

(After your initial login, you will be required to create your own unique credentials for future use.)

To speak with a CyberScout Team Member call **Celina Insurance Group** at **800-231-2318**.

---

*Exhibit A*



# IMPORTANT NOTICE

**Questions regarding your policy or coverage should be directed to:**

**Celina Insurance Group**
**1-800-552-5181**

If you (a) need the assistance of the governmental agency that regulates insurance; or (b) have a complaint you have been unable to resolve with your insurer you may contact the Department of Insurance by mail, telephone or email:

> State of Indiana Department of Insurance
> Consumer Services Division
> 311 West Washington Street, Suite 300
> Indianapolis, Indiana  46204
>
> Consumer Hotline: (800) 622-4461; (317) 232-2395
>
> Complaints can be filed electronically at www.in.gov/idoi.

EN MI 04 08 05

Exhibit A



# PREMIUM REVIEW

## A Guide to the Premium Audit Process

Think you're paying too much for insurance? Well, perhaps you ARE!

The insurance premium shown on your policy is an estimate based on information you have provided to your agent. In order to assure that your premium is not too high, or too low, we may ask to review your records to compare your estimate of payroll, sales, etc., with actual policy period results. If your estimate was high, we will return the excess premium. If it was low, we will bill you for the additional amount. This method of calculating premium is common throughout the insurance industry. You will find answers to questions most often asked by policyholders about this process listed below.

**1. How is my premium determined?**

Your premium may be based on payroll, sales, number of employees, contract cost or receipts, depending upon the nature of your business. Any information provided is treated in the most confidential manner.

**2. Why should I go to the bother of keeping detailed records?**

There are a number of benefits to keeping detailed and properly maintained records. First, they permit the auditors to complete their review quickly and accurately and therefore take as little of your time as possible. Even more importantly, well-kept records assure you of correct classification and rating of your operation. Correct classification will insure that you do not pay any more than necessary for liability or workers' compensation insurance.

**3. Why do I need certificates of insurance from my subcontractors?**

Without these certificates, you will be responsible for any premium related to their involvement in your operation. Subcontractors must have workers' compensation coverage and general liability coverage with limits of at least $300,000 or limits equal to your policy limits, whichever is less. These certificates will be furnished to you by the subcontractors' insurance carriers without cost. Have these certificates available for our auditors, so that you will not have to pay additional premiums on your subcontractors' operations. If your subcontractors are uninsured, or not adequately insured, ask your agent for guidance and assistance.

**4. What does the insurance company do upon receipt of the audit information?**

We compare the actual information to your original or revised estimate. You may earn a premium refund or be billed an additional amount.

**5. Who will do the review of my records?**

The individual who contacts you specializes in this information-gathering process and represents our company. This person will make an appointment to review your records at your convenience. You may choose to refer our company representative to the individual who handles your records. You may also wish to review this procedure with your insurance agent so that you are adequately prepared for this meeting.

**6. How often does a review occur?**

Your records will generally be reviewed on an annual basis. This frequency may vary, depending on the size and type of business you operate.

**7. When will this review be conducted?**

We will contact you near the date of the policy expiration. For your benefit and ours, it is our goal to conduct this review and make any adjustments as soon as possible, usually within 60 days of the policy anniversary.

Exhibit A

**8. What should I do if I realize that my original business estimates are no longer accurate?**

Contact your agent so that your original estimate can be modified mid-policy term. We can alter your estimate to reflect changing business conditions and correct premium as appropriate.

**9. What is included as "payroll" when payroll is the premium base for Workers' Compensation Insurance or Commercial General Liability?**

The following are commonly included in payroll:

**a.**  Employees' wages/salaries (including pay for holidays, vacations or sickness);
**b.**  Executive officers' wages (certain limitations apply);
**c.**  Commissions and bonuses;
**d.**  Expenses (these may be considered as additional wages - be sure to keep adequate records);
**e.**  Extra pay for overtime (some states have additional rules which may include or exclude pay for overtime);
**f**.  Wages paid for time not worked, idle time and strike periods.

**10. What if I disagree with the results of the audit?**

Please contact your insurance agent. We will work with you and your agent to resolve any differences.

Exhibit A



# WORKERS' COMPENSATION NOTICE

Your employer is required to provide for payment of benefits under the Workers' Compensation Act of the State of Indiana.

Any employee who is injured while at work should report the injury immediately to their supervisor, employer, or designated representative.

The workers' compensation insurance carrier or the administrator for _____

_____is:

**(Name of Employer)**


**THE CELINA MUTUAL INSURANCE COMPANY**

**1 INSURANCE SQUARE**

**CELINA, OH 45822**

**(800) 231-2318**

**Workers' Compensation Claims Manager**
**(Contact Person)**


For more information about rights or procedures under the Indiana workers' compensation system, call or write:


Workers' Compensation Board of Indiana
Ombudsman Division
402 W. Washington St., Rm W-196
Indianapolis, IN 46204
(317) 232-3808 or (800) 824-2667

Exhibit A

# BUSINESSOWNERS
## COMMON POLICY DECLARATIONS



**Celina Insurance Group**
1 Insurance Square, Celina OH 45822

New Declaration
Process Date: 01/20/2022
Anniversary Date: 12/31/2021

Insured:  TOP DOG AUTO WASH LLC

| Policy Number | Policy Period | Coverage Provided By | Payment Plan |
|---|---|---|---|
| 7308396-0 | 12/31/2021 to 12/31/2022<br>12:01 A.M. Standard Time | THE CELINA MUTUAL INSURANCE COMPANY | Direct 4 Pay |

**Named Insured and Address:**

TOP DOG AUTO WASH LLC
841 E 200 N
WASHINGTON IN 47501-7674

**Agent:** 203500

HOOSIER INS & FINANCIAL SVCS
314 E MAIN ST
PO BOX 2310
WASHINGTON IN 47501-0950
www.hoosierinsuranceandfinancial.com
Phone No.: 812-254-0100

**FORM OF BUSINESS:** Limited Liability Company
**BUSINESS DESCRIPTION:** Car Wash

## IN RETURN FOR THE PAYMENT OF THE PREMIUM AND SUBJECT TO ALL THE TERMS OF THIS POLICY, WE AGREE WITH YOU TO PROVIDE THE INSURANCE AS STATED IN THIS POLICY.

This policy consists of the following COVERAGE PART(S) / FORM(S). This PREMIUM may be subject to adjustment.

| COVERAGE PART(S) / FORM(S) | ANNUAL PREMIUM |
|---|---|
| Workers Compensation And Employers Liability (100) | $    2,773.00 |
| Businessowners (150) | $    2,597.00 |
| Comprehensive Identity Management Services<br>    (up to 10,000 Breach Victims) (150) | Included |
| Indiana Second Injury Fund Surcharge | $       13.87 |

**TOTAL ANNUAL POLICY PREMIUM**          $    5,383.87

THIS IS NOT A BILL.  IF PREMIUM IS DUE, A SEPARATE BILL WILL BE ENCLOSED.

This Declarations, together with the Coverage Part(s) Declarations, and forms applicable to all coverage parts, if any, issued to form a part thereof, completes the above numbered policy.
MI 00 38 07 12*, MI 00 26 10 19*, WC 00 00 01A 01 90*, BO 00 09 02 14*

Countersigned: _____        By: _____
            (Date)                                    (Authorized Representative)

Insured Copy

IL  DS 00 09 14          Includes copyrighted material of Insurance Services Office, Inc., with its permission.          Page 1 of 1

**Exhibit A**



## MUTUAL POLICY CONDITIONS

This policy is nonassessable and the policyholder is not subject to any contingent liability, nor liable to assessment. By virtue of this policy, the policyholder is notified that he is a member of the Company and is entitled to vote, in person or by proxy, at all meetings of the Company and that the annual meeting is held at the office of the Company in Celina, Ohio, on the third Monday in May, of each Year at 1:00 P.M.

The Board of Directors in its discretion may by resolution or other order, return to the policyholder a portion of the unabsorbed premium in the form of a dividend.

**IN WITNESS WHEREOF** the Company has caused this policy to be signed by its president and secretary, but this policy shall not be valid unless completed by the attachment hereto of a Declarations Page which is countersigned by a duly authorized representative of the Company.

Secretary

President

MI 00 26 10 19

Exhibit A

# BUSINESSOWNERS DECLARATIONS

**NAMED INSURED:** TOP DOG AUTO WASH LLC          **POLICY NUMBER:** 7308396-0

| | | |
|---|---|---|
| BUSINESSOWNERS PROPERTY PREMIUM | $ | 283 |
| BUSINESSOWNERS LIABILITY PREMIUM | $ | 2,039 |
| OPTIONAL/ADDITIONAL COVERAGES/ENDORSEMENT(S) PREMIUM | $ | |
| EXTENSION ENDORSEMENT(S) PREMIUM | $ | 275 |
| TOTAL BUSINESSOWNERS ANNUAL PREMIUM | $ | 2,597 |

**THIS COVERAGE PART IS WRITTEN UNDER THE FOLLOWING PROGRAM(S):**

Businessowners Plus
Car Wash Program

**FORMS AND ENDORSEMENTS APPLYING TO THIS COVERAGE PART AND MADE PART OF THIS POLICY AT THE TIME OF ISSUE:**

BO 00 15 02 14*, BO 00 16 02 14*, BO 00 17 02 14*, BO 00 45 11 17*, BO 00 60 02 13*,
BO 00 02 06 20*, BO 00 58 02 14*, BO 01 00 07 21*, BO 01 02 10 21*, BP IN 01 07 13*,
BP 00 03 07 13*, BP 04 17 01 10*, BP 04 54 01 06*, BP 05 24 01 15*, BP 05 41 01 15*,
BP 05 64 01 15*, BP 05 78 01 10*, BP 07 03 01 06*, BP 10 05 07 02*, BP 12 03 01 10*,
BP 14 45 12 10*, BP 14 78 07 13*, BP 14 88 07 13*, BP 15 04 05 14*, MI 00 12 03 95*,
MI 00 22 06 98*

## SECTION I - PROPERTY

## SECTION I - ADDITIONAL COVERAGES:

|  | Limit Of Insurance/Extended Number Of Days | |
|---|---|---|
| Forgery Or Alteration | $    2,500* | any one loss |
| Business Income - Ordinary Payroll Expenses | 60* | extended # of days |
| Extended Business Income | 60* | extended # of days |
| Electronic Data - Property | $  10,000* | annual aggregate |
| Interruption Of Computer Operations | $  10,000* | annual aggregate |
| Identity Theft Expense Coverage | $    2,500* | expense limit |

*Amount automatically included in the coverage part - optional higher amounts are available.

### BLANKET INSURANCE

Indicate the type of property to be blanketed and the blanket limit of insurance.

| Type Of Property | Limit Of Insurance |
|---|---|
| | |

THESE DECLARATIONS ARE PART OF THE COMMON POLICY DECLARATIONS CONTAINING THE NAMED
INSURED AND THE POLICY PERIOD.

Exhibit A

# BUSINESSOWNERS DECLARATIONS

**SECTION I - PROPERTY**                          **POLICY NUMBER:** 7308396-0

**PROPERTY DESCRIBED PREMISES NO.**  1          **BUILDING  NO.**  1

**PREMISES ADDRESS:**   3059 N NATIONAL RD
COLUMBUS, IN 47201-3235
BARTHOLOMEW COUNTY

|  | Limit Of Insurance |  | Limit Of Insurance |
|---|---|---|---|
| Building: |  | Business Personal Property: | $215,000 |
| Automatic Increase - Building Limit: |  | Automatic Increase - BPP Limit: | 4% |
| Actual Cash Value - Building Option: |  | Bus. Pers. Prop. Seasonal Increase: |  |

## PROPERTY DEDUCTIBLES

| Property Deductible | $ | 1,000 | per location, per occurrence |
|---|---|---|---|
| Windstorm Or Hail Percentage Deductible |  |  | % |
| Optional Coverage(s) Deductible | $ | 500 | per location, per occurrence |

## OPTIONAL COVERAGES / COVERAGE EXTENSIONS / ADDITIONAL COVERAGES

|  | Limit Of Insurance | |  |
|---|---|---|---|
| Outdoor Signs | $ | 7,500* | per occurrence |
| Money & Securities | $ | 5,000* | inside the premises |
|  | $ | 2,000* | outside the premises |
| Employee Dishonesty | $ | 10,000* | per occurrence |
| Equipment Breakdown | Included | | |
| Accounts Receivable | $ | 15,000* | per occurrence |
| Valuable Papers & Records | $ | 10,000* | per occurrence |
| Water Back Up and Sump Pump Overflow | $ | 5,000* | annual aggregate |
| Water Back Up and Sump Pump Overflow Business Income | $ | 5,000* | annual aggregate |
| Outdoor Property | $ | 5,000* | |
| Fire Department Service Charge | $ | 5,000* | per occurrence |
| Business Income From Dependent Properties | $ | 5,000* | per occurrence |
| Business Personal PropertyTemporarily In Portable Storage Units | $ | 10,000* | total loss per occurrence |

Please refer to any attached endorsements for other coverages or limits not shown above.
* Amount automatically included in the coverage part - optional higher amounts are available.

Exhibit A

## BUSINESSOWNERS DECLARATIONS

**SECTION II - LIABILITY AND MEDICAL EXPENSES**                    **POLICY NUMBER:** 7308396-0

Each paid claim for the following coverages reduces the amount of insurance we provide during the applicable annual period.  Please refer to **Section II - Liability** in the Businessowners Coverage Form and any attached endorsements.

| Coverage | Limit Of Insurance | |
|---|---|---|
| Liability & Medical Expenses | $1,000,000 | Per Occurrence |
|    Medical Expenses | $ 5,000 | Per Person |
|    Damage To Premises Rented To You | $ 100,000 | Any One Premises |
| Other Than Products/Completed Operations Aggregate | $2,000,000 | |
| Products/Completed Operations Aggregate | $2,000,000 | |

### Deductible

**Optional Property Damage Liability Deductible:**          $ 500

  X   **Per Claim (Refer to BP 07 03) ;  or**          _____ **Per Occurrence (Refer to BP 07 04)**

### LIABILITY SCHEDULE

| CLASSIFICATION DESCRIPTION | CLASS CODE | FULL TIME EMPLOYEE(S) | RATE PER EMPLOYEE | PART TIME EMPLOYEES(S) | RATE PER EMPLOYEE |
|---|---|---|---|---|---|
| Car Wash | 79018 | 5 | 339.855 | 2 | 169.928 |

Exhibit A

### The Celina Mutual Insurance Company
## NCCI CARRIER CODE NO.  16802          WC 00 00 01A
## WORKERS COMPENSATION AND EMPLOYERS LIABILITY INSURANCE POLICY
## INFORMATION PAGE

1.  The Insured:     TOP DOG AUTO WASH LLC                    Policy Number: 7308396
                     841 E 200 N                              Renewal of: NEW

    Mailing address:  WASHINGTON IN 47501-7674
                                                              ____ Individual      ____ Partnership
                                                               X   Corporation or Limited Liab. Co. _____
                                                              Federal Employers I.D. # 873402600
                                                              Inter/Intrastate Risk I.D. #
                                                              Other I.D. #

    Other workplaces not shown above:
    See Schedule

2.  The policy period is from  12/31/2021    12:01 a.m. to  12/31/2022    12:01 a.m. standard time at the
    Insured's mailing address.

3.A.  Workers Compensation Insurance:  Part One of the policy applies to the Workers Compensation Law of
      the states listed here:  IN

  B.  Employers Liability Insurance:  Part Two of the policy applies to work in each state listed in item 3.A. The
      limits of our liability under Part Two are:     Bodily Injury by Accident  $ 500,000      each accident
                                                      Bodily Injury by Disease   $ 500,000      policy limit
                                                      Bodily Injury by Disease   $ 500,000      each employee

  C.  Other States Insurance:  Part Three of the policy applies to the states, if any, listed here:
      All states except states designated in Item 3.A. of the Information Page and ND, OH, WA, WY.

  D.  This policy includes these endorsements and schedules:

      MI 00 23 06 98*, WC 00 00 00 C 01 15*, WC 00 04 14 A 01 19*, WC 00 04 19 01 01*,
      WC 00 04 21 E 01 21*, WC 00 04 22 C 01 21*

4.  The premium for this policy will be determined by our Manuals of Rules, Classifications, Rates and Rating Plans.
    All information required below is subject to verification and change by audit.

| Classification | Code No. | Premium Basis Total Estimated Annual Remuneration | Rate Per $100 of Remuneration | Estimated Annual Premium |
|---|---|---|---|---|

                       See Item  4  Extension  WC 00 00 01A

                                              Total Estimated Annual Premium $   2,786.87

Deposit Premium       $   2,786.87

Minimum Premium       $      598     (IN) 8380               Expense Constant $        160

Premium Adjustment Period:  Annual          Countersigned by:

Servicing Office:   The Celina Mutual Insurance Company   16802          Date: 01/20/2022
Producer:  HOOSIER INS & FINANCIAL SVCS
           314 E MAIN ST
           PO BOX 2310
           WASHINGTON IN 47501-0950
           www.hoosierinsuranceandfinancial.com

Ed. 01 90
Copyright 1987 National Council on Compensation Insurance.
Exhibit A

WC 00 00 01A

| WORKERS COMPENSATION AND EMPLOYERS LIABILITY POLICY EXTENSION OF INFORMATION PAGE ITEM 4. CONTINUED | POLICY NUMBER  7308396  PAGE NUMBER  1 |
|---|---|

| CLASSIFICATION OF OPERATIONS | CODE NO. | Estimated Total Annual Remuneration | Rates Per $100 of Remun- eration | Estimated Annual Premiums | |
|---|---|---|---|---|---|
| | | | | Subject to Modification | All Other |
| Location # 1<br>3059 N NATIONAL RD<br>COLUMBUS IN 47201-3235<br><br>POLICY PERIOD:<br>  12/31/2021 TO 12/31/2022 | | | | | |
| AUTOMOBILE - CAR WASH & DRIVERS<br>Loc.#1 | 8380 | 180,000 | 1.390 | 2,502 | |
| EMPLOYERS LIABILITY<br>    INCREASED LIMITS | 9807 | | | 75 | |
| TOTAL UNMODIFIED PREMIUM | | | | 2,577 | |
| TOTAL MODIFIED PREMIUM | | | | 2,577 | |
| EXPENSE CONSTANT | 0900 | | | | 160 |
| TERRORISM PREMIUM<br> ENDORSEMENT | 9740 | | .010 | 18.00 | |
| CATASTROPHE (OTHER THAN CERTIFIED ACTS OF TERRORISM) PREMIUM ENDORSEMENT | 9741 | | .010 | 18.00 | |
| INDIANA SECOND INJURY FUND SURCHARGE | 0935 | | | 13.87 | |
| TOTAL ESTIMATED ANNUAL PREMIUM | | | | 2,786.87 | |

Ed. 01 90

Copyright 1987 National Council on Compensation Insurance.

Exhibit A



# BUSINESSOWNERS COVERAGE FORM INDEX

This index is provided only as a convenience. It should not be assumed to provide a reference to every provision that can affect a question, claim or coverage. To determine the full scope of coverage and pertinent restrictions and exclusions, the policy (including endorsements) must be read in its entirety. The features may also be affected by related provisions not referenced at all in the index, or noted elsewhere in it. For instance, an **Exclusion** feature addresses a specific policy exclusion; but restrictions of coverage and exclusions also appear within the areas where coverage, covered causes of loss, etc., are described.

| Businessowners Coverage Feature | Page Number | Businessowners Coverage Feature | Page Number |
|---|---|---|---|
| Abandonment Property Loss Condition | 24 | Business Liability Coverage | 34-36 |
| Accounts Receivable Coverage Extension | 16 | Business Personal Property Coverage | 1-2 |
| Accounts Receivable Exclusion | 22 | Business Personal Property Limit – Seasonal Increase (Limit Of Insurance) | 23 |
| Acts Or Decisions Exclusion | 22 | Business Personal Property Temporarily In Portable Storage Units Coverage Extension | 17 |
| Additional Coverages | 3-14 | Cancellation Condition | 50 |
| Additional Exclusion – Loss Or Damage To Products Exclusion | 22 | Certain Computer-related Losses Exclusion | 19 |
| "Advertisement" Definition | 46 | Changes Condition | 51 |
| Aggregate Limits (Liability And Medical Expenses Limits Of Insurance) | 45 | Changes In Or Extremes Of Temperature Exclusion | 21 |
| Aircraft, Auto Or Watercraft Exclusion | 38-39 | Civil Authority Additional Coverage | 8-9 |
| Appraisal Property Loss Condition | 24 | Collapse Additional Coverage | 5-6 |
| "Auto" Definition | 46 | Collapse Exclusion | 21 |
| Bankruptcy General Condition | 45 | "Computer" Definition | 32 |
| "Bodily Injury" Definition | 46 | Concealment, Misrepresentation Or Fraud Condition | 51 |
| Building Coverage | 1 | Consequential Losses Exclusion | 20 |
| Building Limit – Automatic Increase (Limits Of Insurance) | 23 | Continuous Or Repeated Seepage Or Leakage Of Water Exclusion | 21-22 |
| Business Income Additional Coverage | 6-7 | Contractual Liability Exclusion | 36 |
| Business Income And Extra Expense Exclusions | 22 | Control Of Property General Condition | 28 |
| Business Income From Dependent Properties Additional Coverage | 10-11 | "Counterfeit Money" Definition | 32 |

Exhibit A

| Businessowners Coverage Feature | Page Number | Businessowners Coverage Feature | Page Number |
|---|---|---|---|
| Coverage Extension – Supplementary Payments (Business Liability Coverage) | 35-36 | Employer's Liability Exclusion | 37 |
| Coverage Extensions – Section I – Property | 14-17 | Equipment Breakdown Protection Optional Coverage | 31-32 |
| "Coverage Territory" Definition | 46-47 | Errors Or Omissions Exclusion | 21 |
| Covered Causes Of Loss | 2 | Examination Of Your Books And Records Condition | 51 |
| Covered Property | 1-2 | Exclusions – Section I – Property | 17-22 |
| Damage To Impaired Property Or Property Not Physically Injured Exclusion | 40 | Exclusions – Section II – Liability | 36-44 |
| Damage To Property Exclusion | 40 | "Executive Officer" Definition | 47 |
| Damage To Your Product Exclusion | 40 | Expected Or Intended Injury Exclusion | 36 |
| Damage To Your Work Exclusion | 40 | Exposed Property Exclusion | 20 |
| Dampness Or Dryness Of Atmosphere Exclusion | 21 | Extended Business Income Coverage (Business Income Additional Coverage) | 7 |
| Debris Removal Additional Coverage | 3-4 | Extra Expense Additional Coverage | 7-8 |
| Deductibles | 23-24 | False Pretense Exclusion | 20 |
| Dishonesty Exclusion | 20 | Fire Department Service Charge Additional Coverage | 5 |
| Duties In The Event Of Loss Or Damage Property Loss Condition | 24 | Fire Extinguisher Systems Recharge Expense Additional Coverage | 11-12 |
| Duties In The Event Of Occurrence, Offense, Claim Or Suit General Condition | 46 | Forgery Or Alteration Additional Coverage | 9 |
| Earth Movement Exclusion | 17-18 | Frozen Plumbing Exclusion | 20 |
| Electrical Apparatus Exclusion | 19-20 | "Fungi" Definition | 32 |
| Electrical Disturbance Exclusion | 21 | "Fungi", Wet Rot Or Dry Rot Exclusion | 19 |
| Electronic Data Additional Coverage | 12 | Glass Expenses Additional Coverage | 11 |
| "Electronic Data" Definition | 32 | Governmental Action Exclusion | 18 |
| Electronic Data Exclusion | 41-42 | "Hostile Fire" Definition | 47 |
| "Employee" Definition | 47 | "Impaired Property" Definition | 47 |
| Employee Dishonesty Optional Coverage | 29-31 | Increased Cost Of Construction Additional Coverage | 9-10 |

Exhibit A

| Businessowners Coverage Feature | Page Number | Businessowners Coverage Feature | Page Number |
|---|---|---|---|
| Inspections And Surveys Condition | 51 | Medical Expenses Exclusions | 42-44 |
| Installation, Testing, Repair Exclusion | 21 | "Member" Definition | 32 |
| Insurance Under Two Or More Coverages Condition | 51 | Mobile Equipment Exclusion | 39 |
| "Insured Contract" Definition | 47 | "Mobile Equipment" Definition | 48 |
| Interruption Of Computer Operations Additional Coverage | 12-13 | Money And Securities Optional Coverage | 29 |
| "Leased Worker" Definition | 47 | "Money" Definition | 32 |
| Legal Action Against Us General Condition – Section II – Liability | 46 | Money Orders And "Counterfeit Money" Additional Coverage | 9 |
| Legal Action Against Us Property Loss Condition – Section I – Property | 24 | Mortgageholders Property General Condition | 28 |
| Liability And Medical Expenses Definitions | 46-50 | Neglect Exclusion | 21 |
| Liability And Medical Expenses General Conditions | 45-46 | Negligent Work Exclusion | 22 |
| Liability And Medical Expenses Limits Of Insurance | 45 | Nesting Or Infestation Exclusion | 21 |
| Liberalization Condition | 51 | Newly Acquired Or Constructed Property Coverage Extension | 14-15 |
| Limitations | 2-3 | No Benefit To Bailee Property General Condition | 28 |
| Limited Coverage For "Fungi", Wet Rot Or Dry Rot Additional Coverage | 13-14 | Nuclear Energy Liability Exclusion | 42-44 |
| Limits Of Insurance – Section I – Property | 23 | Nuclear Hazard Exclusion | 18 |
| Liquor Liability Exclusion | 36-37 | "Occurrence" Definition | 48 |
| "Loading Or Unloading" Definition | 48 | "Operations" Definition | 32 |
| Loss Payment Property Loss Condition | 24-27 | Optional Coverages | 28-32 |
| "Manager" Definition | 32 | Ordinance Or Law Exclusion | 17 |
| Marring Or Scratching Exclusion | 21 | Other Insurance Condition | 51 |
| Mechanical Breakdown Exclusion | 21 | Other Types Of Loss Exclusion | 21 |
| Medical Expenses Coverage | 36 | Outdoor Property Coverage Extension | 15 |

Exhibit A

| Businessowners Coverage Feature | Page Number | Businessowners Coverage Feature | Page Number |
|---|---|---|---|
| Outdoor Signs Optional Coverage | 28-29 | Property Not Covered | 2 |
| "Period Of Restoration" Definition | 32 | Recall Of Products, Work Or Impaired Property Exclusion | 40 |
| "Personal And Advertising Injury" Definition | 48 | Recovered Property Loss Condition | 27 |
| Personal And Advertising Injury Exclusion | 40-41 | Resumption Of Operations Property Loss Condition | 27 |
| Personal Effects Coverage Extension | 15 | Rust Or Other Corrosion Exclusion | 21 |
| Personal Property Off-premises Coverage Extension | 15 | Section I – Property | 1-33 |
| Policy Period, Coverage Territory Property General Condition | 28 | Section II – Liability | 34-50 |
| Pollutant Clean-up And Removal Additional Coverage | 8 | Section III – Common Policy Conditions | 50-52 |
| "Pollutants" Definition – Section I – Property | 33 | "Securities" Definition | 33 |
| "Pollutants" Definition – Section II – Liability | 48 | Separation Of Insureds General Condition | 46 |
| Pollution Exclusion – Section I – Property | 21 | Settling, Cracking, Shrinking Or Expansion Exclusion | 21 |
| Pollution Exclusion – Section II – Liability | 37-38 | Smog Exclusion | 21 |
| Premium Audit Condition | 52 | Smoke, Vapor, Gas Exclusion | 20 |
| Premiums Condition | 51-52 | "Specified Causes Of Loss" Definition | 33 |
| Preservation Of Property Additional Coverage | 4-5 | Steam Apparatus Exclusion | 20 |
| "Products-completed Operations Hazard" Definition | 49 | "Stock" Definition | 33 |
| Professional Services Exclusion | 39-40 | "Suit" Definition | 49 |
| "Property Damage" Definition | 49 | "Temporary Worker" Definition | 49 |
| Property Definitions | 32-33 | Transfer Of Rights Of Recovery Against Others To Us Condition | 52 |
| Property General Conditions | 28 | Transfer Of Your Rights And Duties Under This Policy Condition | 52 |
| Property Loss Conditions | 24-28 | Utility Services Exclusion | 18 |

Exhibit A

| Businessowners Coverage Feature | Page Number | Businessowners Coverage Feature | Page Number |
|---|---|---|---|
| Vacancy Property Loss Condition | 27 | Water Damage, Other Liquids, Powder Or Molten Material Damage Additional Coverage | 6 |
| Valuable Papers And Records Coverage Extension | 15-16 | Water Exclusion | 19 |
| "Valuable Papers And Records" Definition | 33 | Wear And Tear Exclusion | 21 |
| Violation Of Customer Protection Statutes Exclusion | 42 | Weather Conditions Exclusion | 22 |
| Virus Or Bacteria Exclusion | 19 | Who Is An Insured | 44-45 |
| "Volunteer Worker" Definition | 49 | Workers' Compensation And Similar Laws Exclusion | 37 |
| War And Military Action Exclusion | 18 | "Your Product" Definition | 49-50 |
| War Exclusion | 39 | "Your Work" Definition | 50 |

Exhibit A



# BUSINESSOWNERS COVERAGE FORM

Various provisions in this policy restrict coverage. Read the entire policy carefully to determine rights, duties and what is and is not covered.

Throughout this Coverage Form, the words "you" and "your" refer to the Named Insured shown in the Declarations. The words "we", "us" and "our" refer to the company providing this insurance.

In Section **II** - Liability, the word "insured" means any person or organization qualifying as such under Paragraph **C.** Who Is An Insured.

Other words and phrases that appear in quotation marks have special meaning. Refer to Paragraph **H.** Property Definitions in Section **I** - Property and Paragraph **F.** Liability And Medical Expenses Definitions in Section **II** - Liability.

## SECTION I - PROPERTY

## A. Coverage

We will pay for direct physical loss of or damage to Covered Property at the premises described in the Declarations caused by or resulting from any Covered Cause of Loss.

### 1. Covered Property

Covered Property includes Buildings as described under Paragraph **a.** below, Business Personal Property as described under Paragraph **b.** below, or both, depending on whether a Limit Of Insurance is shown in the Declarations for that type of property. Regardless of whether coverage is shown in the Declarations for Buildings, Business Personal Property, or both, there is no coverage for property described under Paragraph **2.** Property Not Covered.

**a.** Buildings, meaning the buildings and structures at the premises described in the Declarations, including:

**(1)** Completed additions;

**(2)** Fixtures, including outdoor fixtures;

**(3)** Permanently installed:

**(a)** Machinery; and

**(b)** Equipment;

**(4)** Your personal property in apartments, rooms or common areas furnished by you as landlord;

**(5)** Personal property owned by you that is used to maintain or service the buildings or structures or the premises, including:

**(a)** Fire extinguishing equipment;

**(b)** Outdoor furniture;

**(c)** Floor coverings; and

**(d)** Appliances used for refrigerating, ventilating, cooking, dishwashing or laundering;

**(6)** If not covered by other insurance:

**(a)** Additions under construction, alterations and repairs to the buildings or structures;

**(b)** Materials, equipment, supplies and temporary structures, on or within 100 feet of the described premises, used for making additions, alterations or repairs to the buildings or structures.

**b.** Business Personal Property located in or on the buildings or structures at the described premises or in the open (or in a vehicle) within 100 feet of the buildings or structures or within 100 feet of the premises described in the Declarations, whichever distance is greater, including:

**(1)** Property you own that is used in your business;

**(2)** Property of others that is in your care, custody or control, except as otherwise provided in Loss Payment Property Loss Condition Paragraph **E.5.d.(3)(b);**

**(3)** Tenant's improvements and betterments. Improvements and betterments are fixtures, alterations, installations or additions:

**(a)** Made a part of the building or structure you occupy but do not own; and

**(b)** You acquired or made at your expense but cannot legally remove;

**(4)** Leased personal property which you have a contractual responsibility to insure, unless otherwise provided for under Paragraph **1.b.(2);** and

Copyright, Insurance Services Office, Inc., 2012

Exhibit A

(5) Exterior building glass, if you are a tenant and no Limit Of Insurance is shown in the Declarations for Building property. The glass must be owned by you or in your care, custody or control.

**2. Property Not Covered**

Covered Property does not include:

**a.** Aircraft, automobiles, motortrucks and other vehicles subject to motor vehicle registration;

**b.** "Money" or "securities" except as provided in the:

   **(1)** Money And Securities Optional Coverage; or

   **(2)** Employee Dishonesty Optional Coverage;

**c.** Contraband, or property in the course of illegal transportation or trade;

**d.** Land (including land on which the property is located), water, growing crops or lawns (other than lawns which are part of a vegetated roof);

**e.** Outdoor fences, radio or television antennas (including satellite dishes) and their lead-in wiring, masts or towers, signs (other than signs attached to buildings), trees, shrubs or plants (other than trees, shrubs or plants which are part of a vegetated roof), all except as provided in the:

   **(1)** Outdoor Property Coverage Extension; or

   **(2)** Outdoor Signs Optional Coverage;

**f.** Watercraft (including motors, equipment and accessories) while afloat;

**g.** Accounts, bills, food stamps, other evidences of debt, accounts receivable or "valuable papers and records"; except as otherwise provided in this policy;

**h.** "Computer(s)" which are permanently installed or designed to be permanently installed in any aircraft, watercraft, motortruck or other vehicle subject to motor vehicle registration. This paragraph does not apply to "computer(s)" while held as "stock";

**i.** "Electronic data", except as provided under Additional Coverages - Electronic Data. This Paragraph **i.** does not apply to your "stock" of prepackaged software or to "electronic data" which is integrated in and operates or controls the building's elevator, lighting, heating, ventilation, air conditioning or security system; or

**j.** Animals, unless owned by others and boarded by you, or if owned by you, only as "stock" while inside of buildings.

**3. Covered Causes Of Loss**

Direct physical loss unless the loss is excluded or limited under Section **I** - Property.

**4. Limitations**

**a.** We will not pay for loss of or damage to:

   **(1)** Steam boilers, steam pipes, steam engines or steam turbines caused by or resulting from any condition or event inside such equipment. But we will pay for loss of or damage to such equipment caused by or resulting from an explosion of gases or fuel within the furnace of any fired vessel or within the flues or passages through which the gases of combustion pass.

   **(2)** Hot water boilers or other water heating equipment caused by or resulting from any condition or event inside such boilers or equipment, other than an explosion.

   **(3)** Property that is missing, where the only evidence of the loss or damage is a shortage disclosed on taking inventory, or other instances where there is no physical evidence to show what happened to the property. This limitation does not apply to the Optional Coverage for Money and Securities.

   **(4)** Property that has been transferred to a person or to a place outside the described premises on the basis of unauthorized instructions.

   **(5)** The interior of any building or structure, or to personal property in the building or structure, caused by or resulting from rain, snow, sleet, ice, sand or dust, whether driven by wind or not, unless:

      **(a)** The building or structure first sustains damage by a Covered Cause of Loss to its roof or walls through which the rain, snow, sleet, ice, sand or dust enters; or

Copyright, Insurance Services Office, Inc., 2012

Exhibit A

**(b)** The loss or damage is caused by or results from thawing of snow, sleet or ice on the building or structure.

**(6)** Lawns, trees, shrubs or plants which are part of a vegetated roof, caused by or resulting from:

**(a)** Dampness or dryness of atmosphere or of soil supporting the vegetation;

**(b)** Changes in or extremes of temperature;

**(c)** Disease;

**(d)** Frost or hail; or

**(e)** Rain, snow, ice or sleet.

**b.** We will not pay for loss of or damage to the following types of property unless caused by the "specified causes of loss" or building glass breakage:

**(1)** Animals, and then only if they are killed or their destruction is made necessary.

**(2)** Fragile articles such as glassware, statuary, marble, chinaware and porcelain, if broken. This restriction does not apply to:

**(a)** Glass that is part of the exterior or interior of a building or structure;

**(b)** Containers of property held for sale; or

**(c)** Photographic or scientific instrument lenses.

**c.** For loss or damage by theft, the following types of property are covered only up to the limits shown (unless a higher Limit Of Insurance is shown in the Declarations):

**(1)** $2,500 for furs, fur garments and garments trimmed with fur.

**(2)** $2,500 for jewelry, watches, watch movements, jewels, pearls, precious and semiprecious stones, bullion, gold, silver, platinum and other precious alloys or metals. This limit does not apply to jewelry and watches worth $100 or less per item.

**(3)** $2,500 for patterns, dies, molds and forms**.**

**5. Additional Coverages**

**a. Debris Removal**

**(1)** Subject to Paragraphs **(2), (3)** and **(4),** we will pay your expense to remove debris of Covered Property and other debris that is on the described premises, when such debris is caused by or results from a Covered Cause of Loss that occurs during the policy period. The expenses will be paid only if they are reported to us in writing within 180 days of the date of direct physical loss or damage.

**(2)** Debris Removal does not apply to costs to:

**(a)** Remove debris of property of yours that is not insured under this policy, or property in your possession that is not Covered Property;

**(b)** Remove debris of property owned by or leased to the landlord of the building where your described premises are located, unless you have a contractual responsibility to insure such property and it is insured under this policy;

**(c)** Remove any property that is Property Not Covered, including property addressed under the Outdoor Property Coverage Extension;

**(d)** Remove property of others of a type that would not be Covered Property under this policy;

**(e)** Remove deposits of mud or earth from the grounds of the described premises;

**(f)** Extract "pollutants" from land or water; or

**(g)** Remove, restore or replace polluted land or water.

**(3)** Subject to the exceptions in Paragraph **(4),** the following provisions apply:

**(a)** The most that we will pay for the total of direct physical loss or damage plus debris removal expense is the Limit of Insurance applicable to the Covered Property that has sustained loss or damage.

 Copyright, Insurance Services Office, Inc., 2012

Exhibit A

**(b)** Subject to Paragraph **(3)(a)** above, the amount we will pay for debris removal expense is limited to 25% of the sum of the deductible plus the amount that we pay for direct physical loss or damage to the Covered Property that has sustained loss or damage. However, if no Covered Property has sustained direct physical loss or damage, the most we will pay for removal of debris of other property (if such removal is covered under this Additional Coverage) is $5,000 at each location.

**(4)** We will pay up to an additional $25,000 for debris removal expense, for each location, in any one occurrence of physical loss or damage to Covered Property, if one or both of the following circumstances apply:

**(a)** The total of the actual debris removal expense plus the amount we pay for direct physical loss or damage exceeds the Limit of Insurance on the Covered Property that has sustained loss or damage.

**(b)** The actual debris removal expense exceeds 25% of the sum of the deductible plus the amount that we pay for direct physical loss or damage to the Covered Property that has sustained loss or damage.

Therefore, if Paragraphs **(4)(a)** and/or **(4)(b)** apply, our total payment for direct physical loss or damage and debris removal expense may reach but will never exceed the Limit of Insurance on the Covered Property that has sustained loss or damage, plus $25,000.

**(5) Examples**

**Example #1**

| | |
|---|---|
| Limit of Insurance | $ 90,000 |
| Amount of Deductible | $      500 |
| Amount of Loss | $ 50,000 |
| Amount of Loss Payable | $ 49,500 |
| | ($50,000 - $500) |
| Debris Removal Expense | $ 10,000 |
| Debris Removal Expense Payable | $ 10,000 |
| | ($10,000 is 20% of $50,000) |

The debris removal expense is less than 25% of the sum of the loss payable plus the deductible. The sum of the loss payable and the debris removal expense ($49,500 + $10,000 = $59,500) is less than the Limit of Insurance. Therefore, the full amount of debris removal expense is payable in accordance with the terms of Paragraph **(3)**.

**Example #2**

| | |
|---|---|
| Limit of Insurance | $ 90,000 |
| Amount of Deductible | $      500 |
| Amount of Loss | $ 80,000 |
| Amount of Loss Payable | $ 79,500 |
| | ($80,000 - $500) |
| Debris Removal Expense | $ 40,000 |
| Debris Removal Expense Payable | |
| Basic Amount | $ 10,500 |
| Additional Amount | $ 10,000 |

The basic amount payable for debris removal expense under the terms of Paragraph **(3)** is calculated as follows: $80,000 ($79,500 + $500) x .25 = $20,000; capped at $10,500. The cap applies because the sum of the loss payable ($79,500) and the basic amount payable for debris removal expense ($10,500) cannot exceed the Limit of Insurance ($90,000).

The additional amount payable for debris removal expense is provided in accordance with the terms of Paragraph **(4)**, because the debris removal expense ($40,000) exceeds 25% of the loss payable plus the deductible ($40,000 is 50% of $80,000), and because the sum of the loss payable and debris removal expense ($79,500 + $40,000 = $119,500) would exceed the Limit of Insurance ($90,000). The additional amount of covered debris removal expense is $25,000, the maximum payable under Paragraph **(4)**. Thus, the total payable for debris removal expense in this example is $35,500; $4,500 of the debris removal expense is not covered.

 Copyright, Insurance Services Office, Inc., 2012

Exhibit A

**b. Preservation Of Property**

If it is necessary to move Covered Property from the described premises to preserve it from loss or damage by a Covered Cause of Loss, we will pay for any direct physical loss of or damage to that property:

**(1)** While it is being moved or while temporarily stored at another location; and

**(2)** Only if the loss or damage occurs within 30 days after the property is first moved.

**c. Fire Department Service Charge**

When the fire department is called to save or protect Covered Property from a Covered Cause of Loss, we will pay up to $2,500 for service at each premises described in the Declarations, unless a different limit is shown in the Declarations. Such limit is the most we will pay regardless of the number of responding fire departments or fire units, and regardless of the number or type of services performed.

This Additional Coverage applies to your liability for fire department service charges:

**(1)** Assumed by contract or agreement prior to loss; or

**(2)** Required by local ordinance.

**d. Collapse**

The coverage provided under this Additional Coverage - Collapse applies only to an abrupt collapse as described and limited in Paragraphs **d.(1)** through **d.(7).**

**(1)** For the purpose of this Additional Coverage - Collapse, abrupt collapse means an abrupt falling down or caving in of a building or any part of a building with the result that the building or part of the building cannot be occupied for its intended purpose.

**(2)** We will pay for direct physical loss or damage to Covered Property, caused by abrupt collapse of a building or any part of a building that is insured under this policy or that contains Covered Property insured under this policy, if such collapse is caused by one or more of the following:

**(a)** Building decay that is hidden from view, unless the presence of such decay is known to an insured prior to collapse;

**(b)** Insect or vermin damage that is hidden from view, unless the presence of such damage is known to an insured prior to collapse;

**(c)** Use of defective material or methods in construction, remodeling or renovation if the abrupt collapse occurs during the course of the construction, remodeling or renovation.

**(d)** Use of defective material or methods in construction, remodeling or renovation if the abrupt collapse occurs after the construction, remodeling or renovation is complete, but only if the collapse is caused in part by:

**(i)** A cause of loss listed in Paragraph **(2)(a)** or **(2)(b);**

**(ii)** One or more of the "specified causes of loss";

**(iii)** Breakage of building glass;

**(iv)** Weight of people or personal property; or

**(v)** Weight of rain that collects on a roof.

**(3)** This Additional Coverage - Collapse does **not** apply to:

**(a)** A building or any part of a building that is in danger of falling down or caving in;

**(b)** A part of a building that is standing, even if it has separated from another part of the building; or

**(c)** A building that is standing or any part of a building that is standing, even if it shows evidence of cracking, bulging, sagging, bending, leaning, settling, shrinkage or expansion.

**(4)** With respect to the following property:

**(a)** Awnings;

**(b)** Gutters and downspouts;

**(c)** Yard fixtures;

**(d)** Outdoor swimming pools;

**(e)** Piers, wharves and docks;

**(f)** Beach or diving platforms or appurtenances;

**(g)** Retaining walls; and

**(h)** Walks, roadways and other paved surfaces;

Exhibit A

if an abrupt collapse is caused by a cause of loss listed in Paragraphs **(2)(a)** through **(2)(d)**, we will pay for loss or damage to that property only if such loss or damage is a direct result of the abrupt collapse of a building insured under this policy and the property is Covered Property under this policy.

**(5)** If personal property abruptly falls down or caves in and such collapse is **not** the result of abrupt collapse of a building, we will pay for loss or damage to Covered Property caused by such collapse of personal property only if:

**(a)** The collapse of personal property was caused by a cause of loss listed in Paragraphs **(2)(a)** through **(2)(d)** of this Additional Coverage;

**(b)** The personal property which collapses is inside a building; and

**(c)** The property which collapses is not of a kind listed in Paragraph **(4)**, regardless of whether that kind of property is considered to be personal property or real property.

The coverage stated in this Paragraph **(5)** does not apply to personal property if marring and/or scratching is the only damage to that personal property caused by the collapse.

**(6)** This Additional Coverage - Collapse does not apply to personal property that has not abruptly fallen down or caved in, even if the personal property shows evidence of cracking, bulging, sagging, bending, leaning, settling, shrinkage or expansion.

**(7)** This Additional Coverage - Collapse will not increase the Limits of Insurance provided in this policy.

**(8)** The term Covered Cause of Loss includes the Additional Coverage - Collapse as described and limited in Paragraphs **d.(1)** through **d.(7).**

**e. Water Damage, Other Liquids, Powder Or Molten Material Damage**

If loss or damage caused by or resulting from covered water or other liquid, powder or molten material occurs, we will also pay the cost to tear out and replace any part of the building or structure to repair damage to the system or appliance from which the water or other substance escapes.

We will not pay the cost to repair any defect that caused the loss or damage, but we will pay the cost to repair or replace damaged parts of fire extinguishing equipment if the damage:

**(1)** Results in discharge of any substance from an automatic fire protection system; or

**(2)** Is directly caused by freezing.

**f. Business Income**

**(1) Business Income**

**(a)** We will pay for the actual loss of Business Income you sustain due to the necessary suspension of your "operations" during the "period of restoration". The suspension must be caused by direct physical loss of or damage to property at the described premises. The loss or damage must be caused by or result from a Covered Cause of Loss. With respect to loss of or damage to personal property in the open or personal property in a vehicle, the described premises include the area within 100 feet of such premises.

With respect to the requirements set forth in the preceding paragraph, if you occupy only part of a building, your premises mean:

**(i)** The portion of the building which you rent, lease or occupy;

**(ii)** The area within 100 feet of the building or within 100 feet of the premises described in the Declarations, whichever distance is greater (with respect to loss of or damage to personal property in the open or personal property in a vehicle); and

**(iii)** Any area within the building or at the described premises, if that area services, or is used to gain access to, the portion of the building which you rent, lease or occupy.

Exhibit A

**(b)** We will only pay for loss of Business Income that you sustain during the "period of restoration" and that occurs within 12 consecutive months after the date of direct physical loss or damage. We will only pay for ordinary payroll expenses for 60 days following the date of direct physical loss or damage, unless a greater number of days is shown in the Declarations.

**(c)** Business Income means the:

**(i)** Net Income (Net Profit or Loss before income taxes) that would have been earned or incurred if no physical loss or damage had occurred, but not including any Net Income that would likely have been earned as a result of an increase in the volume of business due to favorable business conditions caused by the impact of the Covered Cause of Loss on customers or on other businesses; and

**(ii)** Continuing normal operating expenses incurred, including payroll.

**(d)** Ordinary payroll expenses:

**(i)** Means payroll expenses for all your employees except:

  **i.** Officers;

  **ii.** Executives;

  **iii.** Department Managers;

  **iv.** Employees under contract; and

  **v.** Additional Exemptions shown in the Declarations as:

    ● Job Classifications; or

    ● Employees.

**(ii)** Include:

  **i.** Payroll;

  **ii.** Employee benefits, if directly related to payroll;

  **iii.** FICA payments you pay;

  **iv.** Union dues you pay; and

  **v.** Workers' compensation premiums.

**(2) Extended Business Income**

**(a)** If the necessary suspension of your "operations" produces a Business Income loss payable under this policy, we will pay for the actual loss of Business Income you incur during the period that:

**(i)** Begins on the date property except finished stock is actually repaired, rebuilt or replaced and "operations" are resumed; and

**(ii)** Ends on the earlier of:

  **i.** The date you could restore your "operations", with reasonable speed, to the level which would generate the Business Income amount that would have existed if no direct physical loss or damage had occurred; or

  **ii.** 60 consecutive days after the date determined in Paragraph **(a)(i)** above, unless a greater number of consecutive days is shown in the Declarations.

However, Extended Business Income does not apply to loss of Business Income incurred as a result of unfavorable business conditions caused by the impact of the Covered Cause of Loss in the area where the described premises are located.

**(b)** Loss of Business Income must be caused by direct physical loss or damage at the described premises caused by or resulting from any Covered Cause of Loss.

**(3)** With respect to the coverage provided in this Additional Coverage, suspension means:

**(a)** The partial slowdown or complete cessation of your business activities; or

**(b)** That a part or all of the described premises is rendered untenantable, if coverage for Business Income applies.

**(4)** This Additional Coverage is not subject to the Limits of Insurance of Section **I** - Property.

 Copyright, Insurance Services Office, Inc., 2012

Exhibit A

**g. Extra Expense**

**(1)** We will pay necessary Extra Expense you incur during the "period of restoration" that you would not have incurred if there had been no direct physical loss or damage to property at the described premises. The loss or damage must be caused by or result from a Covered Cause of Loss. With respect to loss of or damage to personal property in the open or personal property in a vehicle, the described premises include the area within 100 feet of such premises.

With respect to the requirements set forth in the preceding paragraph, if you occupy only part of a building, your premises mean:

**(a)** The portion of the building which you rent, lease or occupy;

**(b)** The area within 100 feet of the building or within 100 feet of the premises described in the Declarations, whichever distance is greater (with respect to loss of or damage to personal property in the open or personal property in a vehicle); and

**(c)** Any area within the building or at the described premises, if that area services, or is used to gain access to, the portion of the building which you rent, lease or occupy.

**(2)** Extra Expense means expense incurred:

**(a)** To avoid or minimize the suspension of business and to continue "operations":

**(i)** At the described premises; or

**(ii)** At replacement premises or at temporary locations, including relocation expenses, and costs to equip and operate the replacement or temporary locations.

**(b)** To minimize the suspension of business if you cannot continue "operations".

**(c)** To:

**(i)** Repair or replace any property; or

**(ii)** Research, replace or restore the lost information on damaged "valuable papers and records";

to the extent it reduces the amount of loss that otherwise would have been payable under this Additional Coverage or Additional Coverage **f.** Business Income.

**(3)** With respect to the coverage provided in this Additional Coverage, suspension means:

**(a)** The partial slowdown or complete cessation of your business activities; or

**(b)** That a part or all of the described premises is rendered untenantable, if coverage for Business Income applies.

**(4)** We will only pay for Extra Expense that occurs within 12 consecutive months after the date of direct physical loss or damage. This Additional Coverage is not subject to the Limits of Insurance of Section **I** - Property.

**h. Pollutant Clean-up And Removal**

We will pay your expense to extract "pollutants" from land or water at the described premises if the discharge, dispersal, seepage, migration, release or escape of the "pollutants" is caused by or results from a Covered Cause of Loss that occurs during the policy period. The expenses will be paid only if they are reported to us in writing within 180 days of the date on which the Covered Cause of Loss occurs.

This Additional Coverage does not apply to costs to test for, monitor or assess the existence, concentration or effects of "pollutants". But we will pay for testing which is performed in the course of extracting the "pollutants" from the land or water.

The most we will pay for each location under this Additional Coverage is $10,000 for the sum of all such expenses arising out of Covered Causes of Loss occurring during each separate 12-month period of this policy.

Copyright, Insurance Services Office, Inc., 2012

Exhibit A

### i. Civil Authority

When a Covered Cause of Loss causes damage to property other than property at the described premises, we will pay for the actual loss of Business Income you sustain and necessary Extra Expense caused by action of civil authority that prohibits access to the described premises, provided that both of the following apply:

**(1)** Access to the area immediately surrounding the damaged property is prohibited by civil authority as a result of the damage, and the described premises are within that area but are not more than one mile from the damaged property; and

**(2)** The action of civil authority is taken in response to dangerous physical conditions resulting from the damage or continuation of the Covered Cause of Loss that caused the damage, or the action is taken to enable a civil authority to have unimpeded access to the damaged property.

Civil Authority Coverage for Business Income will begin 72 hours after the time of the first action of civil authority that prohibits access to the described premises and will apply for a period of up to four consecutive weeks from the date on which such coverage began.

Civil Authority Coverage for necessary Extra Expense will begin immediately after the time of the first action of civil authority that prohibits access to the described premises and will end:

**(1)** Four consecutive weeks after the date of that action; or

**(2)** When your Civil Authority Coverage for Business Income ends;

whichever is later.

The definitions of Business Income and Extra Expense contained in the Business Income and Extra Expense Additional Coverages also apply to this Civil Authority Additional Coverage. The Civil Authority Additional Coverage is not subject to the Limits of Insurance of Section **I** - Property.

### j. Money Orders And "Counterfeit Money"

We will pay for loss resulting directly from your having accepted in good faith, in exchange for merchandise, "money" or services:

**(1)** Money orders issued by any post office, express company or bank that are not paid upon presentation; or

**(2)** "Counterfeit money" that is acquired during the regular course of business.

The most we will pay for any loss under this Additional Coverage is $1,000.

### k. Forgery Or Alteration

**(1)** We will pay for loss resulting directly from forgery or alteration of any check, draft, promissory note, bill of exchange or similar written promise of payment in "money" that you or your agent has issued, or that was issued by someone who impersonates you or your agent.

**(2)** If you are sued for refusing to pay the check, draft, promissory note, bill of exchange or similar written promise of payment in "money", on the basis that it has been forged or altered, and you have our written consent to defend against the suit, we will pay for any reasonable legal expenses that you incur in that defense.

**(3)** For the purpose of this coverage, check includes a substitute check as defined in the Check Clearing for the 21st Century Act and will be treated the same as the original it replaced.

**(4)** The most we will pay for any loss, including legal expenses, under this Additional Coverage is $2,500, unless a higher Limit Of Insurance is shown in the Declarations.

### l. Increased Cost Of Construction

**(1)** This Additional Coverage applies only to buildings insured on a replacement cost basis.

**(2)** In the event of damage by a Covered Cause of Loss to a building that is Covered Property, we will pay the increased costs incurred to comply with the minimum standards of an ordinance or law in the course of repair, rebuilding or replacement of damaged parts of that property, subject to the limitations stated in Paragraphs **(3)** through **(9)** of this Additional Coverage.

Exhibit A

**(3)** The ordinance or law referred to in Paragraph **(2)** of this Additional Coverage is an ordinance or law that regulates the construction or repair of buildings or establishes zoning or land use requirements at the described premises and is in force at the time of loss.

**(4)** Under this Additional Coverage, we will not pay any costs due to an ordinance or law that:

  **(a)** You were required to comply with before the loss, even when the building was undamaged; and

  **(b)** You failed to comply with.

**(5)** Under this Additional Coverage, we will not pay for:

  **(a)** The enforcement of or compliance with any ordinance or law which requires demolition, repair, replacement, reconstruction, remodeling or remediation of property due to contamination by "pollutants" or due to the presence, growth, proliferation, spread or any activity of "fungi", wet rot or dry rot; or

  **(b)** Any costs associated with the enforcement of or compliance with an ordinance or law which requires any insured or others to test for, monitor, clean up, remove, contain, treat, detoxify or neutralize, or in any way respond to, or assess the effects of "pollutants", "fungi", wet rot or dry rot.

**(6)** The most we will pay under this Additional Coverage, for each described building insured under Section **I** - Property, is $10,000. If a damaged building(s) is covered under a blanket Limit of Insurance which applies to more than one building or item of property, then the most we will pay under this Additional Coverage, for each damaged building, is $10,000.

The amount payable under this Additional Coverage is additional insurance.

**(7)** With respect to this Additional Coverage:

  **(a)** We will not pay for the Increased Cost of Construction:

   **(i)** Until the property is actually repaired or replaced, at the same or another premises; and

   **(ii)** Unless the repair or replacement is made as soon as reasonably possible after the loss or damage, not to exceed two years. We may extend this period in writing during the two years.

  **(b)** If the building is repaired or replaced at the same premises, or if you elect to rebuild at another premises, the most we will pay for the Increased Cost of Construction is the increased cost of construction at the same premises.

  **(c)** If the ordinance or law requires relocation to another premises, the most we will pay for the Increased Cost of Construction is the increased cost of construction at the new premises.

**(8)** This Additional Coverage is not subject to the terms of the Ordinance Or Law Exclusion, to the extent that such exclusion would conflict with the provisions of this Additional Coverage.

**(9)** The costs addressed in the Loss Payment Property Loss Condition in Section **I** - Property do not include the increased cost attributable to enforcement of or compliance with an ordinance or law. The amount payable under this Additional Coverage, as stated in Paragraph **(6)** of this Additional Coverage, is not subject to such limitation.

**m. Business Income From Dependent Properties**

  **(1)** We will pay for the actual loss of Business Income you sustain due to physical loss or damage at the premises of a dependent property or secondary dependent property caused by or resulting from any Covered Cause of Loss.

Exhibit A

However, this Additional Coverage does not apply when the only loss at the premises of a dependent property or secondary dependent property is loss or damage to "electronic data", including destruction or corruption of "electronic data". If the dependent property or secondary dependent property sustains loss or damage to "electronic data" and other property, coverage under this Additional Coverage will not continue once the other property is repaired, rebuilt or replaced.

The most we will pay under this Additional Coverage is $5,000 unless a higher Limit Of Insurance is indicated in the Declarations.

**(2)** We will reduce the amount of your Business Income loss, other than Extra Expense, to the extent you can resume "operations", in whole or in part, by using any other available:

   **(a)** Source of materials; or

   **(b)** Outlet for your products.

**(3)** If you do not resume "operations", or do not resume "operations" as quickly as possible, we will pay based on the length of time it would have taken to resume "operations" as quickly as possible.

**(4)** Dependent property means property owned by others whom you depend on to:

   **(a)** Deliver materials or services to you, or to others for your account. But services does not mean water supply services, wastewater removal services, communication supply services or power supply services;

   **(b)** Accept your products or services;

   **(c)** Manufacture your products for delivery to your customers under contract for sale; or

   **(d)** Attract customers to your business.

   The dependent property must be located in the coverage territory of this policy.

**(5)** Secondary dependent property means an entity which is not owned or operated by a dependent property and which;

   **(a)** Delivers materials or services to a dependent property, which in turn are used by the dependent property in providing materials or services to you; or

   **(b)** Accepts materials or services from a dependent property, which in turn accepts your materials or services.

A road, bridge, tunnel, waterway, airfield, pipeline or any other similar area or structure is not a secondary dependent property.

Any property which delivers any of the following services is not a secondary dependent property with respect to such services:

   **(i)** Water supply services;

   **(ii)** Wastewater removal services;

   **(iii)** Communication supply services; or

   **(iv)** Power supply services.

The secondary dependent property must be located in the coverage territory of this policy.

**(6)** The coverage period for Business Income under this Additional Coverage:

   **(a)** Begins 72 hours after the time of direct physical loss or damage caused by or resulting from any Covered Cause of Loss at the premises of the dependent property or secondary dependent property; and

   **(b)** Ends on the date when the property at the premises of the dependent property or secondary dependent property should be repaired, rebuilt or replaced with reasonable speed and similar quality.

**(7)** The Business Income coverage period, as stated in Paragraph **(6)**, does not include any increased period required due to the enforcement of or compliance with any ordinance or law that:

   **(a)** Regulates the construction, use or repair, or requires the tearing down of any property; or

   **(b)** Requires any insured or others to test for, monitor, clean up, remove, contain, treat, detoxify or neutralize, or in any way respond to, or assess the effects of "pollutants".

The expiration date of this policy will not reduce the Business Income coverage period.

Exhibit A

**(8)** The definition of Business Income contained in the Business Income Additional Coverage also applies to this Business Income From Dependent Properties Additional Coverage.

**n. Glass Expenses**

**(1)** We will pay for expenses incurred to put up temporary plates or board up openings if repair or replacement of damaged glass is delayed.

**(2)** We will pay for expenses incurred to remove or replace obstructions when repairing or replacing glass that is part of a building. This does not include removing or replacing window displays.

**o. Fire Extinguisher Systems Recharge Expense**

**(1)** We will pay:

**(a)** The cost of recharging or replacing, whichever is less, your fire extinguishers and fire extinguishing systems (including hydrostatic testing if needed) if they are discharged on or within 100 feet of the described premises; and

**(b)** For loss or damage to Covered Property if such loss or damage is the result of an accidental discharge of chemicals from a fire extinguisher or a fire extinguishing system.

**(2)** No coverage will apply if the fire extinguishing system is discharged during installation or testing.

**(3)** The most we will pay under this Additional Coverage is $5,000 in any one occurrence.

**p. Electronic Data**

**(1)** Subject to the provisions of this Additional Coverage, we will pay for the cost to replace or restore "electronic data" which has been destroyed or corrupted by a Covered Cause of Loss. To the extent that "electronic data" is not replaced or restored, the loss will be valued at the cost of replacement of the media on which the "electronic data" was stored, with blank media of substantially identical type.

**(2)** The Covered Causes of Loss applicable to Business Personal Property include a computer virus, harmful code or similar instruction introduced into or enacted on a computer system (including "electronic data") or a network to which it is connected, designed to damage or destroy any part of the system or disrupt its normal operation. But there is no coverage for loss or damage caused by or resulting from manipulation of a computer system (including "electronic data") by any employee, including a temporary or leased employee, or by an entity retained by you, or for you, to inspect, design, install, modify, maintain, repair or replace that system.

**(3)** The most we will pay under this Additional Coverage - Electronic Data for all loss or damage sustained in any one policy year, regardless of the number of occurrences of loss or damage or the number of premises, locations or computer systems involved, is $10,000, unless a higher Limit Of Insurance is shown in the Declarations. If loss payment on the first occurrence does not exhaust this amount, then the balance is available for subsequent loss or damage sustained in, but not after, that policy year. With respect to an occurrence which begins in one policy year and continues or results in additional loss or damage in a subsequent policy year(s), all loss or damage is deemed to be sustained in the policy year in which the occurrence began.

**(4)** This Additional Coverage does not apply to your "stock" of prepackaged software, or to "electronic data" which is integrated in and operates or controls a building's elevator, lighting, heating, ventilation, air conditioning or security system.

**q. Interruption Of Computer Operations**

**(1)** Subject to all provisions of this Additional Coverage, you may extend the insurance that applies to Business Income and Extra Expense to apply to a suspension of "operations" caused by an interruption in computer operations due to destruction or corruption of "electronic data" due to a Covered Cause of Loss.

 Copyright, Insurance Services Office, Inc., 2012

Exhibit A

**(2)** With respect to the coverage provided under this Additional Coverage, the Covered Causes of Loss are subject to the following:

**(a)** Coverage under this Additional Coverage - Interruption Of Computer Operations is limited to the "specified causes of loss" and Collapse.

**(b)** If the Businessowners Coverage Form is endorsed to add a Covered Cause of Loss, the additional Covered Cause of Loss does not apply to the coverage provided under this Additional Coverage.

**(c)** The Covered Causes of Loss include a computer virus, harmful code or similar instruction introduced into or enacted on a computer system (including "electronic data") or a network to which it is connected, designed to damage or destroy any part of the system or disrupt its normal operation. But there is no coverage for an interruption related to manipulation of a computer system (including "electronic data") by any employee, including a temporary or leased employee, or by an entity retained by you, or for you, to inspect, design, install, modify, maintain, repair or replace that system.

**(3)** The most we will pay under this Additional Coverage - Interruption Of Computer Operations for all loss sustained and expense incurred in any one policy year, regardless of the number of interruptions or the number of premises, locations or computer systems involved, is $10,000 unless a higher Limit Of Insurance is shown in the Declarations. If loss payment relating to the first interruption does not exhaust this amount, then the balance is available for loss or expense sustained or incurred as a result of subsequent interruptions in that policy year. A balance remaining at the end of a policy year does not increase the amount of insurance in the next policy year. With respect to any interruption which begins in one policy year and continues or results in additional loss or expense in a subsequent policy year(s), all loss and expense is deemed to be sustained or incurred in the policy year in which the interruption began.

**(4)** This Additional Coverage - Interruption Of Computer Operations does not apply to loss sustained or expense incurred after the end of the "period of restoration", even if the amount of insurance stated in **(3)** above has not been exhausted.

**(5)** Coverage for Business Income does not apply when a suspension of "operations" is caused by destruction or corruption of "electronic data", or any loss or damage to "electronic data", except as provided under Paragraphs **(1)** through **(4)** of this Additional Coverage.

     Copyright, Insurance Services Office, Inc., 2012

Exhibit A

**(6)** Coverage for Extra Expense does not apply when action is taken to avoid or minimize a suspension of "operations" caused by destruction or corruption of "electronic data", or any loss or damage to "electronic data", except as provided under Paragraphs **(1)** through **(4)** of this Additional Coverage.

**(7)** This Additional Coverage does not apply when loss or damage to "electronic data" involves only "electronic data" which is integrated in and operates or controls a building's elevator, lighting, heating, ventilation, air conditioning or security system.

**r. Limited Coverage For "Fungi", Wet Rot Or Dry Rot**

**(1)** The coverage described in Paragraphs **r.(2)** and **r.(6)** only applies when the "fungi", wet rot or dry rot is the result of a "specified cause of loss" other than fire or lightning that occurs during the policy period and only if all reasonable means were used to save and preserve the property from further damage at the time of and after that occurrence.

This Additional Coverage does not apply to lawns, trees, shrubs or plants which are part of a vegetated roof.

**(2)** We will pay for loss or damage by "fungi", wet rot or dry rot. As used in this Limited Coverage, the term loss or damage means:

**(a)** Direct physical loss or damage to Covered Property caused by "fungi", wet rot or dry rot, including the cost of removal of the "fungi", wet rot or dry rot;

**(b)** The cost to tear out and replace any part of the building or other property as needed to gain access to the "fungi", wet rot or dry rot; and

**(c)** The cost of testing performed after removal, repair, replacement or restoration of the damaged property is completed, provided there is a reason to believe that "fungi", wet rot or dry rot is present.

**(3)** The coverage described under this Limited Coverage is limited to $15,000. Regardless of the number of claims, this limit is the most we will pay for the total of all loss or damage arising out of all occurrences of "specified causes of loss" (other than fire or lightning) which take place in a 12-month period (starting with the beginning of the present annual policy period). With respect to a particular occurrence of loss which results in "fungi", wet rot or dry rot, we will not pay more than the total of $15,000 even if the "fungi", wet rot or dry rot continues to be present or active, or recurs, in a later policy period.

**(4)** The coverage provided under this Limited Coverage does not increase the applicable Limit of Insurance on any Covered Property. If a particular occurrence results in loss or damage by "fungi", wet rot or dry rot, and other loss or damage, we will not pay more, for the total of all loss or damage, than the applicable Limit of Insurance on the affected Covered Property.

If there is covered loss or damage to Covered Property, not caused by "fungi", wet rot or dry rot, loss payment will not be limited by the terms of this Limited Coverage, except to the extent that "fungi", wet rot or dry rot causes an increase in the loss. Any such increase in the loss will be subject to the terms of this Limited Coverage.

**(5)** The terms of this Limited Coverage do not increase or reduce the coverage provided under the Water Damage, Other Liquids, Powder Or Molten Material Damage or Collapse Additional Coverages.

 Copyright, Insurance Services Office, Inc., 2012

Exhibit A

**(6)** The following applies only if Business Income and/or Extra Expense Coverage applies to the described premises and only if the suspension of "operations" satisfies all the terms and conditions of the applicable Business Income and/or Extra Expense Additional Coverage:

**(a)** If the loss which resulted in "fungi", wet rot or dry rot does not in itself necessitate a suspension of "operations", but such suspension is necessary due to loss or damage to property caused by "fungi", wet rot or dry rot, then our payment under the Business Income and/or Extra Expense Additional Coverages is limited to the amount of loss and/or expense sustained in a period of not more than 30 days. The days need not be consecutive.

**(b)** If a covered suspension of "operations" was caused by loss or damage other than "fungi", wet rot or dry rot, but remediation of "fungi", wet rot or dry rot prolongs the "period of restoration", we will pay for loss and/or expense sustained during the delay (regardless of when such a delay occurs during the "period of restoration"), but such coverage is limited to 30 days. The days need not be consecutive.

**6. Coverage Extensions**

In addition to the Limits of Insurance of Section **I** - Property, you may extend the insurance provided by this policy as provided below.

Except as otherwise provided, the following extensions apply to property located in or on the building described in the Declarations or in the open (or in a vehicle) within 100 feet of the described premises:

**a. Newly Acquired Or Constructed Property**

**(1) Buildings**

If this policy covers Buildings, you may extend that insurance to apply to:

**(a)** Your new buildings while being built on the described premises; and

**(b)** Buildings you acquire at premises other than the one described, intended for:

**(i)** Similar use as the building described in the Declarations; or

**(ii)** Use as a warehouse.

The most we will pay for loss or damage under this Extension is $250,000 at each building.

**(2) Business Personal Property**

If this policy covers Business Personal Property, you may extend that insurance to apply to:

**(a)** Business Personal Property, including such property that you newly acquire, at any location you acquire; or

**(b)** Business Personal Property, including such property that you newly acquire, located at your newly constructed or acquired buildings at the location described in the Declarations.

This Extension does not apply to personal property that you temporarily acquire in the course of installing or performing work on such property or your wholesale activities.

The most we will pay for loss or damage under this Extension is $100,000 at each building.

**(3) Period Of Coverage**

With respect to insurance provided under this Coverage Extension for Newly Acquired Or Constructed Property, coverage will end when any of the following first occurs:

**(a)** This policy expires;

**(b)** 30 days expire after you acquire the property or begin construction of that part of the building that would qualify as Covered Property; or

**(c)** You report values to us.

We will charge you additional premium for values reported from the date you acquire the property or begin construction of that part of the building that would qualify as Covered Property.

**b. Personal Property Off-premises**

You may extend the insurance provided by this policy to apply to your Covered Property, other than "money" and "securities", "valuable papers and records" or accounts receivable, while it is in the course of transit or at a premises you do not own, lease or operate. The most we will pay for loss or damage under this Extension is $10,000.

Exhibit A

### c. Outdoor Property

You may extend the insurance provided by this policy to apply to your outdoor fences, radio and television antennas (including satellite dishes), signs (other than signs attached to buildings), trees, shrubs and plants (other than trees, shrubs or plants which are part of a vegetated roof), including debris removal expense. Loss or damage must be caused by or result from any of the following causes of loss:

**(1)** Fire;

**(2)** Lightning;

**(3)** Explosion;

**(4)** Riot or Civil Commotion; or

**(5)** Aircraft.

The most we will pay for loss or damage under this Extension is $2,500, unless a higher Limit Of Insurance for Outdoor Property is shown in the Declarations, but not more than $1,000 for any one tree, shrub or plant.

Subject to all aforementioned terms and limitations of coverage, this Coverage Extension includes the expense of removing from the described premises the debris of trees, shrubs and plants which are the property of others, except in the situation in which you are a tenant and such property is owned by the landlord of the described premises.

### d. Personal Effects

You may extend the insurance that applies to Business Personal Property to apply to personal effects owned by you, your officers, your partners or "members", your "managers" or your employees, including temporary or leased employees. This extension does not apply to:

**(1)** Tools or equipment used in your business; or

**(2)** Loss or damage by theft.

The most we will pay for loss or damage under this Extension is $2,500 at each described premises.

### e. Valuable Papers And Records

**(1)** You may extend the insurance that applies to Business Personal Property to apply to direct physical loss or damage to "valuable papers and records" that you own, or that are in your care, custody or control, caused by or resulting from a Covered Cause of Loss. This Coverage Extension includes the cost to research, replace or restore the lost information on "valuable papers and records" for which duplicates do not exist.

**(2)** This Coverage Extension does not apply to:

  **(a)** Property held as samples or for delivery after sale; and

  **(b)** Property in storage away from the premises shown in the Declarations.

**(3)** The most we will pay under this Coverage Extension for loss or damage to "valuable papers and records" in any one occurrence at the described premises is $10,000, unless a higher Limit Of Insurance for "valuable papers and records" is shown in the Declarations.

For "valuable papers and records" not at the described premises, the most we will pay is $5,000.

**(4)** Loss or damage to "valuable papers and records" will be valued at the cost of restoration or replacement of the lost or damaged information. To the extent that the contents of the "valuable papers and records" are not restored, the "valuable papers and records" will be valued at the cost of replacement with blank materials of substantially identical type.

**(5)** Paragraph **B.** Exclusions in Section **I** - Property does not apply to this Coverage Extension except for:

  **(a)** Paragraph **B.1.c.,** Governmental Action;

  **(b)** Paragraph **B.1.d.,** Nuclear Hazard;

  **(c)** Paragraph **B.1.f.,** War And Military Action;

Exhibit A

**(d)** Paragraph **B.2.f.,** Dishonesty;

**(e)** Paragraph **B.2.g.,** False Pretense;

**(f)** Paragraph **B.2.m.(2),** Errors Or Omissions; and

**(g)** Paragraph **B.3.**

### f. Accounts Receivable

**(1)** You may extend the insurance that applies to Business Personal Property to apply to accounts receivable. We will pay:

**(a)** All amounts due from your customers that you are unable to collect;

**(b)** Interest charges on any loan required to offset amounts you are unable to collect pending our payment of these amounts;

**(c)** Collection expenses in excess of your normal collection expenses that are made necessary by loss or damage; and

**(d)** Other reasonable expenses that you incur to reestablish your records of accounts receivable;

that result from direct physical loss or damage by any Covered Cause of Loss to your records of accounts receivable.

**(2)** The most we will pay under this Coverage Extension for loss or damage in any one occurrence at the described premises is $10,000, unless a higher Limit of Insurance for accounts receivable is shown in the Declarations.

For accounts receivable not at the described premises, the most we will pay is $5,000.

**(3)** Paragraph **B.** Exclusions in Section **I** - Property does not apply to this Coverage Extension except for:

**(a)** Paragraph **B.1.c.,** Governmental Action;

**(b)** Paragraph **B.1.d.,** Nuclear Hazard;

**(c)** Paragraph **B.1.f.,** War And Military Action;

**(d)** Paragraph **B.2.f.,** Dishonesty;

**(e)** Paragraph **B.2.g.,** False Pretense;

**(f)** Paragraph **B.3.;** and

**(g)** Paragraph **B.6.,** Accounts Receivable Exclusion.

### g. Business Personal Property Temporarily In Portable Storage Units

**(1)** You may extend the insurance that applies to Business Personal Property to apply to such property while temporarily stored in a portable storage unit (including a detached trailer) located within 100 feet of the buildings or structures described in the Declarations or within 100 feet of the described premises, whichever distance is greater.

**(2)** The limitation under Paragraph **A.4.a.(5)** also applies to property in a portable storage unit.

**(3)** Coverage under this Extension:

**(a)** Will end 90 days after the Business Personal Property has been placed in the storage unit;

**(b)** Does not apply if the storage unit itself has been in use at the described premises for more than 90 consecutive days, even if the Business Personal Property has been stored there for 90 or fewer days as of the time of loss or damage.

**(4)** Under this Extension, the most we will pay for the total of all loss or damage to Business Personal Property is $10,000 (unless a higher limit is indicated in the Declarations for such Extension) regardless of the number of storage units.

**(5)** This Extension does not apply to loss or damage otherwise covered under this Coverage Form or any endorsement to this Coverage Form, and does not apply to loss or damage to the storage unit itself.

## B. Exclusions

**1.** We will not pay for loss or damage caused directly or indirectly by any of the following. Such loss or damage is excluded regardless of any other cause or event that contributes concurrently or in any sequence to the loss. These exclusions apply whether or not the loss event results in widespread damage or affects a substantial area.

### a. Ordinance Or Law

**(1)** The enforcement of or compliance with any ordinance or law:

**(a)** Regulating the construction, use or repair of any property; or

Exhibit A

**(b)** Requiring the tearing down of any property, including the cost of removing its debris.

**(2)** This exclusion, Ordinance Or Law, applies whether the loss results from:

**(a)** An ordinance or law that is enforced even if the property has not been damaged; or

**(b)** The increased costs incurred to comply with an ordinance or law in the course of construction, repair, renovation, remodeling or demolition of property or removal of its debris, following a physical loss to that property.

**b. Earth Movement**

**(1)** Earthquake, including tremors and aftershocks and any earth sinking, rising or shifting related to such event;

**(2)** Landslide, including any earth sinking, rising or shifting related to such event;

**(3)** Mine subsidence, meaning subsidence of a man-made mine, whether or not mining activity has ceased;

**(4)** Earth sinking (other than sinkhole collapse), rising or shifting including soil conditions which cause settling, cracking or other disarrangement of foundations or other parts of realty. Soil conditions include contraction, expansion, freezing, thawing, erosion, improperly compacted soil and the action of water under the ground surface.

But if Earth Movement, as described in Paragraphs **(1)** through **(4)** above, results in fire or explosion, we will pay for the loss or damage caused by that fire or explosion.

**(5)** Volcanic eruption, explosion or effusion. But if volcanic eruption, explosion or effusion results in fire, building glass breakage or volcanic action, we will pay for the loss or damage caused by that fire, building glass breakage or volcanic action.

Volcanic action means direct loss or damage resulting from the eruption of a volcano when the loss or damage is caused by:

**(a)** Airborne volcanic blast or airborne shock waves;

**(b)** Ash, dust or particulate matter; or

**(c)** Lava flow.

With respect to coverage for volcanic action as set forth in **5(a)**, **(5)(b)** and **5(c)**, all volcanic eruptions that occur within any 168-hour period will constitute a single occurrence.

Volcanic action does not include the cost to remove ash, dust or particulate matter that does not cause direct physical loss of or damage to Covered Property.

This exclusion applies regardless of whether any of the above, in Paragraphs **(1)** through **(5)**, is caused by an act of nature or is otherwise caused.

**c. Governmental Action**

Seizure or destruction of property by order of governmental authority.

But we will pay for loss or damage caused by or resulting from acts of destruction ordered by governmental authority and taken at the time of a fire to prevent its spread, if the fire would be covered under this policy.

**d. Nuclear Hazard**

Nuclear reaction or radiation, or radioactive contamination, however caused.

But if nuclear reaction or radiation, or radioactive contamination, results in fire, we will pay for the loss or damage caused by that fire.

**e. Utility Services**

The failure of power, communication, water or other utility service supplied to the described premises, however caused, if the failure:

**(1)** Originates away from the described premises; or

**(2)** Originates at the described premises, but only if such failure involves equipment used to supply the utility service to the described premises from a source away from the described premises.

Failure of any utility service includes lack of sufficient capacity and reduction in supply.

Loss or damage caused by a surge of power is also excluded, if the surge would not have occurred but for an event causing a failure of power.

Exhibit A

But if the failure or surge of power, or the failure of communication, water or other utility service, results in a Covered Cause of Loss, we will pay for the loss or damage caused by that Covered Cause of Loss.

Communication services include but are not limited to service relating to Internet access or access to any electronic, cellular or satellite network.

This exclusion does not apply to loss or damage to "computer(s)" and "electronic data".

**f. War And Military Action**

**(1)** War, including undeclared or civil war;

**(2)** Warlike action by a military force, including action in hindering or defending against an actual or expected attack, by any government, sovereign or other authority using military personnel or other agents; or

**(3)** Insurrection, rebellion, revolution, usurped power, or action taken by governmental authority in hindering or defending against any of these.

**g. Water**

**(1)** Flood, surface water, waves (including tidal wave and tsunami), tides, tidal water, overflow of any body of water, or spray from any of these, all whether or not driven by wind (including storm surge);

**(2)** Mudslide or mudflow;

**(3)** Water that backs up or overflows or is otherwise discharged from a sewer, drain, sump, sump pump or related equipment;

**(4)** Water under the ground surface pressing on, or flowing or seeping through:

**(a)** Foundations, walls, floors or paved surfaces;

**(b)** Basements, whether paved or not; or

**(c)** Doors, windows or other openings; or

**(5)** Waterborne material carried or otherwise moved by any of the water referred to in Paragraph **(1)**, **(3)** or **(4)**, or material carried or otherwise moved by mudslide or mudflow.

This exclusion applies regardless of whether any of the above, in Paragraphs **(1)** through **(5)**, is caused by an act of nature or is otherwise caused. An example of a situation to which this exclusion applies is the situation where a dam, levee, seawall or other boundary or containment system fails in whole or in part, for any reason, to contain the water.

But if any of the above, in Paragraphs **(1)** through **(5)**, results in fire, explosion or sprinkler leakage, we will pay for the loss or damage caused by that fire, explosion or sprinkler leakage.

**h. Certain Computer-related Losses**

**(1)** The failure, malfunction or inadequacy of:

**(a)** Any of the following, whether belonging to any insured or to others:

**(i)** "Computer" hardware, including microprocessors or other electronic data processing equipment as may be described elsewhere in this policy;

**(ii)** "Computer" application software or other "electronic data" as may be described elsewhere in this policy;

**(iii)** "Computer" operating systems and related software;

**(iv)** "Computer" networks;

**(v)** Microprocessors ("computer" chips) not part of any "computer" system; or

**(vi)** Any other computerized or electronic equipment or components; or

**(b)** Any other products, and any services, data or functions that directly or indirectly use or rely upon, in any manner, any of the items listed in Paragraph **(a)** above;

due to the inability to correctly recognize, distinguish, interpret or accept one or more dates or times. An example is the inability of computer software to recognize the year 2000.

Exhibit A

**(2)** Any advice, consultation, design, evaluation, inspection, installation, maintenance, repair, replacement or supervision provided or done by you or for you to determine, rectify or test for, any potential or actual problems described in Paragraph **(1)** above.

However, if excluded loss or damage, as described in Paragraph **(1)** above, results in a "specified cause of loss" under Section **I** - Property, we will pay only for the loss or damage caused by such "specified cause of loss".

We will not pay for repair, replacement or modification of any items in Paragraph **(1)(a)** or **(1)(b)** to correct any deficiencies or change any features.

### i. "Fungi", Wet Rot Or Dry Rot

Presence, growth, proliferation, spread or any activity of "fungi", wet rot or dry rot.

But if "fungi", wet rot or dry rot results in a "specified cause of loss", we will pay for the loss or damage caused by that "specified cause of loss".

This exclusion does not apply:

**(1)** When "fungi", wet rot or dry rot results from fire or lightning; or

**(2)** To the extent that coverage is provided in the Limited Coverage For "Fungi", Wet Rot Or Dry Rot Additional Coverage, with respect to loss or damage by a cause of loss other than fire or lightning.

### j. Virus Or Bacteria

**(1)** Any virus, bacterium or other microorganism that induces or is capable of inducing physical distress, illness or disease.

**(2)** However, the exclusion in Paragraph **(1)** does not apply to loss or damage caused by or resulting from "fungi", wet rot or dry rot. Such loss or damage is addressed in Exclusion **i.**

**(3)** With respect to any loss or damage subject to the exclusion in Paragraph **(1),** such exclusion supersedes any exclusion relating to "pollutants".

**2.** We will not pay for loss or damage caused by or resulting from any of the following:

### a. Electrical Apparatus

Artificially generated electrical, magnetic or electromagnetic energy that damages, disturbs, disrupts or otherwise interferes with any:

**(1)** Electrical or electronic wire, device, appliance, system or network; or

**(2)** Device, appliance, system or network utilizing cellular or satellite technology.

For the purpose of this exclusion, electrical, magnetic or electromagnetic energy includes but is not limited to:

**(1)** Electrical current, including arcing;

**(2)** Electrical charge produced or conducted by a magnetic or electromagnetic field;

**(3)** Pulse of electromagnetic energy; or

**(4)** Electromagnetic waves or microwaves.

But if fire results, we will pay for the loss or damage caused by fire.

We will pay for loss or damage to "computer(s)" due to artificially generated electrical, magnetic or electromagnetic energy if such loss or damage is caused by or results from:

**(1)** An occurrence that took place within 100 feet of the described premises; or

**(2)** Interruption of electric power supply, power surge, blackout or brownout if the cause of such occurrence took place within 100 feet of the described premises.

### b. Consequential Losses

Delay, loss of use or loss of market.

### c. Smoke, Vapor, Gas

Smoke, vapor or gas from agricultural smudging or industrial operations.

Copyright, Insurance Services Office, Inc., 2012

Exhibit A

**d. Steam Apparatus**

Explosion of steam boilers, steam pipes, steam engines or steam turbines owned or leased by you, or operated under your control. But if explosion of steam boilers, steam pipes, steam engines or steam turbines results in fire or combustion explosion, we will pay for the loss or damage caused by that fire or combustion explosion. We will also pay for loss or damage caused by or resulting from the explosion of gases or fuel within the furnace of any fired vessel or within the flues or passages through which the gases of combustion pass.

**e. Frozen Plumbing**

Water, other liquids, powder or molten material that leaks or flows from plumbing, heating, air conditioning or other equipment (except fire protective systems) caused by or resulting from freezing, unless:

**(1)** You do your best to maintain heat in the building or structure; or

**(2)** You drain the equipment and shut off the supply if the heat is not maintained.

**f. Dishonesty**

Dishonest or criminal acts (including theft) by you, anyone else with an interest in the property, or any of your or their partners, "members", officers, "managers", employees (including temporary or leased employees), directors, trustees or authorized representatives, whether acting alone or in collusion with each other or with any other party; or theft by any person to whom you entrust the property for any purpose, whether acting alone or in collusion with any other party.

This exclusion:

**(1)** Applies whether or not an act occurs during your normal hours of operation;

**(2)** Does not apply to acts of destruction by your employees (including temporary or leased employees) or authorized representatives; but theft by your employees (including temporary or leased employees) or authorized representatives is not covered.

With respect to accounts receivable and "valuable papers and records", this exclusion does not apply to carriers for hire.

This exclusion does not apply to coverage that is provided under the Employee Dishonesty Optional Coverage.

**g. False Pretense**

Voluntary parting with any property by you or anyone else to whom you have entrusted the property if induced to do so by any fraudulent scheme, trick, device or false pretense.

**h. Exposed Property**

Rain, snow, ice or sleet to personal property in the open.

**i. Collapse**

**(1)** Collapse, including any of the following conditions of property or any part of the property:

**(a)** An abrupt falling down or caving in;

**(b)** Loss of structural integrity, including separation of parts of the property or property in danger of falling down or caving in; or

**(c)** Any cracking, bulging, sagging, bending, leaning, settling, shrinkage or expansion as such condition relates to Paragraph **i.(1)(a)** or **i.(1)(b).**

But if collapse results in a Covered Cause of Loss at the described premises, we will pay for the loss or damage caused by that Covered Cause of Loss.

**(2)** This Exclusion **i.** does not apply:

**(a)** To the extent that coverage is provided under the Additional Coverage - Collapse; or

**(b)** To collapse caused by one or more of the following:

**(i)** The "specified causes of loss";

**(ii)** Breakage of building glass;

**(iii)** Weight of rain that collects on a roof; or

**(iv)** Weight of people or personal property.

**j. Pollution**

We will not pay for loss or damage caused by or resulting from the discharge, dispersal, seepage, migration, release or escape of "pollutants" unless the discharge, dispersal, seepage, migration, release or escape is itself caused by any of the "specified causes of loss". But if the discharge, dispersal, seepage, migration, release or escape of "pollutants" results in a "specified cause of loss", we will pay for the loss or damage caused by that "specified cause of loss".

 Copyright, Insurance Services Office, Inc., 2012

Exhibit A

**k. Neglect**

Neglect of an insured to use all reasonable means to save and preserve property from further damage at and after the time of loss.

**l. Other Types Of Loss**

**(1)** Wear and tear;

**(2)** Rust or other corrosion, decay, deterioration, hidden or latent defect or any quality in property that causes it to damage or destroy itself;

**(3)** Smog;

**(4)** Settling, cracking, shrinking or expansion;

**(5)** Nesting or infestation, or discharge or release of waste products or secretions, by insects, birds, rodents or other animals;

**(6)** Mechanical breakdown, including rupture or bursting caused by centrifugal force.

This exclusion does not apply with respect to the breakdown of "computer(s)";

**(7)** The following causes of loss to personal property:

**(a)** Dampness or dryness of atmosphere;

**(b)** Changes in or extremes of temperature; or

**(c)** Marring or scratching.

But if an excluded cause of loss that is listed in Paragraphs **(1)** through **(7)** above results in a "specified cause of loss" or building glass breakage, we will pay for the loss or damage caused by that "specified cause of loss" or building glass breakage.

**m. Errors Or Omissions**

Errors or omissions in:

**(1)** Programming, processing or storing data, as described under "electronic data" or in any "computer" operations; or

**(2)** Processing or copying "valuable papers and records".

However, we will pay for direct physical loss or damage caused by resulting fire or explosion if these causes of loss would be covered by this Coverage Form.

**n. Installation, Testing, Repair**

Errors or deficiency in design, installation, testing, maintenance, modification or repair of your "computer" system including "electronic data".

However, we will pay for direct physical loss or damage caused by resulting fire or explosion if these causes of loss would be covered by this Coverage Form.

**o. Electrical Disturbance**

Electrical or magnetic injury, disturbance or erasure of "electronic data", except as provided for under the Additional Coverages of Section **I** - Property.

However, we will pay for direct loss or damage caused by lightning.

**p. Continuous Or Repeated Seepage Or Leakage Of Water**

Continuous or repeated seepage or leakage of water, or the presence or condensation of humidity, moisture or vapor, that occurs over a period of 14 days or more.

**3.** We will not pay for loss or damage caused by or resulting from any of the following Paragraphs **a.** through **c.** But if an excluded cause of loss that is listed in Paragraphs **a.** through **c.** results in a Covered Cause of Loss, we will pay for the loss or damage caused by that Covered Cause of Loss.

**a. Weather Conditions**

Weather conditions. But this exclusion only applies if weather conditions contribute in any way with a cause or event excluded in Paragraph **B.1.** above to produce the loss or damage.

**b. Acts Or Decisions**

Acts or decisions, including the failure to act or decide, of any person, group, organization or governmental body.

**c. Negligent Work**

Faulty, inadequate or defective:

**(1)** Planning, zoning, development, surveying, siting;

**(2)** Design, specifications, workmanship, repair, construction, renovation, remodeling, grading, compaction;

**(3)** Materials used in repair, construction, renovation or remodeling; or

**(4)** Maintenance;

of part or all of any property on or off the described premises.

Exhibit A

**4. Additional Exclusion**

The following applies only to the property specified in this Additional Exclusion:

**Loss Or Damage To Products**

We will not pay for loss or damage to any merchandise, goods or other product caused by or resulting from error or omission by any person or entity (including those having possession under an arrangement where work or a portion of the work is outsourced) in any stage of the development, production or use of the product, including planning, testing, processing, packaging, installation, maintenance or repair. This exclusion applies to any effect that compromises the form, substance or quality of the product. But if such error or omission results in a Covered Cause of Loss, we will pay for the loss or damage caused by that Covered Cause of Loss.

**5. Business Income And Extra Expense Exclusions**

**a.** We will not pay for:

**(1)** Any Extra Expense, or increase of Business Income loss, caused by or resulting from:

**(a)** Delay in rebuilding, repairing or replacing the property or resuming "operations", due to interference at the location of the rebuilding, repair or replacement by strikers or other persons; or

**(b)** Suspension, lapse or cancellation of any license, lease or contract. But if the suspension, lapse or cancellation is directly caused by the suspension of "operations", we will cover such loss that affects your Business Income during the "period of restoration" and any extension of the "period of restoration" in accordance with the terms of the Extended Business Income Additional Coverage.

**(2)** Any other consequential loss.

**b.** With respect to this exclusion, suspension means:

**(1)** The partial slowdown or complete cessation of your business activities; and

**(2)** That a part or all of the described premises is rendered untenantable, if coverage for Business Income applies.

**6. Accounts Receivable Exclusion**

The following additional exclusion applies to the Accounts Receivable Coverage Extension:

We will not pay for:

**a.** Loss or damage caused by or resulting from alteration, falsification, concealment or destruction of records of accounts receivable done to conceal the wrongful giving, taking or withholding of "money", "securities" or other property.

This exclusion applies only to the extent of the wrongful giving, taking or withholding.

**b.** Loss or damage caused by or resulting from bookkeeping, accounting or billing errors or omissions.

**c.** Any loss or damage that requires any audit of records or any inventory computation to prove its factual existence.

**C. Limits Of Insurance**

**1.** The most we will pay for loss or damage in any one occurrence is the applicable Limits Of Insurance of Section **I** - Property shown in the Declarations.

**2.** The most we will pay for loss of or damage to outdoor signs attached to buildings is $1,000 per sign in any one occurrence.

**3.** The amounts of insurance applicable to the Coverage Extensions and the following Additional Coverages apply in accordance with the terms of such coverages and are in addition to the Limits of Insurance of Section **I** - Property:

**a.** Fire Department Service Charge;

**b.** Pollutant Clean-up And Removal;

**c.** Increased Cost Of Construction;

**d.** Business Income From Dependent Properties;

**e.** Electronic Data; and

**f.** Interruption Of Computer Operations.

**4. Building Limit - Automatic Increase**

**a.** In accordance with Paragraph **C.4.b.,** the Limit of Insurance for Buildings will automatically increase by 8%, unless a different percentage of annual increase is shown in the Declarations.

 Copyright, Insurance Services Office, Inc., 2012

Exhibit A

**b.** The amount of increase is calculated as follows:

**(1)** Multiply the Building limit that applied on the most recent of the policy inception date, the policy anniversary date or any other policy change amending the Building limit by:

**(a)** The percentage of annual increase shown in the Declarations, expressed as a decimal (example: 7% is .07); or

**(b)** .08, if no percentage of annual increase is shown in the Declarations; and

**(2)** Multiply the number calculated in accordance with **b.(1)** by the number of days since the beginning of the current policy year, or the effective date of the most recent policy change amending the Building limit, divided by 365.

**Example**

If:

The applicable Building limit is $100,000. The annual percentage increase is 8%. The number of days since the beginning of the policy year (or last policy change) is 146.

The amount of increase is

$100,000 x .08 x 146 / 365 = $3,200.

**5. Business Personal Property Limit - Seasonal Increase**

**a.** Subject to Paragraph **5.b.,** the Limit of Insurance for Business Personal Property is automatically increased by:

**(1)** The Business Personal Property - Seasonal Increase percentage shown in the Declarations; or

**(2)** 25% if no Business Personal Property - Seasonal Increase percentage is shown in the Declarations;

to provide for seasonal variances.

**b.** The increase described in Paragraph **5.a.** will apply only if the Limit Of Insurance shown for Business Personal Property in the Declarations is at least 100% of your average monthly values during the lesser of:

**(1)** The 12 months immediately preceding the date the loss or damage occurs; or

**(2)** The period of time you have been in business as of the date the loss or damage occurs.

**D. Deductibles**

**1.** We will not pay for loss or damage in any one occurrence until the amount of loss or damage exceeds the Deductible shown in the Declarations. We will then pay the amount of loss or damage in excess of the Deductible up to the applicable Limit of Insurance of Section **I** - Property.

**2.** Regardless of the amount of the Deductible, the most we will deduct from any loss or damage under all of the following Optional Coverages in any one occurrence is the Optional Coverage Deductible shown in the Declarations:

**a.** Money and Securities;

**b.** Employee Dishonesty;

**c.** Outdoor Signs; and

**d.** Forgery or Alteration.

But this Optional Coverage Deductible will not increase the Deductible shown in the Declarations. This Deductible will be used to satisfy the requirements of the Deductible in the Declarations.

**3.** No deductible applies to the following Additional Coverages:

**a.** Fire Department Service Charge;

**b.** Business Income;

**c.** Extra Expense;

**d.** Civil Authority; and

**e.** Fire Extinguisher Systems Recharge Expense.

**E. Property Loss Conditions**

**1. Abandonment**

There can be no abandonment of any property to us.

**2. Appraisal**

If we and you disagree on the amount of loss, either may make written demand for an appraisal of the loss. In this event, each party will select a competent and impartial appraiser. The two appraisers will select an umpire. If they cannot agree, either may request that selection be made by a judge of a court having jurisdiction. The appraisers will state separately the amount of loss. If they fail to agree, they will submit their differences to the umpire. A decision agreed to by any two will be binding. Each party will:

**a.** Pay its chosen appraiser; and

**b.** Bear the other expenses of the appraisal and umpire equally.

Exhibit A

If there is an appraisal, we will still retain our right to deny the claim.

**3. Duties In The Event Of Loss Or Damage**

**a.** You must see that the following are done in the event of loss or damage to Covered Property:

**(1)** Notify the police if a law may have been broken.

**(2)** Give us prompt notice of the loss or damage. Include a description of the property involved.

**(3)** As soon as possible, give us a description of how, when and where the loss or damage occurred.

**(4)** Take all reasonable steps to protect the Covered Property from further damage, and keep a record of your expenses necessary to protect the Covered Property, for consideration in the settlement of the claim. This will not increase the Limits of Insurance of Section **I** - Property. However, we will not pay for any subsequent loss or damage resulting from a cause of loss that is not a Covered Cause of Loss. Also, if feasible, set the damaged property aside and in the best possible order for examination.

**(5)** At our request, give us complete inventories of the damaged and undamaged property. Include quantities, costs, values and amount of loss claimed.

**(6)** As often as may be reasonably required, permit us to inspect the property proving the loss or damage and examine your books and records.

Also permit us to take samples of damaged and undamaged property for inspection, testing and analysis, and permit us to make copies from your books and records.

**(7)** Send us a signed, sworn proof of loss containing the information we request to investigate the claim. You must do this within 60 days after our request. We will supply you with the necessary forms.

**(8)** Cooperate with us in the investigation or settlement of the claim.

**(9)** Resume all or part of your "operations" as quickly as possible.

**b.** We may examine any insured under oath, while not in the presence of any other insured and at such times as may be reasonably required, about any matter relating to this insurance or the claim, including an insured's books and records. In the event of an examination, an insured's answers must be signed.

**4. Legal Action Against Us**

No one may bring a legal action against us under this insurance unless:

**a.** There has been full compliance with all of the terms of this insurance; and

**b.** The action is brought within two years after the date on which the direct physical loss or damage occurred.

**5. Loss Payment**

In the event of loss or damage covered by this policy:

**a.** At our option, we will either:

**(1)** Pay the value of lost or damaged property;

**(2)** Pay the cost of repairing or replacing the lost or damaged property;

**(3)** Take all or any part of the property at an agreed or appraised value; or

**(4)** Repair, rebuild or replace the property with other property of like kind and quality, subject to Paragraph **d.(1)(e)** below.

**b.** We will give notice of our intentions within 30 days after we receive the sworn proof of loss.

**c.** We will not pay you more than your financial interest in the Covered Property.

**d.** Except as provided in Paragraphs **(2)** through **(7)** below, we will determine the value of Covered Property as follows:

**(1)** At replacement cost without deduction for depreciation, subject to the following:

**(a)** If, at the time of loss, the Limit of Insurance on the lost or damaged property is 80% or more of the full replacement cost of the property immediately before the loss, we will pay the cost to repair or replace, after application of the deductible and without deduction for depreciation, but not more than the least of the following amounts:

**(i)** The Limit of Insurance under Section **I** - Property that applies to the lost or damaged property;

Exhibit A

**(ii)** The cost to replace, on the same premises, the lost or damaged property with other property:

    **i.** Of comparable material and quality; and

    **ii.** Used for the same purpose; or

**(iii)** The amount that you actually spend that is necessary to repair or replace the lost or damaged property.

If a building is rebuilt at a new premises, the cost is limited to the cost which would have been incurred had the building been built at the original premises.

**(b)** If, at the time of loss, the Limit of Insurance applicable to the lost or damaged property is less than 80% of the full replacement cost of the property immediately before the loss, we will pay the greater of the following amounts, but not more than the Limit of Insurance that applies to the property:

**(i)** The actual cash value of the lost or damaged property; or

**(ii)** A proportion of the cost to repair or replace the lost or damaged property, after application of the deductible and without deduction for depreciation. This proportion will equal the ratio of the applicable Limit of Insurance to 80% of the full replacement cost of the property.

**Example**

The full replacement cost of property which suffers a total loss is $100,000. The property is insured for $70,000. 80% of the full replacement cost of the property immediately before the loss is $80,000 ($100,000 x .80 = $80,000). A partial loss of $25,000 is sustained. The amount of recovery is determined as follows:

Amount of recovery

$70,000 / $80,000 = .875

.875 x $25,000 = $21,875

**(c)** You may make a claim for loss or damage covered by this insurance on an actual cash value basis instead of on a replacement cost basis. In the event you elect to have loss or damage settled on an actual cash value basis, you may still make a claim on a replacement cost basis if you notify us of your intent to do so within 180 days after the loss or damage.

**(d)** We will not pay on a replacement cost basis for any loss or damage:

**(i)** Until the lost or damaged property is actually repaired or replaced; and

**(ii)** Unless the repair or replacement is made as soon as reasonably possible after the loss or damage.

However, if the cost to repair or replace the damaged building property is $2,500 or less, we will settle the loss according to the provisions of Paragraphs **d.(1)(a)** and **d.(1)(b)** above whether or not the actual repair or replacement is complete.

**(e)** The cost to repair, rebuild or replace does not include the increased cost attributable to enforcement of or compliance with any ordinance or law regulating the construction, use or repair of any property.

**(2)** If the Actual Cash Value - Buildings option applies, as shown in the Declarations, Paragraph **(1)** above does not apply to Buildings. Instead, we will determine the value of Buildings at actual cash value.

**(3)** The following property at actual cash value:

**(a)** Used or secondhand merchandise held in storage or for sale;

**(b)** Property of others. However, if an item(s) of personal property of others is subject to a written contract which governs your liability for loss or damage to that item(s), then valuation of that item(s) will be based on the amount for which you are liable under such contract, but not to exceed the lesser of the replacement cost of the property or the applicable Limit of Insurance;

Exhibit A

**(c)** Household contents, except personal property in apartments or rooms furnished by you as landlord;

**(d)** Manuscripts; and

**(e)** Works of art, antiques or rare articles, including etchings, pictures, statuary, marble, bronzes, porcelain and bric-a-brac.

**(4)** Glass at the cost of replacement with safety glazing material if required by law.

**(5)** Tenants' improvements and betterments at:

**(a)** Replacement cost if you make repairs promptly.

**(b)** A proportion of your original cost if you do not make repairs promptly. We will determine the proportionate value as follows:

**(i)** Multiply the original cost by the number of days from the loss or damage to the expiration of the lease; and

**(ii)** Divide the amount determined in **(i)** above by the number of days from the installation of improvements to the expiration of the lease.

If your lease contains a renewal option, the expiration of the renewal option period will replace the expiration of the lease in this procedure.

**(c)** Nothing if others pay for repairs or replacement.

**(6)** Applicable only to the Optional Coverages:

**(a)** "Money" at its face value; and

**(b)** "Securities" at their value at the close of business on the day the loss is discovered.

**(7)** Applicable only to accounts receivable:

**(a)** If you cannot accurately establish the amount of accounts receivable outstanding as of the time of loss or damage:

**(i)** We will determine the total of the average monthly amounts of accounts receivable for the 12 months immediately preceding the month in which the loss or damage occurs; and

**(ii)** We will adjust that total for any normal fluctuations in the amount of accounts receivable for the month in which the loss or damage occurred or for any demonstrated variance from the average for that month.

**(b)** The following will be deducted from the total amount of accounts receivable, however that amount is established:

**(i)** The amount of the accounts for which there is no loss or damage;

**(ii)** The amount of the accounts that you are able to reestablish or collect;

**(iii)** An amount to allow for probable bad debts that you are normally unable to collect; and

**(iv)** All unearned interest and service charges.

**e.** Our payment for loss of or damage to personal property of others will only be for the account of the owners of the property. We may adjust losses with the owners of lost or damaged property if other than you. If we pay the owners, such payments will satisfy your claims against us for the owners' property. We will not pay the owners more than their financial interest in the Covered Property.

**f.** We may elect to defend you against suits arising from claims of owners of property. We will do this at our expense.

**g.** We will pay for covered loss or damage within 30 days after we receive the sworn proof of loss, provided you have complied with all of the terms of this policy, and:

**(1)** We have reached agreement with you on the amount of loss; or

**(2)** An appraisal award has been made.

Exhibit A

**h.** A party wall is a wall that separates and is common to adjoining buildings that are owned by different parties. In settling covered losses involving a party wall, we will pay a proportion of the loss to the party wall based on your interest in the wall in proportion to the interest of the owner of the adjoining building. However, if you elect to repair or replace your building and the owner of the adjoining building elects not to repair or replace that building, we will pay you the full value of the loss to the party wall, subject to all applicable policy provisions including Limits of Insurance and all other provisions of this Loss Payment Condition. Our payment under the provisions of this paragraph does not alter any right of subrogation we may have against any entity, including the owner or insurer of the adjoining building, and does not alter the terms of the Transfer Of Rights Of Recovery Against Others To Us Condition in this policy.

## 6. Recovered Property

If either you or we recover any property after loss settlement, that party must give the other prompt notice. At your option, you may retain the property. But then you must return to us the amount we paid to you for the property. We will pay recovery expenses and the expenses to repair the recovered property, subject to the Limits of Insurance of Section **I** - Property.

## 7. Resumption Of Operations

We will reduce the amount of your:

**a.** Business Income loss, other than Extra Expense, to the extent you can resume your "operations", in whole or in part, by using damaged or undamaged property (including merchandise or stock) at the described premises or elsewhere.

**b.** Extra Expense loss to the extent you can return "operations" to normal and discontinue such Extra Expense.

## 8. Vacancy

### a. Description Of Terms

**(1)** As used in this Vacancy Condition, the term building and the term vacant have the meanings set forth in Paragraphs **(a)** and **(b)** below:

**(a)** When this policy is issued to a tenant, and with respect to that tenant's interest in Covered Property, building means the unit or suite rented or leased to the tenant. Such building is vacant when it does not contain enough business personal property to conduct customary operations.

**(b)** When this policy is issued to the owner or general lessee of a building, building means the entire building. Such building is vacant unless at least 31% of its total square footage is:

**(i)** Rented to a lessee or sublessee and used by the lessee or sublessee to conduct its customary operations; and/or

**(ii)** Used by the building owner to conduct customary operations.

**(2)** Buildings under construction or renovation are not considered vacant.

### b. Vacancy Provisions

If the building where loss or damage occurs has been vacant for more than 60 consecutive days before that loss or damage occurs:

**(1)** We will not pay for any loss or damage caused by any of the following even if they are Covered Causes of Loss:

**(a)** Vandalism;

**(b)** Sprinkler leakage, unless you have protected the system against freezing;

Exhibit A

**(c)** Building glass breakage;

**(d)** Water damage;

**(e)** Theft; or

**(f)** Attempted theft.

**(2)** With respect to Covered Causes of Loss other than those listed in Paragraphs **(1)(a)** through **(1)(f)** above, we will reduce the amount we would otherwise pay for the loss or damage by 15%.

## F. Property General Conditions

### 1. Control Of Property

Any act or neglect of any person other than you beyond your direction or control will not affect this insurance.

The breach of any condition of this Coverage Form at any one or more locations will not affect coverage at any location where, at the time of loss or damage, the breach of condition does not exist.

### 2. Mortgageholders

**a.** The term "mortgageholder" includes trustee.

**b.** We will pay for covered loss of or damage to buildings or structures to each mortgageholder shown in the Declarations in their order of precedence, as interests may appear.

**c.** The mortgageholder has the right to receive loss payment even if the mortgageholder has started foreclosure or similar action on the building or structure.

**d.** If we deny your claim because of your acts or because you have failed to comply with the terms of this policy, the mortgageholder will still have the right to receive loss payment if the mortgageholder:

**(1)** Pays any premium due under this policy at our request if you have failed to do so;

**(2)** Submits a signed, sworn proof of loss within 60 days after receiving notice from us of your failure to do so; and

**(3)** Has notified us of any change in ownership, occupancy or substantial change in risk known to the mortgageholder.

All of the terms of this policy will then apply directly to the mortgageholder.

**e.** If we pay the mortgageholder for any loss or damage and deny payment to you because of your acts or because you have failed to comply with the terms of this policy:

**(1)** The mortgageholder's rights under the mortgage will be transferred to us to the extent of the amount we pay; and

**(2)** The mortgageholder's right to recover the full amount of the mortgageholder's claim will not be impaired.

At our option, we may pay to the mortgageholder the whole principal on the mortgage plus any accrued interest. In this event, your mortgage and note will be transferred to us and you will pay your remaining mortgage debt to us.

**f.** If we cancel this policy, we will give written notice to the mortgageholder at least:

**(1)** 10 days before the effective date of cancellation if we cancel for your nonpayment of premium; or

**(2)** 30 days before the effective date of cancellation if we cancel for any other reason.

**g.** If we elect not to renew this policy, we will give written notice to the mortgageholder at least 10 days before the expiration date of this policy.

### 3. No Benefit To Bailee

No person or organization, other than you, having custody of Covered Property will benefit from this insurance.

### 4. Policy Period, Coverage Territory

Under Section **I** - Property:

**a.** We cover loss or damage commencing:

**(1)** During the policy period shown in the Declarations; and

**(2)** Within the coverage territory or, with respect to property in transit, while it is between points in the coverage territory.

**b.** The coverage territory is:

**(1)** The United States of America (including its territories and possessions);

**(2)** Puerto Rico; and

**(3)** Canada.

 Copyright, Insurance Services Office, Inc., 2012

Exhibit A

## G. Optional Coverages

If shown as applicable in the Declarations, the following Optional Coverages also apply. These coverages are subject to the terms and conditions applicable to property coverage in this policy, except as provided below:

**1. Outdoor Signs**

**a.** We will pay for direct physical loss of or damage to all outdoor signs at the described premises:

**(1)** Owned by you; or

**(2)** Owned by others but in your care, custody or control.

**b.** Paragraph **A.3.,** Covered Causes Of Loss and Paragraph **B.,** Exclusions in Section **I** - Property do not apply to this Optional Coverage, except for:

**(1)** Paragraph **B.1.c.,** Governmental Action;

**(2)** Paragraph **B.1.d.,** Nuclear Hazard; and

**(3)** Paragraph **B.1.f.,** War And Military Action.

**c.** We will not pay for loss or damage caused by or resulting from:

**(1)** Wear and tear;

**(2)** Hidden or latent defect;

**(3)** Rust;

**(4)** Corrosion; or

**(5)** Mechanical breakdown.

**d.** The most we will pay for loss or damage in any one occurrence is the Limit Of Insurance for Outdoor Signs shown in the Declarations.

**e.** The provisions of this Optional Coverage supersede all other references to outdoor signs in this policy.

**2. Money And Securities**

**a.** We will pay for loss of "money" and "securities" used in your business while at a bank or savings institution, within your living quarters or the living quarters of your partners or any employee (including a temporary or leased employee) having use and custody of the property, at the described premises, or in transit between any of these places, resulting directly from:

**(1)** Theft, meaning any act of stealing;

**(2)** Disappearance; or

**(3)** Destruction.

**b.** In addition to the Limitations and Exclusions applicable to Section **I** - Property, we will not pay for loss:

**(1)** Resulting from accounting or arithmetical errors or omissions;

**(2)** Due to the giving or surrendering of property in any exchange or purchase; or

**(3)** Of property contained in any "money"-operated device unless the amount of "money" deposited in it is recorded by a continuous recording instrument in the device.

**c.** The most we will pay for loss in any one occurrence is:

**(1)** The limit shown in the Declarations for Inside the Premises for "money" and "securities" while:

**(a)** In or on the described premises; or

**(b)** Within a bank or savings institution; and

**(2)** The limit shown in the Declarations for Outside the Premises for "money" and "securities" while anywhere else.

**d.** All loss:

**(1)** Caused by one or more persons; or

**(2)** Involving a single act or series of related acts;

is considered one occurrence.

**e.** You must keep records of all "money" and "securities" so we can verify the amount of any loss or damage.

**3. Employee Dishonesty**

**a.** We will pay for direct loss of or damage to Business Personal Property and "money" and "securities" resulting from dishonest acts committed by any of your employees acting alone or in collusion with other persons (except you or your partner) with the manifest intent to:

**(1)** Cause you to sustain loss or damage; and also

**(2)** Obtain financial benefit (other than salaries, commissions, fees, bonuses, promotions, awards, profit sharing, pensions or other employee benefits earned in the normal course of employment) for:

**(a)** Any employee; or

**(b)** Any other person or organization.

Exhibit A

**b.** We will not pay for loss or damage:

**(1)** Resulting from any dishonest or criminal act that you or any of your partners or "members" commit whether acting alone or in collusion with other persons.

**(2)** Resulting from any dishonest act committed by any of your employees (except as provided in Paragraph **a.**), "managers" or directors:

    **(a)** Whether acting alone or in collusion with other persons; or

    **(b)** While performing services for you or otherwise.

**(3)** The only proof of which as to its existence or amount is:

    **(a)** An inventory computation; or

    **(b)** A profit and loss computation.

**(4)** Caused by an employee if the employee had also committed theft or any other dishonest act prior to the effective date of this policy and you or any of your partners, "members", "managers", officers, directors or trustees, not in collusion with the employee, learned of that theft or dishonest act prior to the policy period shown in the Declarations.

**c.** The most we will pay for loss or damage in any one occurrence is the Limit Of Insurance for Employee Dishonesty shown in the Declarations.

**d.** All loss or damage:

**(1)** Caused by one or more persons; or

**(2)** Involving a single act or series of acts;

is considered one occurrence.

**e.** If any loss is covered:

**(1)** Partly by this insurance; and

**(2)** Partly by any prior cancelled or terminated insurance that we or any affiliate had issued to you or any predecessor in interest;

the most we will pay is the larger of the amount recoverable under this insurance or the prior insurance.

We will pay only for loss or damage you sustain through acts committed or events occurring during the policy period. Regardless of the number of years this policy remains in force or the number of premiums paid, no Limit of Insurance cumulates from year to year or period to period.

**f.** This Optional Coverage is cancelled as to any employee immediately upon discovery by:

**(1)** You; or

**(2)** Any of your partners, "members", "managers", officers or directors not in collusion with the employee;

of any dishonest act committed by that employee before or after being hired by you.

**g.** We will pay only for covered loss or damage sustained during the policy period and discovered no later than one year from the end of the policy period.

**h.** If you (or any predecessor in interest) sustained loss or damage during the policy period of any prior insurance that you could have recovered under that insurance except that the time within which to discover loss or damage had expired, we will pay for it under this Optional Coverage, provided:

**(1)** This Optional Coverage became effective at the time of cancellation or termination of the prior insurance; and

**(2)** The loss or damage would have been covered by this Optional Coverage had it been in effect when the acts or events causing the loss or damage were committed or occurred.

**i.** The insurance under Paragraph **h.** above is part of, not in addition to, the Limit of Insurance applying to this Optional Coverage and is limited to the lesser of the amount recoverable under:

**(1)** This Optional Coverage as of its effective date; or

**(2)** The prior insurance had it remained in effect.

**j.** With respect to the Employee Dishonesty Optional Coverage in Paragraph **G.3.**, employee means:

**(1)** Any natural person:

    **(a)** While in your service or for 30 days after termination of service;

    **(b)** Who you compensate directly by salary, wages or commissions; and

    **(c)** Who you have the right to direct and control while performing services for you;

 Copyright, Insurance Services Office, Inc., 2012

Exhibit A

**(2)** Any natural person who is furnished temporarily to you:

**(a)** To substitute for a permanent employee, as defined in Paragraph **(1)** above, who is on leave; or

**(b)** To meet seasonal or short-term workload conditions;

**(3)** Any natural person who is leased to you under a written agreement between you and a labor leasing firm, to perform duties related to the conduct of your business, but does not mean a temporary employee as defined in Paragraph **(2)** above;

**(4)** Any natural person who is a former employee, director, partner, member, manager, representative or trustee retained as a consultant while performing services for you; or

**(5)** Any natural person who is a guest student or intern pursuing studies or duties, excluding, however, any such person while having care and custody of property outside any building you occupy in conducting your business.

But employee does not mean:

**(1)** Any agent, broker, factor, commission merchant, consignee, independent contractor or representative of the same general character; or

**(2)** Any "manager", director or trustee except while performing acts coming within the usual duties of an employee.

**4. Equipment Breakdown Protection Coverage**

**a.** We will pay for direct loss of or damage to Covered Property caused by or resulting from a mechanical breakdown or electrical failure to pressure, mechanical or electrical machinery and equipment.

Mechanical breakdown or electrical failure to pressure, mechanical or electrical machinery and equipment does not mean any:

**(1)** Malfunction including but not limited to adjustment, alignment, calibration, cleaning or modification;

**(2)** Leakage at any valve, fitting, shaft seal, gland packing, joint or connection;

**(3)** Damage to any vacuum tube, gas tube, or brush; or

**(4)** The functioning of any safety or protective device.

**b.** Paragraphs **A.4.a.(1)** and **A.4.a.(2),** Limitations, do not apply to this Optional Coverage.

**c.** With respect to the coverage provided by this Optional Coverage, the following exclusions in Paragraph **B. Exclusions** do not apply:

**(1)** Paragraph **B.2.a.,** Electrical Apparatus;

**(2)** Paragraph **B.2.d.,** Steam Apparatus; and

**(3)** Paragraph **B.2.l.(6),** Mechanical Breakdown.

**d.** With respect to the coverage provided by this Optional Coverage, Paragraph **G.1.c.(5)** of the **Outdoor Signs Optional Coverage** does not apply.

**e.** If a dollar deductible is shown in the Declarations for this Optional Coverage, we will first subtract the applicable deductible amount from any loss we would otherwise pay. We will then pay the amount of loss in excess of the applicable deductible up to the applicable limit for this coverage.

If no optional deductible is chosen for this Optional Coverage, the Property Deductible shown in the Declarations applies.

**f.** With respect to Additional Coverages **5.f.** Business Income and **5.g.** Extra Expense, if the 72-hour time period in the definition of "period of restoration" (hereinafter referred to as time deductible) is amended for this Optional Coverage as shown in the Declarations, we will not pay for any Business Income loss that occurs during the consecutive number of hours shown as the time deductible in the Declarations immediately following a mechanical breakdown or electrical failure. If a time deductible is shown in days, each day shall mean 24 consecutive hours.

With respect to the coverage provided by this Optional Coverage, any time deductible shown in the Declarations for Equipment Breakdown Protection Coverage supersedes any time deductible otherwise applicable to the Business Income coverage provided by this policy.

**g.** With respect to the coverage provided by this Optional Coverage, Paragraph **H. Property Definitions** is amended as follows:

**1.** "Computer" means:

**a.** Programmable electronic equipment that is used to store, retrieve and process data; and

Exhibit A

**b.** Associated peripheral equipment that provides communication, including input and output functions such as printing and auxiliary functions such as data transmission.

"Computer" includes those used to operate production-type machinery or equipment.

**h.** Whenever any covered pressure, mechanical or electrical machinery and equipment is found to be in, or exposed to, a dangerous condition, any of our representatives may suspend coverage provided by this Optional Coverage for loss from a mechanical breakdown or electrical failure to that pressure, mechanical or electrical machinery and equipment.

However, coverage provided by this Optional Coverage may be reinstated for loss from a mechanical breakdown or electrical failure to that pressure, mechanical or electrical machinery and equipment if the reasons for the suspension are found by any of our representatives to no longer exist.

We may suspend or reinstate this Optional coverage by mailing or delivering a written notification regarding the suspension or reinstatement to:

**(1)** Your last known address; or

**(2)** The address where the pressure, mechanical or electrical machinery and equipment is located.

This notification will indicate the effective date of the suspension or reinstatement.

If the coverage provided by this Optional Coverage is not reinstated, you will get a pro rata refund of premium. But the suspension will be effective even if we have not yet made or offered a refund.

## H. Property Definitions

**1.** "Computer" means:

**a.** Programmable electronic equipment that is used to store, retrieve and process data; and

**b.** Associated peripheral equipment that provides communication, including input and output functions such as printing and auxiliary functions such as data transmission.

"Computer" does not include those used to operate production-type machinery or equipment.

**2.** "Counterfeit money" means an imitation of "money" that is intended to deceive and to be taken as genuine.

**3.** "Electronic data" means information, facts or computer programs stored as or on, created or used on, or transmitted to or from computer software (including systems and applications software), on hard or floppy disks, CD-ROMs, tapes, drives, cells, data processing devices or any other repositories of computer software which are used with electronically controlled equipment. The term computer programs, referred to in the foregoing description of electronic data, means a set of related electronic instructions which direct the operations and functions of a "computer" or device connected to it, which enable the "computer" or device to receive, process, store, retrieve or send data.

**4.** "Fungi" means any type or form of fungus, including mold or mildew, and any mycotoxins, spores, scents or by-products produced or released by fungi.

**5.** "Manager" means a person serving in a directorial capacity for a limited liability company.

**6.** "Member" means an owner of a limited liability company represented by its membership interest, who also may serve as a "manager".

**7.** "Money" means:

**a.** Currency, coins and bank notes in current use and having a face value; and

**b.** Traveler's checks, register checks and money orders held for sale to the public.

**8.** "Operations" means your business activities occurring at the described premises.

**9.** "Period of restoration":

**a.** Means the period of time that:

**(1)** Begins:

**(a)** 72 hours after the time of direct physical loss or damage for Business Income Coverage; or

**(b)** Immediately after the time of direct physical loss or damage for Extra Expense Coverage;

caused by or resulting from any Covered Cause of Loss at the described premises; and

Exhibit A

(2) Ends on the earlier of:

    (a) The date when the property at the described premises should be repaired, rebuilt or replaced with reasonable speed and similar quality; or

    (b) The date when business is resumed at a new permanent location.

**b.** Does not include any increased period required due to the enforcement of or compliance with any ordinance or law that:

    (1) Regulates the construction, use or repair, or requires the tearing down of any property; or

    (2) Requires any insured or others to test for, monitor, clean up, remove, contain, treat, detoxify or neutralize, or in any way respond to, or assess the effects of "pollutants".

The expiration date of this policy will not cut short the "period of restoration".

**10.** "Pollutants" means any solid, liquid, gaseous or thermal irritant or contaminant, including smoke, vapor, soot, fumes, acids, alkalis, chemicals and waste. Waste includes materials to be recycled, reconditioned or reclaimed.

**11.** "Securities" means negotiable and nonnegotiable instruments or contracts representing either "money" or other property and includes:

**a.** Tokens, tickets, revenue and other stamps (whether represented by actual stamps or unused value in a meter) in current use; and

**b.** Evidences of debt issued in connection with credit or charge cards, which cards are not issued by you;

but does not include "money".

**12.** "Specified causes of loss" means the following:

Fire; lightning; explosion; windstorm or hail; smoke; aircraft or vehicles; riot or civil commotion; vandalism; leakage from fire extinguishing equipment; sinkhole collapse; volcanic action; falling objects; weight of snow, ice or sleet; water damage.

**a.** Sinkhole collapse means the sudden sinking or collapse of land into underground empty spaces created by the action of water on limestone or dolomite. This cause of loss does not include:

    (1) The cost of filling sinkholes; or

    (2) Sinking or collapse of land into man-made underground cavities.

**b.** Falling objects does not include loss of or damage to:

    (1) Personal property in the open; or

    (2) The interior of a building or structure, or property inside a building or structure, unless the roof or an outside wall of the building or structure is first damaged by a falling object.

**c.** Water damage means:

    (1) Accidental discharge or leakage of water or steam as the direct result of the breaking apart or cracking of any part of a system or appliance (other than a sump system including its related equipment and parts) containing water or steam; and

    (2) Accidental discharge or leakage of water or waterborne material as the direct result of the breaking apart or cracking of a water or sewer pipe that is located off the described premises and is part of a municipal potable water supply system or municipal sanitary sewer system, if the breakage or cracking is caused by wear and tear.

But water damage does not include loss or damage otherwise excluded under the terms of the Water Exclusion. Therefore, for example, there is no coverage in the situation in which discharge or leakage of water results from the breaking apart or cracking of a pipe which was caused by or related to weather-induced flooding, even if wear and tear contributed to the breakage or cracking. As another example, and also in accordance with the terms of the Water Exclusion, there is no coverage for loss or damage caused by or related to weather-induced flooding which follows or is exacerbated by pipe breakage or cracking attributable to wear and tear.

To the extent that accidental discharge or leakage of water falls within the criteria set forth in **c.(1)** or **c.(2)** of this definition of "specified causes of loss", such water is not subject to the provisions of the Water Exclusion which preclude coverage for surface water or water under the ground surface.

**13.** "Stock" means merchandise held in storage or for sale, raw materials and in-process or finished goods, including supplies used in their packing or shipping.

 Copyright, Insurance Services Office, Inc., 2012

Exhibit A

**14.** "Valuable papers and records" means inscribed, printed or written:

   **a.** Documents;

   **b.** Manuscripts; and

   **c.** Records;

including abstracts, books, deeds, drawings, films, maps or mortgages.

But "valuable papers and records" does not mean "money" or "securities".

## SECTION II - LIABILITY

### A. Coverages

#### 1. Business Liability

   **a.** We will pay those sums that the insured becomes legally obligated to pay as damages because of "bodily injury", "property damage" or "personal and advertising injury" to which this insurance applies. We will have the right and duty to defend the insured against any "suit" seeking those damages. However, we will have no duty to defend the insured against any "suit" seeking damages for "bodily injury", "property damage" or "personal and advertising injury" to which this insurance does not apply. We may, at our discretion, investigate any "occurrence" or any offense and settle any claim or "suit" that may result. But:

     **(1)** The amount we will pay for damages is limited as described in Paragraph **D.** Liability And Medical Expenses Limits Of Insurance in Section **II** - Liability; and

     **(2)** Our right and duty to defend end when we have used up the applicable Limit of Insurance in the payment of judgments or settlements or medical expenses.

No other obligation or liability to pay sums or perform acts or services is covered unless explicitly provided for under Paragraph **f.** Coverage Extension - Supplementary Payments.

   **b.** This insurance applies:

     **(1)** To "bodily injury" and "property damage" only if:

       **(a)** The "bodily injury" or "property damage" is caused by an "occurrence" that takes place in the "coverage territory";

       **(b)** The "bodily injury" or "property damage" occurs during the policy period; and

       **(c)** Prior to the policy period, no insured listed under Paragraph **C.1.** Who Is An Insured and no "employee" authorized by you to give or receive notice of an "occurrence" or claim, knew that the "bodily injury" or "property damage" had occurred, in whole or in part. If such a listed insured or authorized "employee" knew, prior to the policy period, that the "bodily injury" or "property damage" occurred, then any continuation, change or resumption of such "bodily injury" or "property damage" during or after the policy period will be deemed to have been known before the policy period.

     **(2)** To "personal and advertising injury" caused by an offense arising out of your business, but only if the offense was committed in the "coverage territory" during the policy period.

   **c.** "Bodily injury" or "property damage" which occurs during the policy period and was not, prior to the policy period, known to have occurred by any insured listed under Paragraph **C.1.** Who Is An Insured or any "employee" authorized by you to give or receive notice of an "occurrence" or claim, includes any continuation, change or resumption of "bodily injury" or "property damage" after the end of the policy period.

   **d.** "Bodily injury" or "property damage" will be deemed to have been known to have occurred at the earliest time when any insured listed under Paragraph **C.1.** Who Is An Insured or any "employee" authorized by you to give or receive notice of an "occurrence" or claim:

     **(1)** Reports all, or any part, of the "bodily injury" or "property damage" to us or any other insurer;

     **(2)** Receives a written or verbal demand or claim for damages because of the "bodily injury" or "property damage"; or

     **(3)** Becomes aware by any other means that "bodily injury" or "property damage" has occurred or has begun to occur.

   **e.** Damages because of "bodily injury" include damages claimed by any person or organization for care, loss of services or death resulting at any time from the "bodily injury".

Exhibit A

**f. Coverage Extension - Supplementary Payments**

**(1)** We will pay, with respect to any claim we investigate or settle, or any "suit" against an insured we defend:

**(a)** All expenses we incur.

**(b)** Up to $250 for cost of bail bonds required because of accidents or traffic law violations arising out of the use of any vehicle to which Business Liability Coverage for "bodily injury" applies. We do not have to furnish these bonds.

**(c)** The cost of bonds to release attachments, but only for bond amounts within our Limit of Insurance. We do not have to furnish these bonds.

**(d)** All reasonable expenses incurred by the insured at our request to assist us in the investigation or defense of the claim or "suit", including actual loss of earnings up to $250 a day because of time off from work.

**(e)** All court costs taxed against the insured in the "suit". However, these payments do not include attorneys' fees or attorneys' expenses taxed against the insured.

**(f)** Prejudgment interest awarded against the insured on that part of the judgment we pay. If we make an offer to pay the Limit of Insurance, we will not pay any prejudgment interest based on that period of time after the offer.

**(g)** All interest on the full amount of any judgment that accrues after entry of the judgment and before we have paid, offered to pay, or deposited in court the part of the judgment that is within our Limit of Insurance.

These payments will not reduce the limit of liability.

**(2)** If we defend an insured against a "suit" and an indemnitee of the insured is also named as a party to the "suit", we will defend that indemnitee if all of the following conditions are met:

**(a)** The "suit" against the indemnitee seeks damages for which the insured has assumed the liability of the indemnitee in a contract or agreement that is an "insured contract";

**(b)** This insurance applies to such liability assumed by the insured;

**(c)** The obligation to defend, or the cost of the defense of, that indemnitee, has also been assumed by the insured in the same "insured contract";

**(d)** The allegations in the "suit" and the information we know about the "occurrence" are such that no conflict appears to exist between the interests of the insured and the interests of the indemnitee;

**(e)** The indemnitee and the insured ask us to conduct and control the defense of that indemnitee against such "suit" and agree that we can assign the same counsel to defend the insured and the indemnitee; and

**(f)** The indemnitee:

**(i)** Agrees in writing to:

**i.** Cooperate with us in the investigation, settlement or defense of the "suit";

**ii.** Immediately send us copies of any demands, notices, summonses or legal papers received in connection with the "suit";

**iii.** Notify any other insurer whose coverage is available to the indemnitee; and

Copyright, Insurance Services Office, Inc., 2012

Exhibit A

**iv.** Cooperate with us with respect to coordinating other applicable insurance available to the indemnitee; and

**(ii)** Provides us with written authorization to:

**i.** Obtain records and other information related to the "suit"; and

**ii.** Conduct and control the defense of the indemnitee in such "suit".

**(3)** So long as the conditions in Paragraph **(2)** are met, attorneys' fees incurred by us in the defense of that indemnitee, necessary litigation expenses incurred by us and necessary litigation expenses incurred by the indemnitee at our request will be paid as Supplementary Payments. Notwithstanding the provisions of Paragraph **B.1.b.(2)** Exclusions in Section **II** - Liability, such payments will not be deemed to be damages for "bodily injury" and "property damage" and will not reduce the Limits of Insurance.

Our obligation to defend an insured's indemnitee and to pay for attorneys' fees and necessary litigation expenses as Supplementary Payments ends when:

**(a)** We have used up the applicable Limit of Insurance in the payment of judgments or settlements; or

**(b)** The conditions set forth above, or the terms of the agreement described in Paragraph **(2)(f)** above, are no longer met.

**2. Medical Expenses**

**a.** We will pay medical expenses as described below for "bodily injury" caused by an accident:

**(1)** On premises you own or rent;

**(2)** On ways next to premises you own or rent; or

**(3)** Because of your operations;

provided that:

**(a)** The accident takes place in the "coverage territory" and during the policy period;

**(b)** The expenses are incurred and reported to us within one year of the date of the accident; and

**(c)** The injured person submits to examination, at our expense, by physicians of our choice as often as we reasonably require.

**b.** We will make these payments regardless of fault. These payments will not exceed the Limits of Insurance of Section **II** - Liability. We will pay reasonable expenses for:

**(1)** First aid administered at the time of an accident;

**(2)** Necessary medical, surgical, X-ray and dental services, including prosthetic devices; and

**(3)** Necessary ambulance, hospital, professional nursing and funeral services.

**B. Exclusions**

**1. Applicable To Business Liability Coverage**

This insurance does not apply to:

**a. Expected Or Intended Injury**

"Bodily injury" or "property damage" expected or intended from the standpoint of the insured. This exclusion does not apply to "bodily injury" resulting from the use of reasonable force to protect persons or property.

**b. Contractual Liability**

"Bodily injury" or "property damage" for which the insured is obligated to pay damages by reason of the assumption of liability in a contract or agreement. This exclusion does not apply to liability for damages:

**(1)** That the insured would have in the absence of the contract or agreement; or

**(2)** Assumed in a contract or agreement that is an "insured contract", provided the "bodily injury" or "property damage" occurs subsequent to the execution of the contract or agreement. Solely for the purposes of liability assumed in an "insured contract", reasonable attorneys' fees and necessary litigation expenses incurred by or for a party other than an insured are deemed to be damages because of "bodily injury" or "property damage", provided:

**(a)** Liability to such party for, or for the cost of, that party's defense has also been assumed in the same "insured contract"; and

Exhibit A

**(b)** Such attorney fees and litigation expenses are for defense of that party against a civil or alternative dispute resolution proceeding in which damages to which this insurance applies are alleged.

**c. Liquor Liability**

"Bodily injury" or "property damage" for which any insured may be held liable by reason of:

**(1)** Causing or contributing to the intoxication of any person;

**(2)** The furnishing of alcoholic beverages to a person under the legal drinking age or under the influence of alcohol; or

**(3)** Any statute, ordinance or regulation relating to the sale, gift, distribution or use of alcoholic beverages.

This exclusion applies even if the claims allege negligence or other wrongdoing in:

    **(a)** The supervision, hiring, employment, training or monitoring of others by an insured; or

    **(b)** Providing or failing to provide transportation with respect to any person that may be under the influence of alcohol;

if the "occurrence" which caused the "bodily injury" or "property damage", involved that which is described in Paragraph **(1)**, **(2)** or **(3)** above.

However, this exclusion applies only if you are in the business of manufacturing, distributing, selling, serving or furnishing alcoholic beverages. For the purposes of this exclusion, permitting a person to bring alcoholic beverages on your premises, for consumption on your premises, whether or not a fee is charged or a license is required for such activity, is not by itself considered the business of selling, serving or furnishing alcoholic beverages.

**d. Workers' Compensation And Similar Laws**

Any obligation of the insured under a workers' compensation, disability benefits or unemployment compensation law or any similar law.

**e. Employer's Liability**

"Bodily injury" to:

**(1)** An "employee" of the insured arising out of and in the course of:

    **(a)** Employment by the insured; or

    **(b)** Performing duties related to the conduct of the insured's business; or

**(2)** The spouse, child, parent, brother or sister of that "employee" as a consequence of Paragraph **(1)** above.

This exclusion applies whether the insured may be liable as an employer or in any other capacity and to any obligation to share damages with or repay someone else who must pay damages because of the injury.

This exclusion does not apply to liability assumed by the insured under an "insured contract".

**f. Pollution**

**(1)** "Bodily injury" or "property damage" arising out of the actual, alleged or threatened discharge, dispersal, seepage, migration, release or escape of "pollutants":

    **(a)** At or from any premises, site or location which is or was at any time owned or occupied by, or rented or loaned to, any insured. However, this subparagraph does not apply to:

        **(i)** "Bodily injury" if sustained within a building and caused by smoke, fumes, vapor or soot produced by or originating from equipment that is used to heat, cool or dehumidify the building, or equipment that is used to heat water for personal use, by the building's occupants or their guests;

        **(ii)** "Bodily injury" or "property damage" for which you may be held liable, if you are a contractor and the owner or lessee of such premises, site or location has been added to your policy as an additional insured with respect to your ongoing operations performed for that additional insured at that premises, site or location and such premises, site or location is not and never was owned or occupied by, or rented or loaned to, any insured, other than that additional insured; or

        **(iii)** "Bodily injury" or "property damage" arising out of heat, smoke or fumes from a "hostile fire";

 Copyright, Insurance Services Office, Inc., 2012

Exhibit A

**(b)** At or from any premises, site or location which is or was at any time used by or for any insured or others for the handling, storage, disposal, processing or treatment of waste;

**(c)** Which are or were at any time transported, handled, stored, treated, disposed of, or processed as waste by or for:

    **(i)** Any insured; or

    **(ii)** Any person or organization for whom you may be legally responsible;

**(d)** At or from any premises, site or location on which any insured or any contractors or subcontractors working directly or indirectly on any insured's behalf are performing operations if the "pollutants" are brought on or to the premises, site or location in connection with such operations by such insured, contractor or subcontractor. However, this subparagraph does not apply to:

    **(i)** "Bodily injury" or "property damage" arising out of the escape of fuels, lubricants or other operating fluids which are needed to perform the normal electrical, hydraulic or mechanical functions necessary for the operation of "mobile equipment" or its parts, if such fuels, lubricants or other operating fluids escape from a vehicle part designed to hold, store or receive them. This exception does not apply if the "bodily injury" or "property damage" arises out of the intentional discharge, dispersal or release of the fuels, lubricants or other operating fluids, or if such fuels, lubricants or other operating fluids are brought on or to the premises, site or location with the intent that they be discharged, dispersed or released as part of the operations being performed by such insured, contractor or subcontractor;

    **(ii)** "Bodily injury" or "property damage" sustained within a building and caused by the release of gases, fumes or vapors from materials brought into that building in connection with operations being performed by you or on your behalf by a contractor or subcontractor; or

    **(iii)** "Bodily injury" or "property damage" arising out of heat, smoke or fumes from a "hostile fire"; or

**(e)** At or from any premises, site or location on which any insured or any contractors or subcontractors working directly or indirectly on any insured's behalf are performing operations if the operations are to test for, monitor, clean up, remove, contain, treat, detoxify or neutralize, or in any way respond to, or assess the effects of, "pollutants".

**(2)** Any loss, cost or expense arising out of any:

**(a)** Request, demand, order or statutory or regulatory requirement that any insured or others test for, monitor, clean up, remove, contain, treat, detoxify or neutralize, or in any way respond to, or assess the effects of, "pollutants"; or

**(b)** Claim or "suit" by or on behalf of a governmental authority for damages because of testing for, monitoring, cleaning up, removing, containing, treating, detoxifying or neutralizing, or in any way responding to, or assessing the effects of, "pollutants".

However, this paragraph does not apply to liability for damages because of "property damage" that the insured would have in the absence of such request, demand, order or statutory or regulatory requirement or such claim or "suit" by or on behalf of a governmental authority.

**g. Aircraft, Auto Or Watercraft**

"Bodily injury" or "property damage" arising out of the ownership, maintenance, use or entrustment to others of any aircraft, "auto" or watercraft owned or operated by or rented or loaned to any insured. Use includes operation and "loading or unloading".

Exhibit A

This exclusion applies even if the claims allege negligence or other wrongdoing in the supervision, hiring, employment, training or monitoring of others by an insured, if the "occurrence" which caused the "bodily injury" or "property damage" involved the ownership, maintenance, use or entrustment to others of any aircraft, "auto" or watercraft that is owned or operated by or rented or loaned to any insured.

This exclusion does not apply to:

**(1)** A watercraft while ashore on premises you own or rent;

**(2)** A watercraft you do not own that is:

    **(a)** Less than 51 feet long; and

    **(b)** Not being used to carry persons or property for a charge;

**(3)** Parking an "auto" on, or on the ways next to, premises you own or rent, provided the "auto" is not owned by or rented or loaned to you or the insured;

**(4)** Liability assumed under any "insured contract" for the ownership, maintenance or use of aircraft or watercraft; or

**(5)** "Bodily injury" or "property damage" arising out of:

    **(a)** The operation of machinery or equipment that is attached to, or part of, a land vehicle that would qualify under the definition of "mobile equipment" if it were not subject to a compulsory or financial responsibility law or other motor vehicle insurance or motor vehicle registration law where it is licensed or principally garaged; or

    **(b)** The operation of any of the following machinery or equipment:

        **(i)** Cherry pickers and similar devices mounted on automobile or truck chassis and used to raise or lower workers; and

        **(ii)** Air compressors, pumps and generators, including spraying, welding, building cleaning, geophysical exploration, lighting and well servicing equipment.

**h. Mobile Equipment**

"Bodily injury" or "property damage" arising out of:

**(1)** The transportation of "mobile equipment" by an "auto" owned or operated by or rented or loaned to any insured; or

**(2)** The use of "mobile equipment" in, or while in practice for, or while being prepared for, any prearranged racing, speed, demolition or stunting activity.

**i. War**

"Bodily injury", "property damage" or "personal and advertising injury", however caused, arising, directly or indirectly, out of:

**(1)** War, including undeclared or civil war;

**(2)** Warlike action by a military force, including action in hindering or defending against an actual or expected attack, by any government, sovereign or other authority using military personnel or other agents; or

**(3)** Insurrection, rebellion, revolution, usurped power, or action taken by government authority in hindering or defending against any of these.

**j. Professional Services**

"Bodily injury", "property damage" or "personal and advertising injury" caused by the rendering or failure to render any professional service. This includes but is not limited to:

**(1)** Legal, accounting or advertising services;

**(2)** Preparing, approving, or failing to prepare or approve maps, drawings, opinions, reports, surveys, change orders, designs or specifications;

**(3)** Supervisory, inspection or engineering services;

**(4)** Medical, surgical, dental, X-ray or nursing services treatment, advice or instruction;

**(5)** Any health or therapeutic service treatment, advice or instruction;

**(6)** Any service, treatment, advice or instruction for the purpose of appearance or skin enhancement, hair removal or replacement or personal grooming;

 Copyright, Insurance Services Office, Inc., 2012

Exhibit A

(7) Optometry or optical or hearing aid services including the prescribing, preparation, fitting, demonstration or distribution of ophthalmic lenses and similar products or hearing aid devices;

(8) Body piercing services; and

(9) Services in the practice of pharmacy.

This exclusion applies even if the claims allege negligence or other wrongdoing in the supervision, hiring, employment, training or monitoring of others by an insured, if the "occurrence" which caused the "bodily injury" or "property damage", or the offense which caused the "personal and advertising injury", involved the rendering or failure to render of any professional service.

**k. Damage To Property**

"Property damage" to:

(1) Property you own, rent or occupy, including any costs or expenses incurred by you, or any other person, organization or entity, for repair, replacement, enhancement, restoration or maintenance of such property for any reason, including prevention of injury to a person or damage to another's property;

(2) Premises you sell, give away or abandon, if the "property damage" arises out of any part of those premises;

(3) Property loaned to you;

(4) Personal property in the care, custody or control of the insured;

(5) That particular part of real property on which you or any contractor or subcontractor working directly or indirectly on your behalf is performing operations, if the "property damage" arises out of those operations; or

(6) That particular part of any property that must be restored, repaired or replaced because "your work" was incorrectly performed on it.

Paragraphs **(1)**, **(3)** and **(4)** of this exclusion do not apply to "property damage" (other than damage by fire) to premises, including the contents of such premises, rented to you for a period of seven or fewer consecutive days. A separate Limit of Insurance applies to Damage To Premises Rented To You as described in Paragraph **D.** Liability And Medical Expenses Limits Of Insurance in Section **II** - Liability.

Paragraph **(2)** of this exclusion does not apply if the premises are "your work" and were never occupied, rented or held for rental by you.

Paragraphs **(3)**, **(4)**, **(5)** and **(6)** of this exclusion do not apply to liability assumed under a sidetrack agreement.

Paragraph **(6)** of this exclusion does not apply to "property damage" included in the "products-completed operations hazard".

**l. Damage To Your Product**

"Property damage" to "your product" arising out of it or any part of it.

**m. Damage To Your Work**

"Property damage" to "your work" arising out of it or any part of it and included in the "products-completed operations hazard".

This exclusion does not apply if the damaged work or the work out of which the damage arises was performed on your behalf by a subcontractor.

**n. Damage To Impaired Property Or Property Not Physically Injured**

"Property damage" to "impaired property" or property that has not been physically injured, arising out of:

(1) A defect, deficiency, inadequacy or dangerous condition in "your product" or "your work"; or

(2) A delay or failure by you or anyone acting on your behalf to perform a contract or agreement in accordance with its terms.

This exclusion does not apply to the loss of use of other property arising out of sudden and accidental physical injury to "your product" or "your work" after it has been put to its intended use.

**o. Recall Of Products, Work Or Impaired Property**

Damages claimed for any loss, cost or expense incurred by you or others for the loss of use, withdrawal, recall, inspection, repair, replacement, adjustment, removal or disposal of:

(1) "Your product";

(2) "Your work"; or

(3) "Impaired property";

Exhibit A

if such product, work or property is withdrawn or recalled from the market or from use by any person or organization because of a known or suspected defect, deficiency, inadequacy or dangerous condition in it.

### p. Personal And Advertising Injury

"Personal and advertising injury":

**(1)** Caused by or at the direction of the insured with the knowledge that the act would violate the rights of another and would inflict "personal and advertising injury";

**(2)** Arising out of oral or written publication, in any manner, of material, if done by or at the direction of the insured with knowledge of its falsity;

**(3)** Arising out of oral or written publication, in any manner, of material whose first publication took place before the beginning of the policy period;

**(4)** For which the insured has assumed liability in a contract or agreement. This exclusion does not apply to liability for damages that the insured would have in the absence of the contract or agreement;

**(5)** Arising out of a breach of contract, except an implied contract to use another's advertising idea in your "advertisement";

**(6)** Arising out of the failure of goods, products or services to conform with any statement of quality or performance made in your "advertisement";

**(7)** Arising out of the wrong description of the price of goods, products or services stated in your "advertisement";

**(8)** Committed by an insured whose business is:

**(a)** Advertising, broadcasting, publishing or telecasting;

**(b)** Designing or determining content of web sites for others; or

**(c)** An Internet search, access, content or service provider.

However, this exclusion does not apply to Paragraphs **14.a.**, **b.** and **c.** of "personal and advertising injury" under Paragraph **F.** Liability And Medical Expenses Definitions.

For the purposes of this exclusion, the placing of frames, borders or links, or advertising, for you or others anywhere on the Internet, by itself, is not considered the business of advertising, broadcasting, publishing or telecasting;

**(9)** Arising out of the actual, alleged or threatened discharge, dispersal, seepage, migration, release or escape of "pollutants" at any time;

**(10)** With respect to any loss, cost or expense arising out of any:

**(a)** Request, demand or order that any insured or others test for, monitor, clean up, remove, contain, treat, detoxify or neutralize, or in any way respond to, or assess the effects of, "pollutants"; or

**(b)** Claim or "suit" by or on behalf of a governmental authority for damages because of testing for, monitoring, cleaning up, removing, containing, treating, detoxifying or neutralizing, or in any way responding to, or assessing the effects of, "pollutants";

**(11)** Arising out of an electronic chatroom or bulletin board the insured hosts, owns or over which the insured exercises control;

**(12)** Arising out of the infringement of copyright, patent, trademark, trade secret or other intellectual property rights. Under this exclusion, such other intellectual property rights do not include the use of another's advertising idea in your "advertisement".

However, this exclusion does not apply to infringement, in your "advertisement", of copyright, trade dress or slogan;

**(13)** Arising out of the unauthorized use of another's name or product in your e-mail address, domain name or metatags, or any other similar tactics to mislead another's potential customers.

### q. Electronic Data

Damages arising out of the loss of, loss of use of, damage to, corruption of, inability to access, or inability to manipulate electronic data.

However, this exclusion does not apply to liability for damages because of "bodily injury".

Exhibit A

As used in this exclusion, electronic data means information, facts or computer programs stored as or on, created or used on, or transmitted to or from computer software (including systems and applications software), on hard or floppy disks, CD-ROMs, tapes, drives, cells, data processing devices or any other repositories of computer software which are used with electronically controlled equipment. The term computer programs, referred to in the foregoing description of electronic data, means a set of related electronic instructions which direct the operations and functions of a computer or device connected to it, which enable the computer or device to receive, process, store, retrieve or send data.

**r. Criminal Acts**

"Personal and advertising injury" arising out of a criminal act committed by or at the direction of the insured.

**s. Recording And Distribution Of Material Or Information In Violation Of Law**

"Bodily injury", "property damage" or "personal and advertising injury" arising directly or indirectly out of any action or omission that violates or is alleged to violate:

**(1)** The Telephone Consumer Protection Act (TCPA), including any amendment of or addition to such law;

**(2)** The CAN-SPAM Act of 2003, including any amendment of or addition to such law;

**(3)** The Fair Credit Reporting Act (FCRA), and any amendment of or addition to such law, including the Fair and Accurate Credit Transaction Act (FACTA); or

**(4)** Any federal, state or local statute, ordinance or regulation, other than the TCPA, CAN-SPAM Act of 2003 or FCRA and their amendments and additions, that addresses, prohibits, or limits the printing, dissemination, disposal, collecting, recording, sending, transmitting, communicating or distribution of material or information.

Exclusions **c., d., e., f., g., h., i., k., l., m., n.** and **o.** in Section **II** - Liability do not apply to damage by fire to premises while rented to you, or temporarily occupied by you with permission of the owner. A separate Damage To Premises Rented To You Limit of Insurance applies to this coverage as described in Paragraph **D.** Liability And Medical Expenses Limits of Insurance in Section **II** - Liability.

**2. Applicable To Medical Expenses Coverage**

We will not pay expenses for "bodily injury":

**a.** To any insured, except "volunteer workers".

**b.** To a person hired to do work for or on behalf of any insured or a tenant of any insured.

**c.** To a person injured on that part of premises you own or rent that the person normally occupies.

**d.** To a person, whether or not an "employee" of any insured, if benefits for the "bodily injury" are payable or must be provided under a workers' compensation or disability benefits law or a similar law.

**e.** To a person injured while practicing, instructing or participating in any physical exercises or games, sports or athletic contests.

**f.** Included within the "products-completed operations hazard".

**g.** Excluded under Business Liability Coverage.

**3. Applicable To Both Business Liability Coverage And Medical Expenses Coverage - Nuclear Energy Liability Exclusion**

This insurance does not apply:

**a.** Under Business Liability Coverage, to "bodily injury" or "property damage":

**(1)** With respect to which an insured under the policy is also an insured under a nuclear energy liability policy issued by the Nuclear Energy Liability Insurance Association, Mutual Atomic Energy Liability Underwriters or Nuclear Insurance Association of Canada, or would be an insured under any such policy but for its termination upon exhaustion of its limit of liability; or

Exhibit A

(2) Resulting from the "hazardous properties" of "nuclear material" and with respect to which:

    (a) Any person or organization is required to maintain financial protection pursuant to the Atomic Energy Act of 1954, or any law amendatory thereof; or

    (b) The insured is, or had this policy not been issued would be, entitled to indemnity from the United States of America, or any agency thereof, under any agreement entered into by the United States of America, or any agency thereof, with any person or organization.

**b.** Under Medical Expenses Coverage, to expenses incurred with respect to "bodily injury" resulting from the "hazardous properties" of "nuclear material" and arising out of the operation of a "nuclear facility" by any person or organization.

**c.** Under Business Liability Coverage, to "bodily injury" or "property damage" resulting from the "hazardous properties" of the "nuclear material"; if:

(1) The "nuclear material":

    (a) Is at any "nuclear facility" owned by, or operated by or on behalf of, an insured; or

    (b) Has been discharged or dispersed therefrom;

(2) The "nuclear material" is contained in "spent fuel" or "waste" at any time possessed, handled, used, processed, stored, transported or disposed of by or on behalf of an insured; or

(3) The "bodily injury" or "property damage" arises out of the furnishing by an insured of services, materials, parts or equipment in connection with the planning, construction, maintenance, operation or use of any "nuclear facility"; but if such facility is located within the United States of America, its territories or possessions or Canada, this Exclusion **(3)** applies only to "property damage" to such "nuclear facility" and any property thereat.

**d.** As used in this exclusion:

(1) "By-product material" has the meaning given it in the Atomic Energy Act of 1954 or in any law amendatory thereof;

(2) "Hazardous properties" include radioactive, toxic or explosive properties;

(3) "Nuclear facility" means:

    (a) Any "nuclear reactor";

    (b) Any equipment or device designed or used for:

        (i) Separating the isotopes of uranium or plutonium;

        (ii) Processing or utilizing "spent fuel"; or

        (iii) Handling, processing or packaging "waste";

    (c) Any equipment or device used for the processing, fabricating or alloying of "special nuclear material" if at any time the total amount of such material in the custody of the insured at the premises where such equipment or device is located consists of or contains more than 25 grams of plutonium or uranium 233 or any combination thereof, or more than 250 grams of uranium 235;

    (d) Any structure, basin, excavation, premises or place prepared or used for the storage or disposal of "waste";

and includes the site on which any of the foregoing is located, all operations conducted on such site and all premises used for such operations;

(4) "Nuclear material" means "source material", "special nuclear material" or "by-product material";

(5) "Nuclear reactor" means any apparatus designed or used to sustain nuclear fission in a self-supporting chain reaction or to contain a critical mass of fissionable material;

(6) "Property damage" includes all forms of radioactive contamination of property;

(7) "Source material" has the meaning given it in the Atomic Energy Act of 1954 or in any law amendatory thereof;

(8) "Special nuclear material" has the meaning given it in the Atomic Energy Act of 1954 or in any law amendatory thereof;

(9) "Spent fuel" means any fuel element or fuel component, solid or liquid, which has been used or exposed to radiation in a "nuclear reactor";

 Copyright, Insurance Services Office, Inc., 2012

Exhibit A

**(10)** "Waste" means any waste material:

**(a)** Containing "by-product material" other than the tailings or wastes produced by the extraction or concentration of uranium or thorium from any ore processed primarily for its "source material" content; and

**(b)** Resulting from the operation by any person or organization of any "nuclear facility" included under Paragraphs **(a)** and **(b)** of the definition of "nuclear facility".

## C. Who Is An Insured

**1.** If you are designated in the Declarations as:

**a.** An individual, you and your spouse are insureds, but only with respect to the conduct of a business of which you are the sole owner.

**b.** A partnership or joint venture, you are an insured. Your members, your partners and their spouses are also insureds, but only with respect to the conduct of your business.

**c.** A limited liability company, you are an insured. Your members are also insureds, but only with respect to the conduct of your business. Your managers are insureds, but only with respect to their duties as your managers.

**d.** An organization other than a partnership, joint venture or limited liability company, you are an insured. Your "executive officers" and directors are insureds, but only with respect to their duties as your officers or directors. Your stockholders are also insureds, but only with respect to their liability as stockholders.

**e.** A trust, you are an insured. Your trustees are also insureds, but only with respect to their duties as trustees.

**2.** Each of the following is also an insured:

**a.** Your "volunteer workers" only while performing duties related to the conduct of your business, or your "employees", other than either your "executive officers" (if you are an organization other than a partnership, joint venture or limited liability company) or your managers (if you are a limited liability company), but only for acts within the scope of their employment by you or while performing duties related to the conduct of your business. However, none of these "employees" or "volunteer workers" are insureds for:

**(1)** "Bodily injury" or "personal and advertising injury":

**(a)** To you, to your partners or members (if you are a partnership or joint venture), to your members (if you are a limited liability company), or to a co-"employee" while in the course of his or her employment or performing duties related to the conduct of your business, or to your other "volunteer workers" while performing duties related to the conduct of your business;

**(b)** To the spouse, child, parent, brother or sister of that co-"employee" as a consequence of Paragraph **(a)** above;

**(c)** For which there is any obligation to share damages with or repay someone else who must pay damages because of the injury described in Paragraph **(a)** or **(b);** or

**(d)** Arising out of his or her providing or failing to provide professional health care services.

**(2)** "Property damage" to property:

**(a)** Owned, occupied or used by;

 Copyright, Insurance Services Office, Inc., 2012

Exhibit A

**(b)** Rented to, in the care, custody or control of, or over which physical control is being exercised for any purpose by;

you, any of your "employees", "volunteer workers", any partner or member (if you are a partnership or joint venture), or any member (if you are a limited liability company).

**b.** Any person (other than your "employee" or "volunteer worker"), or any organization while acting as your real estate manager.

**c.** Any person or organization having proper temporary custody of your property if you die, but only:

**(1)** With respect to liability arising out of the maintenance or use of that property; and

**(2)** Until your legal representative has been appointed.

**d.** Your legal representative if you die, but only with respect to duties as such. That representative will have all your rights and duties under this policy.

No person or organization is an insured with respect to the conduct of any current or past partnership, joint venture or limited liability company that is not shown as a Named Insured in the Declarations.

**D. Liability And Medical Expenses Limits Of Insurance**

**1.** The Limits of Insurance of Section **II** - Liability shown in the Declarations and the rules below fix the most we will pay regardless of the number of:

**a.** Insureds;

**b.** Claims made or "suits" brought; or

**c.** Persons or organizations making claims or bringing "suits".

**2.** The most we will pay for the sum of all damages because of all:

**a.** "Bodily injury", "property damage" and medical expenses arising out of any one "occurrence"; and

**b.** "Personal and advertising injury" sustained by any one person or organization;

is the Liability and Medical Expenses limit shown in the Declarations. But the most we will pay for all medical expenses because of "bodily injury" sustained by any one person is the Medical Expenses limit shown in the Declarations.

**3.** The most we will pay under Business Liability Coverage for damages because of "property damage" to a premises while rented to you or in the case of fire while rented to you or temporarily occupied by you with permission of the owner is the applicable Damage To Premises Rented To You limit shown for that premises in the Declarations. For a premises temporarily occupied by you, the applicable limit will be the highest Damage To Premises Rented To You limit shown in the Declarations.

**4. Aggregate Limits**

The most we will pay for:

**a.** All "bodily injury" and "property damage" that is included in the "products-completed operations hazard" is twice the Liability and Medical Expenses limit.

**b.** All:

**(1)** "Bodily injury" and "property damage" except damages because of "bodily injury" or "property damage" included in the "products-completed operations hazard";

**(2)** Plus medical expenses;

**(3)** Plus all "personal and advertising injury" caused by offenses committed;

is twice the Liability and Medical Expenses limit.

Subject to Paragraph **a.** or **b.** above, whichever applies, the Damage To Premises Rented To You limit is the most we will pay for damages because of "property damage" to any one premises, while rented to you, or in the case of fire, while rented to you or temporarily occupied by you with permission of the owner.

The Limits of Insurance of Section **II** - Liability apply separately to each consecutive annual period and to any remaining period of less than 12 months, starting with the beginning of the policy period shown in the Declarations, unless the policy period is extended after issuance for an additional period of less than 12 months. In that case, the additional period will be deemed part of the last preceding period for purposes of determining the Limits of Insurance.

**E. Liability And Medical Expenses General Conditions**

**1. Bankruptcy**

Bankruptcy or insolvency of the insured or of the insured's estate will not relieve us of our obligations under this policy.

Copyright, Insurance Services Office, Inc., 2012

Exhibit A

**2. Duties In The Event Of Occurrence, Offense, Claim Or Suit**

**a.** You must see to it that we are notified as soon as practicable of an "occurrence" or an offense which may result in a claim. To the extent possible, notice should include:

**(1)** How, when and where the "occurrence" or offense took place;

**(2)** The names and addresses of any injured persons and witnesses; and

**(3)** The nature and location of any injury or damage arising out of the "occurrence" or offense.

**b.** If a claim is made or "suit" is brought against any insured, you must:

**(1)** Immediately record the specifics of the claim or "suit" and the date received; and

**(2)** Notify us as soon as practicable.

You must see to it that we receive written notice of the claim or "suit" as soon as practicable.

**c.** You and any other involved insured must:

**(1)** Immediately send us copies of any demands, notices, summonses or legal papers received in connection with the claim or "suit";

**(2)** Authorize us to obtain records and other information;

**(3)** Cooperate with us in the investigation or settlement of the claim or defense against the "suit"; and

**(4)** Assist us, upon our request, in the enforcement of any right against any person or organization that may be liable to the insured because of injury or damage to which this insurance may also apply.

**d.** No insured will, except at that insured's own cost, voluntarily make a payment, assume any obligation, or incur any expense, other than for first aid, without our consent.

**3. Legal Action Against Us**

No person or organization has a right under this policy:

**a.** To join us as a party or otherwise bring us into a "suit" asking for damages from an insured; or

**b.** To sue us on this policy unless all of its terms have been fully complied with.

A person or organization may sue us to recover on an agreed settlement or on a final judgment against an insured; but we will not be liable for damages that are not payable under the terms of this policy or that are in excess of the applicable Limit of Insurance. An agreed settlement means a settlement and release of liability signed by us, the insured and the claimant or the claimant's legal representative.

**4. Separation Of Insureds**

Except with respect to the Limits of Insurance of Section **II** - Liability, and any rights or duties specifically assigned in this policy to the first Named Insured, this insurance applies:

**a.** As if each Named Insured were the only Named Insured; and

**b.** Separately to each insured against whom claim is made or "suit" is brought.

**F. Liability And Medical Expenses Definitions**

**1.** "Advertisement" means a notice that is broadcast or published to the general public or specific market segments about your goods, products or services for the purpose of attracting customers or supporters. For the purposes of this definition:

**a.** Notices that are published include material placed on the Internet or on similar electronic means of communication; and

**b.** Regarding web sites, only that part of a web site that is about your goods, products or services for the purposes of attracting customers or supporters is considered an advertisement.

**2.** "Auto" means:

**a.** A land motor vehicle, trailer or semitrailer designed for travel on public roads, including any attached machinery or equipment; or

**b.** Any other land vehicle that is subject to a compulsory or financial responsibility law or other motor vehicle insurance or motor vehicle registration law where it is licensed or principally garaged.

However, "auto" does not include "mobile equipment".

**3.** "Bodily injury" means bodily injury, sickness or disease sustained by a person, including death resulting from any of these at any time.

**4.** "Coverage territory" means:

**a.** The United States of America (including its territories and possessions), Puerto Rico and Canada;

 Copyright, Insurance Services Office, Inc., 2012

Exhibit A

**b.** International waters or airspace, but only if the injury or damage occurs in the course of travel or transportation between any places included in Paragraph **a.** above; or

**c.** All other parts of the world if the injury or damage arises out of:

   **(1)** Goods or products made or sold by you in the territory described in Paragraph **a.** above;

   **(2)** The activities of a person whose home is in the territory described in Paragraph **a.** above, but is away for a short time on your business; or

   **(3)** "Personal and advertising injury" offenses that take place through the Internet or similar electronic means of communication;

provided the insured's responsibility to pay damages is determined in a "suit" on the merits in the territory described in Paragraph **a.** above or in a settlement we agree to.

**5.** "Employee" includes a "leased worker". "Employee" does not include a "temporary worker".

**6.** "Executive officer" means a person holding any of the officer positions created by your charter, constitution, bylaws or any other similar governing document.

**7.** "Hostile fire" means one which becomes uncontrollable or breaks out from where it was intended to be.

**8.** "Impaired property" means tangible property, other than "your product" or "your work", that cannot be used or is less useful because:

**a.** It incorporates "your product" or "your work" that is known or thought to be defective, deficient, inadequate or dangerous; or

**b.** You have failed to fulfill the terms of a contract or agreement;

if such property can be restored to use by:

   **(1)** The repair, replacement, adjustment or removal of "your product" or "your work"; or

   **(2)** Your fulfilling the terms of the contract or agreement.

**9.** "Insured contract" means:

**a.** A contract for a lease of premises. However, that portion of the contract for a lease of premises that indemnifies any person or organization for damage by fire to premises while rented to you or temporarily occupied by you with permission of the owner is not an "insured contract";

**b.** A sidetrack agreement;

**c.** Any easement or license agreement, except in connection with construction or demolition operations on or within 50 feet of a railroad;

**d.** An obligation, as required by ordinance, to indemnify a municipality, except in connection with work for a municipality;

**e.** An elevator maintenance agreement;

**f.** That part of any other contract or agreement pertaining to your business (including an indemnification of a municipality in connection with work performed for a municipality) under which you assume the tort liability of another party to pay for "bodily injury" or "property damage" to a third person or organization. Tort liability means a liability that would be imposed by law in the absence of any contract or agreement.

Paragraph **f.** does not include that part of any contract or agreement:

   **(1)** That indemnifies a railroad for "bodily injury" or "property damage" arising out of construction or demolition operations, within 50 feet of any railroad property and affecting any railroad bridge or trestle, tracks, roadbeds, tunnel, underpass or crossing;

   **(2)** That indemnifies an architect, engineer or surveyor for injury or damage arising out of:

      **(a)** Preparing, approving or failing to prepare or approve maps, drawings, opinions, reports, surveys, change orders, designs or specifications; or

      **(b)** Giving directions or instructions, or failing to give them, if that is the primary cause of the injury or damage; or

   **(3)** Under which the insured, if an architect, engineer or surveyor, assumes liability for an injury or damage arising out of the insured's rendering or failure to render professional services, including those listed in Paragraph **(2)** above and supervisory, inspection or engineering services.

**10.** "Leased worker" means a person leased to you by a labor leasing firm under an agreement between you and the labor leasing firm, to perform duties related to the conduct of your business. "Leased worker" does not include a "temporary worker".

Exhibit A

**11.** "Loading or unloading" means the handling of property:

   **a.** After it is moved from the place where it is accepted for movement into or onto an aircraft, watercraft or "auto";

   **b.** While it is in or on an aircraft, watercraft or "auto"; or

   **c.** While it is being moved from an aircraft, watercraft or "auto" to the place where it is finally delivered;

but "loading or unloading" does not include the movement of property by means of a mechanical device, other than a hand truck, that is not attached to the aircraft, watercraft or "auto".

**12.** "Mobile equipment" means any of the following types of land vehicles, including any attached machinery or equipment:

   **a.** Bulldozers, farm machinery, forklifts and other vehicles designed for use principally off public roads;

   **b.** Vehicles maintained for use solely on or next to premises you own or rent;

   **c.** Vehicles that travel on crawler treads;

   **d.** Vehicles, whether self-propelled or not, on which are permanently mounted:

     **(1)** Power cranes, shovels, loaders, diggers or drills; or

     **(2)** Road construction or resurfacing equipment such as graders, scrapers or rollers;

   **e.** Vehicles not described in Paragraph **a.**, **b.**, **c.** or **d.** above that are not self-propelled and are maintained primarily to provide mobility to permanently attached equipment of the following types:

     **(1)** Air compressors, pumps and generators, including spraying, welding, building cleaning, geophysical exploration, lighting and well servicing equipment; or

     **(2)** Cherry pickers and similar devices used to raise or lower workers;

   **f.** Vehicles not described in Paragraph **a.**, **b.**, **c.** or **d.** above maintained primarily for purposes other than the transportation of persons or cargo.

However, self-propelled vehicles with the following types of permanently attached equipment are not "mobile equipment" but will be considered "autos":

   **(1)** Equipment designed primarily for:

     **(a)** Snow removal;

     **(b)** Road maintenance, but not construction or resurfacing; or

     **(c)** Street cleaning;

   **(2)** Cherry pickers and similar devices mounted on automobile or truck chassis and used to raise or lower workers; and

   **(3)** Air compressors, pumps and generators, including spraying, welding, building cleaning, geophysical exploration, lighting and well servicing equipment.

However, "mobile equipment" does not include land vehicles that are subject to a compulsory or financial responsibility law or other motor vehicle insurance or motor vehicle registration law where they are licensed or principally garaged. Land vehicles subject to a compulsory or financial responsibility law or other motor vehicle insurance law or motor vehicle registration law are considered "autos".

**13.** "Occurrence" means an accident, including continuous or repeated exposure to substantially the same general harmful conditions.

**14.** "Personal and advertising injury" means injury, including consequential "bodily injury", arising out of one or more of the following offenses:

   **a.** False arrest, detention or imprisonment;

   **b.** Malicious prosecution;

   **c.** The wrongful eviction from, wrongful entry into, or invasion of the right of private occupancy of a room, dwelling or premises that a person occupies, committed by or on behalf of its owner, landlord or lessor;

   **d.** Oral or written publication, in any manner, of material that slanders or libels a person or organization or disparages a person's or organization's goods, products or services;

   **e.** Oral or written publication, in any manner, of material that violates a person's right of privacy;

 Copyright, Insurance Services Office, Inc., 2012

Exhibit A

**f.** The use of another's advertising idea in your "advertisement"; or

**g.** Infringing upon another's copyright, trade dress or slogan in your "advertisement".

**15.** "Pollutants" means any solid, liquid, gaseous or thermal irritant or contaminant, including smoke, vapor, soot, fumes, acids, alkalis, chemicals and waste. Waste includes materials to be recycled, reconditioned or reclaimed.

**16.** "Products-completed operations hazard":

**a.** Includes all "bodily injury" and "property damage" occurring away from premises you own or rent and arising out of "your product" or "your work" except:

**(1)** Products that are still in your physical possession; or

**(2)** Work that has not yet been completed or abandoned. However, "your work" will be deemed completed at the earliest of the following times:

**(a)** When all of the work called for in your contract has been completed.

**(b)** When all of the work to be done at the job site has been completed if your contract calls for work at more than one job site.

**(c)** When that part of the work done at the job site has been put to its intended use by any other person or organization other than another contractor or subcontractor working on the same project.

Work that may need service, maintenance, correction, repair or replacement, but which is otherwise complete, will be treated as completed.

The "bodily injury" or "property damage" must occur away from premises you own or rent, unless your business includes the selling, handling or distribution of "your product" for consumption on premises you own or rent.

**b.** Does not include "bodily injury" or "property damage" arising out of:

**(1)** The transportation of property, unless the injury or damage arises out of a condition in or on a vehicle not owned or operated by you, and that condition was created by the "loading or unloading" of that vehicle by any insured; or

**(2)** The existence of tools, uninstalled equipment or abandoned or unused materials.

**17.** "Property damage" means:

**a.** Physical injury to tangible property, including all resulting loss of use of that property. All such loss of use shall be deemed to occur at the time of the physical injury that caused it; or

**b.** Loss of use of tangible property that is not physically injured. All such loss of use shall be deemed to occur at the time of the "occurrence" that caused it.

For the purposes of this insurance, electronic data is not tangible property.

As used in this definition, electronic data means information, facts or programs stored as, created or used on, or transmitted to or from computer software, including systems and applications software, hard or floppy disks, CD-ROMs, tapes, drives, cells, data processing devices or any other media which are used with electronically controlled equipment.

**18.** "Suit" means a civil proceeding in which damages because of "bodily injury", "property damage", or "personal and advertising injury" to which this insurance applies are alleged. "Suit" includes:

**a.** An arbitration proceeding in which such damages are claimed and to which the insured must submit or does submit with our consent; or

**b.** Any other alternative dispute resolution proceeding in which such damages are claimed and to which the insured submits with our consent.

**19.** "Temporary worker" means a person who is furnished to you to substitute for a permanent "employee" on leave or to meet seasonal or short-term workload conditions.

**20.** "Volunteer worker" means a person who is not your "employee", and who donates his or her work and acts at the direction of and within the scope of duties determined by you, and is not paid a fee, salary or other compensation by you or anyone else for their work performed for you.

**21.** "Your product":

**a.** Means:

**(1)** Any goods or products, other than real property, manufactured, sold, handled, distributed or disposed of by:

**(a)** You;

**(b)** Others trading under your name; or

Exhibit A

**(c)** A person or organization whose business or assets you have acquired; and

**(2)** Containers (other than vehicles), materials, parts or equipment furnished in connection with such goods or products.

**b.** Includes:

**(1)** Warranties or representations made at any time with respect to the fitness, quality, durability, performance or use of "your product"; and

**(2)** The providing of or failure to provide warnings or instructions.

**c.** Does not include vending machines or other property rented to or located for the use of others but not sold.

**22.** "Your work":

**a.** Means:

**(1)** Work or operations performed by you or on your behalf; and

**(2)** Materials, parts or equipment furnished in connection with such work or operations.

**b.** Includes:

**(1)** Warranties or representations made at any time with respect to the fitness, quality, durability, performance or use of "your work"; and

**(2)** The providing of or failure to provide warnings or instructions.

## SECTION III - COMMON POLICY CONDITIONS (APPLICABLE TO SECTION I - PROPERTY AND SECTION II - LIABILITY)

### A. Cancellation

**1.** The first Named Insured shown in the Declarations may cancel this policy by mailing or delivering to us advance written notice of cancellation.

**2.** We may cancel this policy by mailing or delivering to the first Named Insured written notice of cancellation at least:

**a.** Five days before the effective date of cancellation if any one of the following conditions exists at any building that is Covered Property in this policy:

**(1)** The building has been vacant or unoccupied 60 or more consecutive days. This does not apply to:

**(a)** Seasonal unoccupancy; or

**(b)** Buildings in the course of construction, renovation or addition.

Buildings with 65% or more of the rental units or floor area vacant or unoccupied are considered unoccupied under this provision.

**(2)** After damage by a Covered Cause of Loss, permanent repairs to the building:

**(a)** Have not started; and

**(b)** Have not been contracted for;

within 30 days of initial payment of loss.

**(3)** The building has:

**(a)** An outstanding order to vacate;

**(b)** An outstanding demolition order; or

**(c)** Been declared unsafe by governmental authority.

**(4)** Fixed and salvageable items have been or are being removed from the building and are not being replaced. This does not apply to such removal that is necessary or incidental to any renovation or remodeling.

**(5)** Failure to:

**(a)** Furnish necessary heat, water, sewer service or electricity for 30 consecutive days or more, except during a period of seasonal unoccupancy; or

**(b)** Pay property taxes that are owing and have been outstanding for more than one year following the date due, except that this provision will not apply where you are in a bona fide dispute with the taxing authority regarding payment of such taxes.

**b.** 10 days before the effective date of cancellation if we cancel for nonpayment of premium.

**c.** 30 days before the effective date of cancellation if we cancel for any other reason.

**3.** We will mail or deliver our notice to the first Named Insured's last mailing address known to us.

**4.** Notice of cancellation will state the effective date of cancellation. The policy period will end on that date.

**5.** If this policy is cancelled, we will send the first Named Insured any premium refund due. If we cancel, the refund will be pro rata. If the first Named Insured cancels, the refund may be less than pro rata. The cancellation will be effective even if we have not made or offered a refund.

Exhibit A

**6.** If notice is mailed, proof of mailing will be sufficient proof of notice.

## B. Changes

This policy contains all the agreements between you and us concerning the insurance afforded. The first Named Insured shown in the Declarations is authorized to make changes in the terms of this policy with our consent. This policy's terms can be amended or waived only by endorsement issued by us and made a part of this policy.

## C. Concealment, Misrepresentation Or Fraud

This policy is void in any case of fraud by you as it relates to this policy at any time. It is also void if you or any other insured, at any time, intentionally conceals or misrepresents a material fact concerning:

**1.** This policy;

**2.** The Covered Property;

**3.** Your interest in the Covered Property; or

**4.** A claim under this policy.

## D. Examination Of Your Books And Records

We may examine and audit your books and records as they relate to this policy at any time during the policy period and up to three years afterward.

## E. Inspections And Surveys

**1.** We have the right to:

**a.** Make inspections and surveys at any time;

**b.** Give you reports on the conditions we find; and

**c.** Recommend changes.

**2.** We are not obligated to make any inspections, surveys, reports or recommendations and any such actions we do undertake relate only to insurability and the premiums to be charged. We do not make safety inspections. We do not undertake to perform the duty of any person or organization to provide for the health or safety of workers or the public. And we do not warrant that conditions:

**a.** Are safe and healthful; or

**b.** Comply with laws, regulations, codes or standards.

**3.** Paragraphs **1.** and **2.** of this condition apply not only to us, but also to any rating, advisory, rate service or similar organization which makes insurance inspections, surveys, reports or recommendations.

**4.** Paragraph **2.** of this condition does not apply to any inspections, surveys, reports or recommendations we may make relative to certification, under state or municipal statutes, ordinances or regulations, of boilers, pressure vessels or elevators.

## F. Insurance Under Two Or More Coverages

If two or more of this policy's coverages apply to the same loss or damage, we will not pay more than the actual amount of the loss or damage.

## G. Liberalization

If we adopt any revision that would broaden the coverage under this policy without additional premium within 45 days prior to or during the policy period, the broadened coverage will immediately apply to this policy.

## H. Other Insurance

**1.** If there is other insurance covering the same loss or damage, we will pay only for the amount of covered loss or damage in excess of the amount due from that other insurance, whether you can collect on it or not. But we will not pay more than the applicable Limit of Insurance of Section **I** - Property.

**2.** Business Liability Coverage is excess over:

**a.** Any other insurance that insures for direct physical loss or damage; or

**b.** Any other primary insurance available to you covering liability for damages arising out of the premises or operations for which you have been added as an additional insured.

**3.** When this insurance is excess, we will have no duty under Business Liability Coverage to defend any claim or "suit" that any other insurer has a duty to defend. If no other insurer defends, we will undertake to do so, but we will be entitled to the insured's rights against all those other insurers.

## I. Premiums

**1.** The first Named Insured shown in the Declarations:

**a.** Is responsible for the payment of all premiums; and

**b.** Will be the payee for any return premiums we pay.

**2.** The premium shown in the Declarations was computed based on rates in effect at the time the policy was issued. On each renewal, continuation or anniversary of the effective date of this policy, we will compute the premium in accordance with our rates and rules then in effect.

Exhibit A

**3.** With our consent, you may continue this policy in force by paying a continuation premium for each successive one-year period. The premium must be:

    **a.** Paid to us prior to the anniversary date; and

    **b.** Determined in accordance with Paragraph **2.** above.

Our forms then in effect will apply. If you do not pay the continuation premium, this policy will expire on the first anniversary date that we have not received the premium.

**4.** Undeclared exposures or change in your business operation, acquisition or use of locations may occur during the policy period that are not shown in the Declarations. If so, we may require an additional premium. That premium will be determined in accordance with our rates and rules then in effect.

**J. Premium Audit**

**1.** This policy is subject to audit if a premium designated as an advance premium is shown in the Declarations. We will compute the final premium due when we determine your actual exposures.

**2.** Premium shown in this policy as advance premium is a deposit premium only. At the close of each audit period, we will compute the earned premium for that period and send notice to the first Named Insured. The due date for audit premiums is the date shown as the due date on the bill. If the sum of the advance and audit premiums paid for the policy period is greater than the earned premium, we will return the excess to the first Named Insured.

**3.** The first Named Insured must keep records of the information we need for premium computation and send us copies at such times as we may request.

**K. Transfer Of Rights Of Recovery Against Others To Us**

**1.** Applicable to Businessowners Property Coverage:

If any person or organization to or for whom we make payment under this policy has rights to recover damages from another, those rights are transferred to us to the extent of our payment. That person or organization must do everything necessary to secure our rights and must do nothing after loss to impair them. But you may waive your rights against another party in writing:

    **a.** Prior to a loss to your Covered Property.

    **b.** After a loss to your Covered Property only if, at time of loss, that party is one of the following:

        **(1)** Someone insured by this insurance;

        **(2)** A business firm:

            **(a)** Owned or controlled by you; or

            **(b)** That owns or controls you; or

        **(3)** Your tenant.

You may also accept the usual bills of lading or shipping receipts limiting the liability of carriers.

This will not restrict your insurance.

**2.** Applicable to Businessowners Liability Coverage:

If the insured has rights to recover all or part of any payment we have made under this policy, those rights are transferred to us. The insured must do nothing after loss to impair them. At our request, the insured will bring "suit" or transfer those rights to us and help us enforce them. This condition does not apply to Medical Expenses Coverage.

**L. Transfer Of Your Rights And Duties Under This Policy**

Your rights and duties under this policy may not be transferred without our written consent except in the case of death of an individual Named Insured.

If you die, your rights and duties will be transferred to your legal representative but only while acting within the scope of duties as your legal representative. Until your legal representative is appointed, anyone having proper temporary custody of your property will have your rights and duties but only with respect to that property.

Exhibit A



THIS ENDORSEMENT CHANGES THE POLICY.  PLEASE READ IT CAREFULLY.

# GARAGEKEEPERS COVERAGE

This endorsement modifies insurance provided under the following:

BUSINESSOWNERS COVERAGE FORM - SECTION II - LIABILITY

With respect to coverage provided by this endorsement, the provisions of the BUSINESSOWNERS COVERAGE FORM apply unless modified by the endorsement.

## SCHEDULE

| Premises Number | Premium For Each Premises | Limit Of Insurance And Deductible For Each Premises |
|---|---|---|
| 1 | Included | ACTUAL LOSS  MINUS  $ 500    DEDUCTIBLE  FOR  EACH  "CUSTOMER'S AUTO".  HOWEVER,  "LOSS"  CAUSED  BY  THEFT  OR  MISCHIEF  OR VANDALISM IS SUBJECT TO  $2,500    MAXIMUM DEDUCTIBLE FOR  ALL SUCH "LOSS" IN ANY ONE EVENT. |
| | | MINUS  $                DEDUCTIBLE  FOR  EACH  "CUSTOMER'S AUTO".  HOWEVER,  "LOSS"  CAUSED  BY  THEFT  OR  MISCHIEF  OR VANDALISM IS SUBJECT TO  $              MAXIMUM DEDUCTIBLE FOR  ALL SUCH "LOSS"  IN ANY ONE EVENT. |
| | | MINUS  $                DEDUCTIBLE  FOR  EACH  "CUSTOMER'S AUTO".  HOWEVER,  "LOSS"  CAUSED  BY  THEFT  OR  MISCHIEF  OR VANDALISM IS SUBJECT TO  $              MAXIMUM DEDUCTIBLE FOR  ALL SUCH "LOSS"  IN ANY ONE EVENT. |
| **PREMISES WHERE YOU CONDUCT "GARAGE OPERATIONS"** | | |
| **Premises Number** | **Address** **State Your Main Business Location as Premises Number  1** | |
| 1 | 3059 N NATIONAL RD, COLUMBUS IN 47201-3535 | |
| | | |
| | | |

## DIRECT COVERAGE OPTIONS

Indicate below with an "X" which, if any, Direct Coverage Option is selected.

### ( ) EXCESS INSURANCE

If this box is checked, Garagekeepers Coverage remains applicable on a legal liability basis. However, coverage also applies without regard to your or any other insured's legal liability for "loss" to a "customer's auto" on an excess basis over any other collectible insurance regardless of whether the other insurance covers your or any other insured's interest or the interest of the "customer's auto's" owner.

### ( ) PRIMARY INSURANCE

If this box is checked, Garagekeepers Coverage is changed to apply without regard to your or any other insured's legal liability for "loss" to a "customer's auto" and is primary insurance.

with its permission.
Exhibit A

**A.** This endorsement provides only those coverages:

   **1.** Where a Limit Of Insurance and a premium are shown for that coverage in the Schedule; and

   **2.** For the premises shown in the Schedule.

**B. Coverage**

   **1.** We will pay all sums the insured legally must pay as damages for "loss" to a "customer's auto" or "customer's auto" equipment left in the insured's care while the insured is attending, servicing, repairing, parking, storing, or "transporting or towing" it in your "garage operations" and caused by or resulting from risks of direct physical loss unless the "loss" is:

      **a.** Excluded below in Paragraph **C. Exclusions**; or

      **b.** Limited below in Paragraph **D. Limit Of Insurance And Deductible**.

   **2.** We will have the right and duty to defend any insured against a "suit" asking for these damages. However, we have no duty to defend any insured against a "suit" seeking damages for "loss" to which this insurance does not apply. We may investigate and settle any claim or "suit" as we consider appropriate. Our duty to defend or settle ends for a coverage when the Limit Of Insurance for that coverage has been exhausted by payment of judgments or settlements.

   **3. Additional Coverage - "Loss" To A Customer's Personal Property**

   The insurance provided by this endorsement also applies to "loss" to your customer's personal property, other than "autos", "auto" equipment, watercraft or farm and industrial machinery or equipment, that is left in an insured's care in the course of your "garage operations".

   **4. Who Is An Insured**

   When coverage is provided under this endorsement, the following are insureds for "loss" to "customer's autos", "customer's autos" equipment, and customer's personal property:

      **a.** You;

      **b.** Your partners (if you are a partnership), or members (if you are a limited liability company), "employees", directors or shareholders while acting within the scope of their duties as such.

   **5. Coverage Extensions**

   Supplementary Payments. In addition to the Limit Of Insurance, we will pay for the insured:

      **a.** All expenses we incur.

      **b.** The costs of bonds to release attachments in any "suit" against an insured we defend, but only for bond amounts within our Limit Of Insurance.

      **c.** All reasonable expenses incurred by the insured at our request, including actual loss of earnings up to $250 a day because of time off from work.

      **d.** All court costs taxed against the insured in any "suit" against an insured we defend. However, these payments do not include attorneys' fees or attorneys' expenses taxed against the insured.

      **e.** All interest on the full amount of any judgment that accrues after entry of the judgment in any "suit" against an insured we defend; but our duty to pay interest ends when we have paid, offered to pay, or deposited in court the part of the judgment that is within our Limit Of Insurance.

      **f.** Up to $35 per day up to a maximum of $1,000 for the loss of use of a "customer's auto" due to covered damages for any "loss" while the "customer's auto" is left in the insured's care in the course of your "garage operations".

      Payments will end after:

      **(1)** The "customer's auto" is returned to use; or

      **(2)** We pay for its "loss".

      Our payment will be limited to that period of time reasonably required to repair or replace the "customer's auto".

**C. Exclusions**

   **1.** We will not pay for "loss" caused by or resulting from any of the following. Such "loss" is excluded regardless of any other cause or event that contributes concurrently or in any sequence to the "loss":

      **a. War Or Military Action**

      **(1)** War, including undeclared or civil war;

Exhibit A

**(2)** Warlike action by a military force, including action in hindering or defending against an actual or expected attack, by any government, sovereign or other authority using military personnel or other agents; or

**(3)** Insurrection, rebellion, revolution, usurped power or action taken by governmental authority in hindering or defending against any of these.

**b. Nuclear Hazard**

**(1)** The explosion of any weapon employing atomic fission or fusion; or

**(2)** Nuclear reaction or radiation, or radioactive contamination however caused.

**2.** This insurance does not apply to any of the following:

**a. Contractual Obligations**

Liability resulting from any contract or agreement by which the insured accepts responsibility for "loss". But this exclusion does not apply to liability for "loss" that the insured would have in the absence of the contract or agreement.

**b. Theft Caused By You**

"Loss" due to theft or conversion caused in any way by you, your partners (if you are a partnership), your members (if you are a limited liability company), your "employees", your "executive officers" or by your directors or shareholders.

**c. Defective Parts**

Defective parts or materials.

**d. Faulty Work**

Faulty "work you performed".

**D. Limit Of Insurance And Deductible**

**1.** Regardless of the number of "customer's autos", insureds, premiums paid, claims made or "suits" brought, the most we will pay for each "loss" at each premises is the Garagekeepers Coverage Limit Of Insurance shown in the Schedule for that premises minus the applicable deductible stated in the Schedule for "loss" to each "customer's auto".

**2.** The Maximum Deductible stated in the Schedule for Garagekeepers Coverage is the most that will be deducted for all "loss" in any one event caused by theft, or mischief or vandalism.

**3.** Sometimes to settle a claim or "suit", we may pay all or any part of the deductible. If this happens you must reimburse us for the deductible or that portion of the deductible that we paid.

**E. Additional Definitions**

As used in this endorsement:

**1.** "Customer's auto" means a land motor vehicle or trailer or semitrailer lawfully within your possession for service, repair, storage, safekeeping, or "transporting or towing", with or without the vehicle owner's knowledge or consent. A "customer's auto" also includes any such vehicle left in your care by your "employees" and members of their households, but only if they pay for services performed.

**2.** "Garage operations" means the ownership, maintenance or use of the described premises for the business purpose of servicing, repairing, parking, storing, or "transporting or towing" "customer's autos". "Garage operations" also includes operations necessary or incidental to the performance of garage operations.

**3.** "Loss" means direct and accidental loss or damage and includes any resulting loss of use.

**4.** "Transporting or towing" includes in transit, on hook or under tow.

**5.** "Work you performed" includes work that someone performed for you.

Exhibit A



THIS ENDORSEMENT CHANGES THE POLICY.  PLEASE READ IT CAREFULLY.

# HIRED AUTO AND NON-OWNED AUTO LIABILITY COVERAGE
## (INCLUDING HIRED AUTO PHYSICAL DAMAGE COVERAGE)

This endorsement modifies insurance provided under the following:

BUSINESSOWNERS COVERAGE FORM

### SCHEDULE

| Coverage | Additional Premium |
|---|---|
| **Hired Auto Liability** | Included |
| **Non-owned Auto Liability** | Included |

**A.** Insurance is provided only for those coverages for which a specific premium charge is shown in the Declarations or in the Schedule of this endorsement.

   **1. Hired Auto Liability**

      The insurance provided under Paragraph **A.1. Business Liability** in **Section II – Liability** applies to "bodily injury" or "property damage" arising out of the maintenance or use of a "hired auto" by you or your "employees" in the course of your business.

   **2. Non-owned Auto Liability**

      The insurance provided under Paragraph **A.1. Business Liability** in **Section II – Liability** applies to "bodily injury" or "property damage" arising out of the use of any "non-owned auto" in your business by any person.

**B.** For insurance provided by this endorsement only:

   **1.** The exclusions under Paragraph **B.1. Applicable To Business Liability Coverage** in **Section II - Liability**, other than Exclusions **a., b., d., f.** and **i.** and the **Nuclear Energy Liability Exclusion**, are deleted and replaced by the following:

      **a.** "Bodily injury" to:

         **(1)** An "employee" of the insured arising out of and in the course of:

            **(a)** Employment by the insured; or

            **(b)** Performing duties related to the conduct of the insured's business; or

         **(2)** The spouse, child, parent, brother or sister of that "employee" as a consequence of Paragraph **(1)** above.

      This exclusion applies:

      **(1)** Whether the insured may be liable as an employer or in any other capacity; and

      **(2)** To any obligation to share damages with or repay someone else who must pay damages because of injury.

      This exclusion does not apply to:

      **(1)** Liability assumed by the insured under an "insured contract"; or

      **(2)** "Bodily injury" arising out of and in the course of domestic employment by the insured unless benefits for such injury are in whole or in part either payable or required to be provided under any workers' compensation law.

      **b.** "Property damage" to:

      **(1)** Property owned or being transported by, or rented or loaned to the insured; or

      **(2)** Property in the care, custody or control of the insured.

Exhibit A

**2.** Paragraph **C. Who Is An Insured** in **Section II - Liability** is replaced by the following:

**1.** Each of the following is an insured under this endorsement to the extent set forth below:

    **a.** You;

    **b.** Any other person using a "hired auto" with your permission;

    **c.** For a "non-owned auto":

        **(1)** Any partner or "executive officer" of yours; or

        **(2)** Any "employee" of yours;

        but only while such "non-owned auto" is being used in your business; and

    **d.** Any other person or organization, but only for their liability because of acts or omissions of an insured under **a.**, **b.** or **c.** above.

**2.** None of the following is an insured:

    **a.** Any person engaged in the business of his or her employer for "bodily injury" to any co-"employee" of such person injured in the course of employment, or to the spouse, child, parent, brother or sister of that co-"employee" as a consequence of such "bodily injury", or for any obligation to share damages with or repay someone else who must pay damages because of the injury;

    **b.** Any partner or "executive officer" for any "auto" owned by such partner or officer or a member of his or her household;

    **c.** Any person while employed in or otherwise engaged in duties in connection with an "auto business", other than an "auto business" you operate;

    **d.** The owner or lessee (of whom you are a sublessee) of a "hired auto" or the owner of a "non-owned auto" or any agent or "employee" of any such owner or lessee; or

    **e.** Any person or organization for the conduct of any current or past partnership or joint venture that is not shown as a Named Insured in the Declarations.

**C.** For the purposes of this endorsement only, Paragraph **H. Other Insurance** in **Section III - Common Policy Conditions** is replaced by the following:

This insurance is excess over any primary insurance covering the "hired auto" or "non-owned auto".

**D.** The following additional definitions apply:

**1.** "Auto business" means the business or occupation of selling, repairing, servicing, storing or parking "autos".

**2.** "Hired auto" means any "auto" you lease, hire, rent or borrow. This does not include any "auto" you lease, hire, rent or borrow from any of your "employees", your partners or your "executive officers" or members of their households.

**3.** "Non-owned auto" means any "auto" you do not own, lease, hire, rent or borrow which is used in connection with your business. This includes "autos" owned by your "employees", your partners or your "executive officers", or members of their households, but only while used in your business or your personal affairs.

**E. Coverage Extension**

Whenever Hired Auto Liability is indicated as applicable in the Schedule of this endorsement, then we will extend **Section I - Property** to also apply to Hired Auto Physical Damage subject to the following provisions:

**1.** Coverage is applicable to "physical damage" arising out of the maintenance or use of a "hired auto" by you or your "employees" in the course of your business. For the purposes of this endorsement, under **A. Coverage**, Paragraph **2. Property Not Covered**, Item **a.** will not apply to automobiles provided coverage under this Extension.

**2.** We will not pay for loss or damage in any one occurrence until the amount of loss or damage exceeds the Deductible shown in the Declarations.

**3.** The most we will pay for loss or damage under this Extension is the lesser of the actual cash value or the cost of repairs, subject to a maximum limit of $50,000.

**4.** For purposes of the coverage provided under this endorsement, "physical damage" means:

    **a.** The covered automobile's collision with another object; or

    **b.** The covered automobile's overturn; or

    **c.** From any other cause except as excluded below.

Exhibit A

**5.** The following Exclusions apply to this Coverage Extension and replace those in **Section I - Property**, Paragraph **B. Exclusions:**

**a. Nuclear Hazard**

**(1)** The explosion of any weapon employing atomic fission or fusion; or

**(2)** Nuclear reaction or radiation, or radioactive contamination, however cause.

**b. War Or Military Action**

**(1)** War, including undeclared or civil war:

**(2)** Warlike action by a military force, including action in hindering or defending against an actual or expected attack, by any government, sovereign or other authority using military personnel or other agents; or

**(3)** Insurrection, rebellion, revolution, usurped power or action taken by governmental authority in hindering or defending against any of these.

**c.** We will not pay for loss to any automobile while used in any professional or organized racing or demolition contest or stunting activity, or while practicing for such contest or activity. We will also not pay for loss to any automobile while being prepared for such a contest or activity.

**d.** We will not pay for loss caused by or resulting from any of the following unless caused by other loss that is covered by this insurance:

**(1)** Wear and tear, freezing, mechanical or electrical breakdown.

**(2)** Blowouts, punctures or other road damage to tires.

**e.** We will not pay for loss to any of the following:

**(1)** Tapes, records, discs or other similar audio, visual or data electronic devices designed for use with audio, visual or data electronic equipment.

**(2)** Any device designed or used to detect speed measuring equipment such as radar or laser detectors and any jamming apparatus intended to elude or disrupt speed measurement equipment.

**(3)** Any electronic equipment, without regard to whether this equipment is permanently installed, that receives or transmits audio, visual or data signals and that is not designed solely for the reproduction of sound.

**(4)** Any accessories used with the electronic equipment described in Paragraph **(3)** above.

Exclusions **e.(3)** and **e.(4)** do not apply to:

**(1)** Equipment designed solely for the reproduction of sound and accessories used with such equipment, provided such equipment is permanently installed in the automobile at the time of the loss or such equipment is removable from a housing unit which is permanently installed in the automobile at the time of the loss, and such equipment is designed to be solely operated by use of the power from the automobile's electrical system, in or upon the automobile; or

**(2)** Any other electronic equipment that is:

**(i)** Necessary for the normal operation of the automobile or the monitoring of the automobile's operating system; or

**(ii)** An integral part of the same unit housing any sound reproducing equipment described in **(1)** above and permanently installed in the opening of the dash or console of the automobile normally used by the manufacturer for the installation of a radio.

**f.** We will not pay for loss to any automobile due to the actual or perceived loss in market value or resale value which results from a direct and accidental loss covered under this Extension.

All other terms and provisions of the policy apply.

Includes copyrighted material of Insurance Services Office, Inc., with its permission.

Exhibit A



THIS ENDORSEMENT CHANGES THE POLICY.  PLEASE READ IT CAREFULLY.

## LIMITED FUNGI OR BACTERIA COVERAGE
## (LIABILITY)

This endorsement modifies insurance provided under the following:

BUSINESSOWNERS COVERAGE FORM

### SCHEDULE

**Fungi And Bacteria Liability Aggregate Limit:  $**   10,000

Information required to complete this Schedule, if not shown above, will be shown in the Declarations.

The following provisions are added to **Section II - Liability:**

**A.** The following is added to Paragraph **B.1.p.(10) Exclusions:**

    **(c)** Abating, testing for, monitoring, cleaning up, removing, containing, treating, detoxifying, neutralizing, remediating or disposing of, or in any way responding to, or assessing the effects of, "fungi" or bacteria, by any insured or by any other person or entity.

**B.** The following is added to Paragraph **B.1.p. Exclusions:**

    **(14)** Arising out of a "fungi or bacteria incident".

**C.** Coverage provided by this insurance for "bodily injury" or "property damage", arising out of a "fungi or bacteria incident", is subject to the Fungi And Bacteria Liability Aggregate Limit as described in Paragraph **D.** of this endorsement. This provision **C.** does not apply to any "fungi" or bacteria that are, are on, or are contained in, a good or product intended for bodily consumption.

**D.** The following are added to Paragraph **D. Liability And Medical Expenses Limits Of Insurance:**

    **1.** The Fungi And Bacteria Liability Aggregate Limit shown in the Schedule of this endorsement is the most we will pay for all "bodily injury" or "property damage" and Medical Payments arising out of a "fungi or bacteria incident". This Provision **D.1.** does not apply to any "fungi" or bacteria that are, are on, or are contained in, a good or product intended for bodily consumption.

    **2.** Paragraphs **D.2.** and **D.3.** of the Liability And Medical Expenses Limits Of Insurance continue to apply to "bodily injury" or "property damage" arising out of a "fungi or bacteria incident" but only if, and to the extent that, limits are available under the Fungi And Bacteria Liability Aggregate Limit.

**E.** The following definitions are added to Paragraph **F. Liability And Medical Expenses Definitions:**

    **1.** "Fungi" means any type or form of fungus, including mold or mildew and any mycotoxins, spores, scents or by-products produced or released by fungi.

    **2.** "Fungi or bacteria incident" means an incident which would not have occurred, in whole or in part, but for the actual, alleged or threatened inhalation of, ingestion of, contact with, exposure to, existence of, or presence of, any "fungi" or bacteria on or within a building or structure, including its contents, regardless of whether any other cause, event, material or product contributed concurrently or in any sequence to such injury or damage.

Exhibit A



THIS ENDORSEMENT CHANGES THE POLICY.  PLEASE READ IT CAREFULLY.

## BUSINESS LIABILITY COVERAGE - PROPERTY DAMAGE LIABILITY DEDUCTIBLE (PER CLAIM BASIS)

This endorsement modifies insurance provided under the following:

BUSINESSOWNERS COVERAGE FORM

### SCHEDULE

**Amount Of Per Claim Deductible:**        **$**      500

Information required to complete this Schedule, if not shown above, will be shown in the Declarations.

**A.** Our obligation under Paragraph **A. Coverages** in **Section II - Liability** to pay damages on your behalf because of "property damage" applies only to the amount of damages in excess of the deductible amount shown in the Schedule.

**B.** The deductible amount shown in the Schedule applies to all damages sustained by any one person or organization because of "property damage" as the result of any one "occurrence".

**C.** The terms of this insurance, including those with respect to:

   **1.** Our right and duty to defend the insured against any "suits" seeking those damages; and

   **2.** Your duties in the event of an "occurrence", claim, or "suit";

   apply irrespective of the application of the deductible amount.

**D.** We may pay any part or all of the deductible amount to effect settlement of any claim or "suit" and, upon notification of the action taken, you shall promptly reimburse us for such part of the deductible amount as has been paid by us.

Exhibit A



THIS ENDORSEMENT CHANGES THE POLICY.  PLEASE READ IT CAREFULLY.

## LOSS PAYABLE CLAUSES

This endorsement modifies insurance provided under the following:

BUSINESSOWNERS COVERAGE FORM

### SCHEDULE

**Premises Number:**   1          **Building Number:**   1          **Applicable Clause**
**(Indicate Paragraph A, B, C or D):**  A

**Description Of Property:**   AUTOMATIC AUTO WASH - 2 BAYS

**Loss Payee Name:**          SPRINGS VALLEY BANK AND TRUST
                             CO ISAOA

**Loss Payee Address:**       PO BOX 398141
                             MINNEAPOLIS MN 55439-8141

Information required to complete this Schedule, if not shown above, will be shown in the Declarations.

Nothing in this endorsement increases the applicable Limit of Insurance. We will not pay any Loss Payee more than their financial interest in the Covered Property, and we will not pay more than the applicable Limit of Insurance on the Covered Property.

The following is added to the **Loss Payment** Property Loss Condition in **Section I - Property,** as shown in the Declarations or in the Schedule:

**A. Loss Payable Clause**

For Covered Property in which both you and a Loss Payee shown in the Schedule or in the Declarations have an insurable interest, we will:

**1.** Adjust losses with you; and

Exhibit A

**2.** Pay any claim for loss or damage jointly to you and the Loss Payee, as interests may appear.

## B. Lender's Loss Payable Clause

**1.** The Loss Payee shown in the Schedule or in the Declarations is a creditor, including a mortgageholder or trustee, whose interest in that Covered Property is established by such written instruments as:

  **a.** Warehouse receipts;

  **b.** A contract for deed;

  **c.** Bills of lading;

  **d.** Financing statements; or

  **e.** Mortgages, deeds of trust, or security agreements.

**2.** For Covered Property in which both you and a Loss Payee have an insurable interest:

  **a.** We will pay for covered loss or damage to each Loss Payee in their order of precedence, as interests may appear.

  **b.** The Loss Payee has the right to receive loss payment even if the Loss Payee has started foreclosure for similar action on the Covered Property.

  **c.** If we deny your claim because of your acts or because you have failed to comply with the terms of this policy, the Loss Payee will still have the right to receive loss payment if the Loss Payee:

    **(1)** Pays any premium due under this policy at our request if you have failed to do so;

    **(2)** Submits a signed, sworn proof of loss within 60 days after receiving notice from us of your failure to do so; and

    **(3)** Has notified us of any change in ownership, occupancy or substantial change in risk known to the Loss Payee.

  All of the terms of **Section I – Property** will then apply directly to the Loss Payee.

  **d.** If we pay the Loss Payee for any loss or damage and deny payment to you because of your acts or because you have failed to comply with the terms of this policy:

    **(1)** The Loss Payee's rights will be transferred to us to the extent of the amount we pay; and

    **(2)** The Loss Payee's right to recover the full amount of the Loss Payee's claim will not be impaired.

    At our option, we may pay to the Loss Payee the whole principal on the debt plus any accrued interest. In this event, you will pay your remaining debt to us.

**3.** If we cancel this policy, we will give written notice to the Loss Payee at least:

  **a.** 10 days before the effective date of cancellation if we cancel for your nonpayment of premium; or

  **b.** 30 days before the effective date of cancellation if we cancel for any other reason.

**4.** If we do not renew this policy, we will give written notice to the Loss Payee at least 10 days before the expiration date of this policy.

## C. Contract Of Sale Clause

**1.** The Loss Payee shown in the Schedule or in the Declarations is a person or organization you have entered a contract with for the sale of Covered Property.

**2.** For Covered Property in which both you and the Loss Payee have an insurable interest, we will:

  **a.** Adjust losses with you; and

  **b.** Pay any claim for loss or damage jointly to you and the Loss Payee, as interests may appear.

**3.** The following is added to Paragraph **H. Other Insurance** in **Section III - Common Policy Conditions:**

  For Covered Property that is the subject of a contract of sale, the word "you" includes the Loss Payee.

## D. Building Owner Loss Payable Clause

**1.** The Loss Payee shown in the Schedule or in the Declarations is the owner of the described building, in which you are a tenant.

**2.** We will adjust losses to the described building with the Loss Payee. Any loss payment made to the Loss Payee will satisfy your claims against us for the owner's property.

**3.** We will adjust losses to tenant's improvements and betterments with you, unless the lease provides otherwise.

 Copyright, Insurance Services Office, Inc., 2009

Exhibit A



THIS ENDORSEMENT CHANGES THE POLICY.  PLEASE READ IT CAREFULLY.

# EXCLUSION OF LOSS DUE TO BY-PRODUCTS OF PRODUCTION OR PROCESSING OPERATIONS (RENTAL PROPERTIES)

This endorsement modifies insurance provided under the following:

BUSINESSOWNERS COVERAGE FORM

## SCHEDULE

| Premises Number | Building Number | Description Of Rental Unit |
|---|---|---|
| 1 | 1 | Car Wash |

Information required to complete this Schedule, if not shown above, will be shown in the Declarations.

**Section I - Property** is amended as follows:

**A.** The terms of this endorsement apply to the rental unit(s) described in the Schedule, and to the building(s) in which such unit(s) are located, including any contents of such unit(s) and building(s), all of which constitute the described premises for the purpose of this endorsement.

**B.** We will not pay for loss or damage to the described premises, caused by or resulting from smoke, vapor, gas or any substance released in the course of production operations or processing operations performed at the rental unit(s) described in the Schedule. This exclusion applies regardless of whether such operations are:

  **1.** Legally permitted or prohibited;

  **2.** Permitted or prohibited under the terms of the lease; or

  **3.** Usual to the intended occupancy of the premises.

This exclusion does not apply to loss or damage by fire or explosion that results from the release of a by-product of the production or processing operation.

**C.** If the loss or damage described in Paragraph **B.** of this endorsement results in Business Income loss or Extra Expense, there is no coverage for such loss or expense under the Business Income or Extra Expense Additional Coverages.

**D.** The conduct of a tenant's production or processing operations will not be considered to be vandalism of the rental premises regardless of whether such operations are:

  **1.** Legally permitted or prohibited;

  **2.** Permitted or prohibited under the terms of the lease; or

  **3.** Usual to the intended occupancy of the premises.

 Copyright, Insurance Services Office, Inc., 2012

Exhibit A



THIS ENDORSEMENT CHANGES THE POLICY.  PLEASE READ IT CAREFULLY.

## BUSINESSOWNERS PLUS ENDORSEMENT

This endorsement modifies insurance provided under the following:

BUSINESSOWNERS COVERAGE FORM

**A. Section I - Property** is amended as follows:

**1.** The following is added to Paragraph **A.5. Additional Coverages:**

**a. Water Back-Up and Sump Overflow**

**(1)** We will pay for direct physical loss or damage to Covered Property, caused by or resulting from:

**(a)** Water or waterborne material which backs up through or overflows or is otherwise discharged from a sewer or drain; or

**(b)** Water or waterborne material which overflows or is otherwise discharged from a sump, sump pump or other related equipment, even if the overflow or discharge results from mechanical breakdown of a sump pump or its related equipment.

However, with respect to Paragraph **(b)**, we will not pay the cost of repairing or replacing a sump pump or its related equipment in the event of mechanical breakdown.

**(2)** The coverage described in Paragraph **(1)** of this endorsement does not apply to loss or damage resulting from:

**(a)** An insured's failure to keep a sump pump or its related equipment in proper working condition; or

**(b)** An insured's failure to perform the routine maintenance or repair necessary to keep a sewer or drain free from obstructions; or

**(c)** Sump pump failure which is caused by or results from failure of power, unless this policy is endorsed to cover power failure affecting the described premises.

**(3)** The most we will pay for the coverage provided under this endorsement for all direct physical loss or damage to Covered Property is the Water Back-Up and Sump Overflow Annual Aggregate Limit Of Insurance. That limit is $5,000 per location, unless a different Water Back-Up And Sump Pump Overflow Annual Aggregate is indicated in the Declarations.

The applicable Water Back-Up and Sump Pump Overflow Annual Aggregate Limit Of Insurance is the most we will pay under this endorsement for the total of all direct physical loss or damage sustained in any one policy year, regardless of the number of occurrences that cause or result in loss or damage to Covered Property. If loss payment for the first such occurrence does not exhaust the applicable Limit Of Insurance, then the balance of that limit is available for subsequent loss or damage sustained in, but not after, that policy year. With respect to an occurrence which begins in one policy year and continues or results in additional loss or damage in a subsequent policy year(s), all loss or damage is deemed to be sustained in the policy year in which the occurrence began.

**(4)** The following provisions apply to **Section I - Property** and supersede any provisions to the contrary:

The most we will pay under:

**(a)** Paragraph **A.5.f.** Business Income Additional Coverage for all loss of Business Income you sustain due to the necessary suspension of your "operations" caused by direct physical loss or damage to Covered Property as described in Paragraph **1.** of this endorsement; and

Exhibit A

**(b)** Paragraph **A.5.g.** Extra Expense Additional Coverage for all necessary Extra Expense you incur and that you would not have incurred if there had been no direct physical loss or damage to Covered Property as described in Paragraph **1.** of this endorsement;

is the Water Back-Up and Sump Pump Overflow Business Income Annual Aggregate Limit Of Insurance. That is $5,000 per location, unless a different Water Back-Up And Sump Overflow Business Income Annual Aggregate is shown in the Declarations.

The applicable Water Back-Up and Sump Pump Overflow Business Income Annual Aggregate Limit Of Insurance is the most we will pay under this endorsement for the total of all loss of Business Income you sustain and Extra Expense you incur in any one policy year, regardless of the number of occurrences that cause or result in loss or damage to Covered Property as described in Paragraph **1.** of this endorsement. If loss payment during an earlier "period of restoration" in the policy year does not exhaust the applicable Limit Of Insurance, then the balance of that limit is available for loss of Business Income you sustain or Extra Expense you incur during a subsequent "period of restoration" beginning in, but not after, that policy year. With respect to a "period of restoration" which begins in one policy year and continues in a subsequent policy year(s), all loss of Business Income you sustain or Extra Expense you incur is deemed to be sustained or incurred in the policy year in which the "period of restoration" began.

**(5)** With respect to the coverage provided under this endorsement, Exclusion **B.1.g. Water** in **Section I - Property** is replaced by the following:

**g.   Water**

**(1)** Flood, surface water, waves (including tidal wave and tsunami), tides, tidal water, overflow of any body of water, or spray from any of these, all whether driven by wind (including storm surge);

**(2)** Mudslide or mudflow;

**(3)** Water under the ground surface pressing on, or flowing or seeping through:

**(a)** Foundations, walls, floors or paved surfaces;

**(b)** Basements, whether paved or not;

**(c)** Doors, windows or other openings; or

**(4)** Waterborne material carried or otherwise moved by any of the water referred to in **g.(1)** or **g.(3)**, or material carried or otherwise moved by mudslide or mudflow.

This exclusion applies regardless of whether any of the above, in **g.(1)** through **(4)**, is caused by an act of nature or is otherwise caused. An example of a situation to which this exclusion applies is a situation where a dam, levee, seawall or other boundary or containment system fails in whole or in part, for any reason, to contain the water.

But if any of the above, in **g.(1)** through **g.(4)**, results in fire, explosion or sprinkler leakage, we will pay for the loss or damage caused by that fire, explosion or sprinkler leakage.

**(6)** For the purposes of this coverage, the term drain includes a roof drain and related fixtures.

**b.   Reward Payment**

**(1)** We will reimburse you for rewards paid as follows:

**(a)** Up to $5,000 to an eligible person for information leading to the arrest and conviction of any person or persons committing a crime resulting in loss of or damage to Covered Property from a Covered Cause of Loss. However, we will pay no more than the lesser of the following amounts:

**(i)** Actual cash value of the Covered Property at the time of loss or damage, but not more than the amount required to repair or replace it; or

Exhibit A

**(ii)** The amount determined by the loss settlement procedure applicable to the Covered Property under the Loss Payment Property Loss Condition.

**(b)** Up to $5,000 to an eligible person for the return of stolen Covered Property when the loss is caused by theft. However, we will pay no more than the lesser of the following amounts:

**(i)** Actual cash value based on the condition of the Covered Property at the time it is returned, but   not more than the amount required to repair or replace it; or

**(ii)** The amount determined by the loss settlement procedure applicable to the returned Covered Property under the Loss Payment Property Loss Condition.

**(2)** This Additional Coverage applies subject to the following conditions:

**(a)** An eligible person means that person designated by a law enforcement agency as being the first to voluntarily provide the information leading to the arrest and conviction or return of the stolen Covered Property, and who is not:

**(i)** You or any family member;

**(ii)** Your employee (including a temporary or leased employee) or any of his or her family members;

**(iii)** An employee of a law enforcement agency;

**(iv)** An employee of a business engaged in property protection;

**(v)** Any person who had custody of the Covered Property at the time the theft was committed; or

**(vi)** Any person involved in the crime.

**(b)** No reward will be reimbursed unless and until the person(s) committing the crime is (are) convicted or the Covered Property is returned.

**(c)** The lesser of the amount of the reward or $5,000 is the most we will reimburse for loss under this Additional Coverage in any one occurrence.

This Additional Coverage is not subject to the Limits Of Insurance.

**c. Fire Department Service Charge**

Under Item **c.**, you may extend the limit for Fire Department Service Charge up to $5,000 for service at each premises described in the Declarations, unless a different limit is shown in the Declarations.

**d. Identity Theft Expense**

**(1)** We will pay up to $2,500, unless a different limit is shown in the Declarations, for "expenses" incurred by an "identity theft insured" as the direct result of any one "identity theft" first discovered during the policy period for which this coverage is applicable.

Any act or series of acts committed by one or more persons, or in which such person or persons are aiding  or abetting others against an "identity theft insured", is considered to be one "identity theft", even if a series of acts continues into a subsequent policy period.

This Additional Coverage is not subject to the Limits Of Insurance of **Section I - Property**.

**(2)** Under Paragraph **B. Exclusions** the following additional Exclusions apply to the coverage provided:

We do not cover any loss or "expenses" arising from any of the following:

**1.** Theft of a professional or business identity;

**2.** "Identity theft" incurred due to any fraudulent, dishonest or criminal act by an "identity theft insured", or any person aiding or abetting an "identity theft insured", or their authorized representative, whether acting alone or in collusion with others;

**3.** Loss other than "identity theft".

**(3)** With respect to this coverage, paragraph **D. Deductibles** is replaced by the following:

Includes copyrighted material of Insurance Services Office, Inc., with its permission.

Exhibit A

We will not pay for any "expenses" or loss incurred until the amount of "expenses" or loss exceeds the Deductible shown in the Declarations. We will then pay the amount of covered "expenses" or loss in excess of the Deductible up to the applicable Limit Of Insurance shown in the Schedule of this endorsement.

Any one "identity theft insured" shall be responsible for only one deductible under this coverage during any one policy period.

**(4)** With respect to this coverage, the following is added to Paragraph **E. Property Loss Conditions**:

Send to us, within 60 days after our request, receipts, bills or other records that support your claim for "expenses" under "identity theft" coverage.

**(5)** With respect to this coverage the following definitions are added to Paragraph **H. Property Definitions**:

**1.** "Identity theft":

**a.** Means the act of knowingly transferring or using, without lawful authority, a means of identification of an "identity theft insured" with the intent to commit or to aid or abet another to commit, any unlawful activity that constitutes a violation of federal law or a felony under any applicable state or local law.

**b.** Does not include any unauthorized use or theft of a valid credit card, electronic funds transfer card or bank account. However, "identity theft" shall include any fraudulent or illegal alteration of account profile information, including the name and address to which account statements are sent.

**2.** "Expenses" means:

**a.** Costs for notarizing affidavits or similar documents attesting to fraud required by financial institutions or similar credit grantors or credit agencies.

**b.** Costs for certified mail to law enforcement agencies, credit agencies, financial institutions or similar credit grantors.

**c.** Lost income resulting from time taken off work to complete fraud affidavits, meet with or talk to law enforcement agencies, credit agencies and/or legal counsel, up to a maximum payment of $200 per day. Total payment for lost income is not to exceed $1,000.

**d.** Loan application fees for reapplying for a loan or loans when the original application is rejected solely because the lender received incorrect credit information.

**e.** Reasonable attorney fees incurred as a result of "identity theft" to:

**(1)** Defend lawsuits brought against an "identity theft insured" by merchants, financial institutions or their collection agencies;

**(2)** Remove any criminal or civil judgments wrongly entered against an "insured"; and

**(3)** Challenge the accuracy or completeness of any information in a consumer credit report.

**f.** Charges incurred for long distance telephone calls to merchants, law enforcement agencies, financial institutions or similar credit grantors, or credit agencies to report or discuss an actual "identity theft".

**g.** Mailing expenses due to notification requirements to customers as a result of database compromise or information security breach.

**3.** "Identity theft insured" means:

**a.** The owners, officers, managers and/or employees of the named insured.

---

BO 00 02 06 20

Includes copyrighted material of Insurance Services Office, Inc., with its permission.

Page 4 of 6

Exhibit A

**b.** The spouse, and/or relative under 23 years of age, who lives with anyone listed in **3.a.** above.

An "identity theft insured" must always be an individual person. The entity insured under this policy, except an individual, is not an "identity theft insured".

**2.** Paragraph **A.6. Coverage Extensions** is amended as follows:

**a. Newly Acquired Or Constructed Property**

You may extend the Business Income and Extra Expense Coverages provided by this policy to Newly Acquired Locations. The most we will pay for loss under this Extension is $5,000.

**b. Personal Property Off-premises**

Under Item **b.** we will extend the limit for Business Personal Property Off-premises or in transit, (such as Business Personal Property at fairs, trade shows, or exhibitions) up to $15,000.

All other provisions of this Coverage Extension apply.

**c. Outdoor Property**

Under Item **c.**, we will pay up to $5,000 for loss or damage of outdoor property described in this Extension, unless a higher Limit Of Insurance for Outdoor Property is shown in the Declarations, but not more than $1,000 for any one tree, shrub or plant.

**d. Personal Effects**

Coverage for personal effects under Item **d.** is extended up to $10,000 at each described premises.

All other provisions of the Coverage Extension apply.

**e. Accounts Receivable**

Under Item **f.** we will pay up to $15,000 for loss or damage in any one occurrence whether on or off the described premises.

All other provisions of the Coverage Extension apply.

**f. Appurtenant Structures And Utility Buildings**

If this policy covers Buildings, you may extend that insurance to apply to structures that pertain to the maintenance or service of the Buildings.

The most we will pay for loss or damage is 10% of the Limit Of Insurance or $5,000, whichever is less, for each such Building to cover private structures and utility buildings pertaining to the described Building and located on the same premises.

**g. Lock And Key Replacement**

You may extend the insurance provided by this policy to replace locks and keys at the described premises as a result of loss of keys due to theft. The most we will pay for loss under this Extension is $1,000.

**h. Business Personal Property In The Open**

If this policy covers Business Personal Property, you may extend coverage for Business Personal Property in the open to apply within 1,000 feet of the buildings or structures or within 1,000 feet of the premises described in the Declarations.

**3.** Paragraph **C. Limits Of Insurance** is revised to add the following:

**6. Business Personal Property Limit - Automatic Increase**

**a.** The Limit Of Insurance for Business Personal Property automatically increases by the annual percentage shown in the Declarations.

**b.** The amount of increase will be:

**(1)** The Business Personal Property limit that applied on the most recent of the policy inception date, the policy anniversary date, or any other policy change amending the Business Personal Property limit, times

**(2)** The percentage of annual increase shown in the Declarations, expressed as a decimal (example: 8% is .08), times

**(3)** The number of days since the beginning of the current policy year or the effective date of the most recent policy change amending the Business Personal Property limit, divided by 365.

Includes copyrighted material of Insurance Services Office, Inc., with its permission.

Exhibit A

Example

If: The applicable Business Personal Property limit is $100,000. The annual percentage increase is 8%. The number of days since the beginning of the policy year (or last policy change) is 146.

$100,000 X .08 X146/365 = $3,200.

**4.** Paragraph **G. Optional Coverages** is amended as follows:

**a. Outdoor Signs**

Under Item **1.**, coverage is extended up to a limit of $5,000 in any one occurrence for all outdoor signs, subject to the provisions of this Optional Coverage.

If shown in the Declarations, higher limits may apply.

**b. Money And Securities**

Item **2.** is extended to include up to $5,000 Inside the Premises, and up to $2,000 Outside the Premises, subject to the provisions of this Optional Coverage.

If shown in the Declarations, higher limits may apply.

**c. Employee Dishonesty**

Under Item **3.**, coverage is extended to include up to $10,000 of Employee Dishonesty Coverage, subject to the provisions of this Optional Coverage.

If shown in the Declarations, higher limits may apply.

**B. Section II - Liability** is amended as follows:

**1.** Under Paragraph **A.** Coverages, Item **1.f.(1)(b)** is increased from $250 to $500.

**2.** Under Paragraph **A.** Coverages, Item **1.f.(1)(d)** is increased from $250 to $500.

Exhibit A



THIS ENDORSEMENT CHANGES THE POLICY.  PLEASE READ IT CAREFULLY.

# EQUIPMENT BREAKDOWN
# ENHANCEMENT ENDORSEMENT

This endorsement changes coverage provided by the Businessowners Coverage Form **BP 00 03**. Read the entire endorsement carefully to determine rights, duties and what is and is not covered.

**Section I - Property** is amended as follows:

**A.** Under Paragraph **A.4. Limitations,** Items **a.(1)** and **a.(2)** are deleted and do not apply.

**B.** The following **Additional Coverages** are added as a part of and not in addition to the limit per loss.

Paragraph **A.5.h. Additional Coverages** is amended to add the following Paragraph:

In addition, we will pay for the Pollutant Clean Up And Removal for loss resulting from an "Equipment Breakdown". The most we will pay for the Pollutant Clean Up And Removal is $100,000 unless a higher limit is provided by an endorsement to the property form for which this endorsement is attached. In that case, whichever limit is greater will apply.

This Additional Coverage does not apply to costs to test for, monitor or assess the existence, concentration or effects of "pollutants". But we will pay for testing which is performed in the course of extracting the "pollutants" from the land or water.

**C.** The following are added to Paragraph **A.5. Additional Coverages:**

**s. Expediting Expense**

We will pay for the expediting expense loss resulting from "Equipment Breakdown" with respect to your damaged Covered Property. We will pay the reasonable extra cost to:

**(1)** Make temporary repairs;

**(2)** Expedite permanent repairs; and

**(3)** Expedite permanent replacement.

Reasonable extra cost shall mean "the extra cost of temporary repair of such damaged equipment of the insured including overtime and the extra cost of express or other rapid means of transportation".

**t. Refrigerant Contamination - Equipment Breakdown**

We will pay the loss from contamination by refrigerant used in refrigerating, cooling or humidity control equipment at the described premises as a result of an "Equipment Breakdown".

The most we will pay for Refrigerant Contamination is $100,000 unless a higher limit is provided by an endorsement to the property form for which this endorsement is attached. In that case, whichever limit is greater will apply.

**u. Spoilage Coverage - Equipment Breakdown**

We will pay for loss of "perishable goods" due to  spoilage resulting from lack of power, light, heat, steam or refrigeration caused by "Equipment Breakdown" to property covered by this policy, that is:

**(1)** Located on or within 1,000 feet of your described premises; and

**(2)** Owned by you, the building owner at your described premises, or owned by a public utility.

However, we will not pay for any loss, damage, cost or expense directly caused by, contributed to by, resulting from or arising out of the following causes of loss: Fire, lightning, combustion explosion, windstorm or hail, weight of snow, ice or sleet, freezing, falling objects, smoke, aircraft or vehicles, riot or civil commotion, vandalism, sinkhole collapse, volcanic action, leakage from fire extinguishing equipment, water, water damage, earth movement or flood.

"Perishable Goods" means stock preserved and maintained under controlled conditions and susceptible to loss or damage if the controlled conditions change.

The most we will pay for Spoilage Coverage - Equipment Breakdown is $100,000 unless a higher limit is provided by an endorsement to the property form for which this endorsement is attached. In that case, whichever limit is greater will apply.

Exhibit A

#### v. CFC Refrigerants

We will pay for the additional cost to repair or replace Covered Property because of the use or presence of a refrigerant containing CFC (chlorofluorocarbon) substances.

Additional costs mean those in excess of what would have been required to repair or replace Covered Property, had no CFC refrigerant been involved.  We also pay for additional loss as described under the Spoilage or Business Income Coverages provided by this endorsement, caused by the presence of a refrigerant containing CFC substances.

We pay no more than the least of the following:

**(1)** The cost to repair the damaged property and replace any lost CFC refrigerant;

**(2)** The cost to repair the damaged property, retrofit the system to accept a non-CFC refrigerant,  and charge the system with a non-CFC refrigerant; or

**(3)** The cost to replace the system with one using a non-CFC refrigerant.

#### w. Computer Equipment

We will pay for loss or damage to your "computer equipment" caused by an "Equipment Breakdown".

"Computer equipment" means Covered Property that is electronic computer or other data processing equipment, including peripherals used in conjunction with such equipment, and electronic media and records.

#### x. Service Interruption

Any insurance provided for Business Income or Extra Expense is extended to apply to your loss, damage or expense caused by an "Equipment Breakdown" to equipment that is owned by a utility, landlord or other supplier with whom you have a contract to supply you with any of the following services: electrical power, waste disposal, air conditioning, refrigeration, heating, natural gas, compressed air, water, steam, internet access, telecommunications services, wide area networks or data transmission. The equipment must meet the definition of "Equipment Breakdown" except that it is not Covered Property.

#### y. Valuable Papers And Records

We will pay for your reasonable and necessary cost to research, replace and restore the lost information on electronic media and records as a result of an "Equipment Breakdown".

**D.** Under Paragraph **B. Exclusions**, Items **2.a.**, **2.d.** and **2.l.(6)** are deleted and do not apply.

**E.** The following are added to Paragraph **F. Property General Conditions**:

#### 5. Suspension

Whenever Covered Property is found to be in, or exposed to, a dangerous condition, any of our representatives may immediately suspend the insurance against loss to that Covered Property for the perils covered by this endorsement. Coverage can be suspended and possibly reinstated  by delivering or mailing a written notice of suspension or coverage reinstatement to:

**(a)** Your last known address; or

**(b)** The address where the Covered Property is located.

If we suspend your insurance, you will get a pro rata refund of premium. But the suspension will be effective even if we have not yet made or offered a refund.

#### 6. Jurisdictional Inspections

If any Covered Property under this endorsement requires inspection to comply with state or municipal boiler and pressure vessel regulations, we agree to perform such inspection on your behalf. We do not warrant that conditions are safe or healthful.

#### 7. Environmental, Safety And Efficiency Improvements

If Covered Property requires replacement due to an "Equipment Breakdown", we will pay your additional cost to replace with equipment that is better for the environment, safer, or more energy efficient than the equipment being replaced.

However, we will not pay more than 125% of what the cost would have been to repair or replace with like kind and quality. This Condition does not apply to any property to which Actual Cash Value applies.

#### 8. Green Environmental And Efficiency Improvements

If Covered Property requires repair or replacement due to an "Equipment Breakdown", we will pay:

**a.** The lesser of the reasonable and necessary additional cost incurred by you to repair or replace physically damaged Covered Property with equipment of like kind and quality which qualifies as "Green". "Like kind and quality" includes similar size and capacity.

BO 00 15 02 14          Includes copyrighted material of Insurance Services Office, Inc.,          Page 2 of 4
with its permission.
Exhibit A

**b.** The additional reasonable and necessary fees incurred by you for an accredited professional certified by a "Green Authority" to participate in the repair or replacement of physically damaged Covered Property as "Green".

**c.** The additional reasonable and necessary cost incurred by you for certification or recertification of the repaired or replaced Covered Property as "Green".

**d.** The additional reasonable and necessary cost incurred by you for "Green" in the removal, disposal or recycling of damaged Covered Property.

**e.** The business interruption (if covered within the Policy to which this Equipment Breakdown Enhancement Endorsement is attached) loss during the additional time required for repair or replacement of Covered Property, consistent with "Green", in the coverages above.

We will not pay more than 125%, to a maximum limit of $100,000, of what the cost would have been to repair or replace with equipment of like kind and quality inclusive of fees, costs, and any business interruption loss incurred as stated above.

Green Environmental and Efficiency Improvements does not cover any of the following:

**a.** Covered Property does not include stock, raw materials, finished goods, "production machinery", merchandise, electronic data processing equipment not used in the functional support of the real property, process water, molds and dies, property in the open, property of others for which the Insured is legally liable, or personal property of others.

**b.** Any loss adjusted on any valuation basis other than a repair or replacement basis as per the Valuation section of this policy.

**c.** Any loss covered under any other section of this policy.

**d.** Any cost incurred due to any law or ordinance with which you were legally obligated to comply prior to the time of the "Equipment Breakdown".

**F.** The following are amended as follows under Paragraph **G. Optional Coverages:**

**1.** With regard to coverage provided by this endorsement, Paragraph **G.1.c.(5)** of the **Outdoor Sign Optional Coverage** does not apply.

**2.** The provisions of this endorsement supercede the following **Optional Coverages**:

**4. Equipment Breakdown Protection Coverage**

**G.** Under Paragraph **H. Property Definitions,** Item **12.** is amended to add the following:

**d.** "Specified causes of loss" also means "Equipment Breakdown".

**H.** The following definitions are added to Paragraph **H. Property Definitions**:

**15.** "Equipment Breakdown" as used herein means:

**a.** Physical loss or damage both originating within:

**(1)** Boilers, fired or unfired pressure vessels, vacuum vessels, and pressure piping, all normally subject to vacuum or internal pressure other than static pressure of contents, excluding:

**(a)** waste disposal piping;

**(b)** any piping forming part of a fire protective system;

**(c)** furnaces; and

**(d)** any water piping other than:

**(1)** boiler feed water piping between the feed pump and the boiler;

**(2)** boiler condensate return piping; or

**(3)** water piping forming part of a refrigerating or air conditioning system used for cooling, humidifying or space heating purposes.

**(2)** All mechanical, electrical, electronic or fiber optic equipment; and

**b.** Caused by, resulting from, or consisting of:

**(1)** Mechanical breakdown;

**(2)** Electrical or electronic breakdown; or

**(3)** Rupture, bursting, bulging, implosion, or steam explosion.

However, "Equipment Breakdown" will not mean:

**a.** Physical loss or damage caused by or resulting from any of the following; however if loss or damage not otherwise excluded results, then we will pay for such resulting damage:

**(1)** Wear and tear;

**(2)** Rust or other corrosion, decay, deterioration, hidden or latent defect, mold or any other quality in property that causes it to damage or destroy itself;

Exhibit A

**(3)** Smog;

**(4)** Settling, cracking, shrinking or expansion;

**(5)** Nesting or infestation, or discharge or release of waste products or secretions, by insects, birds, rodents or other animals;

**(6)** Any accident, loss, damage, cost, claim, or expense, whether preventative, remedial, or otherwise, directly or indirectly arising out of or relating to the recognition, interpretation, calculation, comparison, differentiation, sequencing, or processing of data by any computer system including any hardware, programs or software;

**(7)** Scratching and marring;

**b.** Loss, damage, cost or expense directly caused by, contributed to by, resulting from or arising out of the following causes of loss:

Fire, lightning, combustion explosion, windstorm or hail, weight of snow, ice or sleet, falling objects, smoke, aircraft or vehicles, riot or civil commotion, vandalism, sinkhole collapse, volcanic action, leakage from fire extinguishing equipment, water, water damage, earth movement or flood.

**16.** "Green" means products, materials, methods and processes certified by a "Green Authority" that conserve natural resources, reduce energy or water consumption, avoid toxic or other polluting emissions or otherwise minimize environmental impact.

**17.** "Green Authority" means an authority on "Green" buildings, products, materials, methods or processes certified and accepted by Leadership in Energy and Environmental Design (LEED®), "Green" Building Initiative Green Globes®, Energy Star Rating System or any other recognized "Green" rating system.

**18.** "Production machinery" means any machine which processes, forms, shapes, or transports raw materials, materials in process, waste materials or finished products.

Includes copyrighted material of Insurance Services Office, Inc., with its permission.

Exhibit A



THIS ENDORSEMENT CHANGES THE POLICY.  PLEASE READ IT CAREFULLY.

## CAR WASH PROGRAM - EXTENSION ENDORSEMENT

This endorsement modifies insurance provided under the following:

BUSINESSOWNERS COVERAGE FORM

**A. Section I - Property** is amended as follows:

Under Paragraph **A. Coverage** Item **1.a.(6) Covered Property** is amended to add the following:

**(c)** Fences, vacuum islands, canopies and their foundations that are above the surface of the ground, light poles, and lighting equipment, all while located at the premises described in the Declarations and pertaining to the service of the described premises.

**B. Section II - Liability** is amended as follows:

**1.** Paragraph **B. Exclusions** is amended as follows:

**a.** Under Paragraph **B.1.**, Item **g.(5)** is amended to add the following:

**(c)** The operation of any "customer's auto" while on or next to the described premises shown in the Declarations which you own, rent or control that are used for your car wash operations.

**b.** Under Paragraph **B.1.**, Item **k.**, the following exception is added:

**k.  Damage To Property**

However, we will pay up to $10,000 per "occurrence" when the insured becomes legally obligated to pay for damage to "real property" caused by an "auto". Under this provision, the term "real property" shall mean buildings, auto hoists, fences, light-bearing standards, poles and retaining walls.

Deductible. A $500 deductible will apply per "occurrence".

Other Insurance. If any other insurance carried by the insured or others applies to the "occurrence" this insurance shall apply only as excess insurance over such other insurance.

**c.** Under Paragraph **B.1.**, Item **l.** is replaced by the following:

**l.  Damage To Your Product**

"Property Damage" to "your product" arising out of it or any part of it.

With respect to "your product" that is sold or installed as part of your auto service operations, this exclusion does not apply if the "property damage" is caused by a  defect that existed in "your product" or any part of "your product" when it was transferred to another and the defect was not the result of "your work". However, coverage applies only to the amount of "property damage" to "your product" in excess of the deductible amount of $500. This deductible amount applies to all damages because of "property damage" as the result of any one "occurrence", regardless of the number of persons or organizations who sustain damages because of that "occurrence".

**2. Mechanics' Errors And Omissions Liability**

Mechanics' Errors And Omissions Liability coverage is added as follows:

**a.** For the insurance provided by this additional coverage, all provisions under Paragraph **A.1. Business Liability** also apply to damages resulting from the insured's negligent act, error or omission in providing auto mechanic services.

**b.** Under Paragraph **A. Coverages**, we also pay those sums that the insured becomes legally obligated to pay as damages resulting from the insured's negligent act, error or omission in providing auto mechanic services.

**c.** With respect to the insurance provided by this additional coverage, Paragraph **B. Exclusions** is amended as follows:

Includes copyrighted material of Insurance Services Office, Inc.,
with its permission.

Exhibit A

**(1)** The following **Exclusions** do not apply:

**(a)** Paragraph **1.k.(6) Damage To Property**; and

**(b)** Paragraph **1.m. Damage To Your Work**.

**(2)** The following **Exclusions** are added:

This insurance does not apply to any claim:

**(a)** Resulting from a  criminal act, including but not limited to fraud committed by the insured or any person for whom the insured is legally responsible.

**(b)** Resulting from insolvency or bankruptcy of the insured.

**(c)** For reimbursement of costs of supplies or materials used in providing auto mechanic services.

**d.** Paragraph **D.2.** of **Liability And Medical Expenses Limits Of Insurance** is amended to include the following:

**4.** The most we will pay for the sum of all damages because of all auto mechanic acts, errors and omissions in any one "occurrence" is $25,000 unless a higher Limit Of Insurance is shown in the Declarations for this coverage. Our obligation to pay damages under this coverage applies only to the amount of damages in excess of a deductible amount of $500.

**e.** For the purpose of determining the limits for this additional coverage, any act, error or omission together with all related acts, errors or omissions in the providing of these services will be considered one act, error or omission.

**3.** The following definition is added to Paragraph **F.** under **Section II - Liability**:

"Customer's auto" means an "auto" on the described premises for the purpose of receiving services normally provided in connection with a car wash business but does not include an "auto" owned by, rented, leased or loaned to any "insured".

 Includes copyrighted material of Insurance Services Office, Inc., with its permission.

Exhibit A



THIS ENDORSEMENT CHANGES THE POLICY.  PLEASE READ IT CAREFULLY.

# INDIANA CHANGES

This endorsement modifies insurance provided under the following:

BUSINESSOWNERS COVERAGE FORM

**A. Section II - Liability** is amended as follows:

The following is added to Paragraph **E.2. Duties In The Event Of Occurrence, Offense, Claim Or Suit** Liability And Medical Expenses General Condition:

**e.** Notice given by or on behalf of the insured to any of our authorized agents in Indiana, with particulars sufficient to identify the insured, shall be considered to be notice to us.

**B. Section III - Common Policy Conditions** is amended as follows:

**1.** Paragraph **A.2. Cancellation** is replaced by the following:

**2. Cancellation Of Policies In Effect**

**a. 90 Days Or Less**

If this policy has been in effect for 90 days or less, we may cancel this policy by mailing or delivering to the first Named Insured written notice of cancellation at least:

**(1)** 10 days before the effective date of cancellation if we cancel for non-payment of premium;

**(2)** 20 days before the effective date of cancellation if you have perpetrated a fraud or material misrepresentation on us; or

**(3)** 30 days before the effective date of cancellation if we cancel for any other reason.

**b. More Than 90 Days**

If this policy has been in effect for more than 90 days, or is a renewal of a policy we issued, we may cancel this policy, only for one or more of the reasons listed below, by mailing or delivering to the first Named Insured written notice of cancellation at least:

**(1)** 10 days before the effective date of cancellation if we cancel for non-payment of premium;

**(2)** 20 days before the effective date of cancellation if you have perpetrated a fraud or material misrepresentation on us; or

**(3)** 45 days before the effective date of cancellation if:

**(a)** There has been a substantial change in the scale of risk covered by this policy;

**(b)** Reinsurance of the risk associated with this policy has been cancelled; or

**(c)** You have failed to comply with reasonable safety recommendations.

**2.** Paragraph **C. Concealment, Misrepresentation Or Fraud** is replaced by the following:

**C. Concealment, Misrepresentation Or Fraud**

We will not pay for any loss or damage in any case of:

**1.** Concealment or misrepresentation of a material fact; or

**2.** Fraud;

committed by an insured at any time and relating to a claim under this policy.

**3.** Paragraph **2.** does not apply when a claim is made by an "innocent coinsured" for coverage for property loss or damage, provided:

**a.** The property loss or damage occurs to the primary residence of the "innocent coinsured" as covered under the policy; and

Includes copyrighted material of Insurance Services Office, Inc.,
with its permission.

Exhibit A

**b.** The "final settlement" for the property loss or damage is at least 60% of available insurance proceeds under the policy.

**4.** The following is added and supersedes any provision to the contrary:

  **a.** Any payment made pursuant to Paragraph **3.** will be for:

    **(1)** The actual cost of repair or replacement of the property that is the subject of the claim if the actual cost of repair or replacement is less than or equal to the maximum limit of coverage under the policy; or

    **(2)** The maximum limit of coverage under the policy if the actual cost of repair or replacement of the property that is the subject of the claim is greater than the maximum limit of coverage under the policy.

  **b.** Any payment made pursuant to Paragraph **3.** is limited to the following:

    **(1)** An "innocent coinsured's" ownership interest in the property, less any payments we make to a mortgagee or other lienholder with a secured interest in the property.

    **(2)** We will not pay another coinsured for any part of the loss or damage for which we have already paid to an "innocent coinsured".

    **(3)** We will not pay an amount that is greater than the amount an "innocent coinsured" is entitled to under a decree of dissolution of marriage between the "innocent coinsured" and an individual described in Paragraphs **5.a.(1)** or **(2)**.

**5.** As used in this endorsement, "innocent coinsured" is an insured who:

  **a.** Did not have knowledge of, cooperate in, or intentionally contribute to a property loss or damage that was caused or arranged by another individual who:

    Is an insured and:

    **(1)** Died in connection with the circumstances that caused the property loss or damage; or

    **(2)** Has been charged with a crime based on a court finding that there is probable cause to believe that the individual committed the crime in connection with the circumstances that caused the property loss or damage;

  **b.** Signs a sworn affidavit attesting that they did not have knowledge of, cooperate in, or intentionally contribute to the property loss or damage; and

  **c.** Cooperates in the investigation and resolution of the claim for the property loss or damage, any police investigation related to the property loss or damage, and any criminal prosecution of the individual that caused or arranged the property loss or damage.

**6.** As used in this endorsement, "final settlement" is a determination:

  **a.** Of the amount owed by us to an "innocent coinsured" under the policy for property loss or damage to the "innocent coinsured's" primary residence; and

  **b.** Made by:

    **(1)** Acceptance of a proof of loss by us;

    **(2)** Execution of a release by the "innocent coinsured";

    **(3)** Acceptance of an arbitration award by the "innocent coinsured" and us; or

    **(4)** Judgment of a court of competent jurisdiction.

However, "final settlement" does not apply to loss or damage related to contents, personal property, or another loss that is not covered under this policy.

**7.** Paragraph **K.1. Transfer Of Rights Of Recovery Against Others To Us** is replaced by the following:

  **1.** Applicable to Businessowners Property Coverage:

    If any person or organization to or for whom we make payment under this policy has rights to recover damages from another, those rights are transferred to us to the extent of our payment. Our right to recover damages from another may be enforced even if the person or organization to or for whom we make payment has not been fully compensated for damages.

    The person or organization to or for whom we make payment must do everything necessary to secure our rights and must do nothing after loss to impair them. But you may waive your rights against another party in writing:

    **a.** Prior to a loss to your Covered Property.

Exhibit A

**b.** After a loss to your Covered Property only if, at time of loss, that party is one of the following:

**(1)** Someone insured by this insurance;

**(2)** A business firm:

**(a)** Owned or controlled by you; or

**(b)** That owns or controls you; or

**(3)** Your tenant.

You may also accept the usual bills of lading or shipping receipts limiting the liability of carriers.

This will not restrict your insurance.

**8.** The following paragraph is added and super-sedes any provision to the contrary.

**M. Nonrenewal**

**1.** If we elect not to renew this policy, we will mail or deliver to the first Named Insured written notice of nonrenewal at least 45 days before:

**a.** The expiration date of this policy, if the policy is written for a term of one year or less; or

**b.** The anniversary date of this policy, if the policy is written for a term of more than one year.

**2.** We will mail or deliver our notice to the first Named Insured's last mailing address known to us. If notice is mailed, proof of mailing will be sufficient proof of notice.

**C.** The following paragraph is added to the Businessowners Coverage Form:

**PROVISIONS RELATING TO POLLUTANTS**

In this Policy, any exclusion, limitation, or other provision relating to pollutants ("pollutants"), or any amendment to or replacement of such exclusions, limitations or other provisions, applies whether or not the irritant or contaminant has any function in your business, operations, premises, site or location.

The definition of "pollutants" under Section **I** and Section **II** of the Businessowners Coverage Form is replaced by the following:

"Pollutants" mean any solid, liquid, gaseous, bacterial, fungal, electromagnetic, thermal or other substance that can be toxic or hazardous, cause irritation to animals or persons, and/or cause contamination to property and the environment including smoke, vapor, soot, fumes, acids, alkalis, chemicals and waste. Specific examples identified as pollutants include, but are not limited to: diesel, kerosene, and other fuel oils; gasoline, butane, propane, natural gas, and other fuels; brake fluid, transmission fluid, and other hydraulic fluids; ethylene glycol, methanol, ethanol, isopropyl alcohol, propylene glycol, and other antifreeze additives; grease, tar, petroleum distillates, and other petroleum products; carbon monoxide, and other exhaust gases; stoddard solvent, mineral spirits, and other solvents; chromium compounds; emulsions/emulsifiers, naphtha, tetrachloroethylene, perchloroethylene (PERC), trichloroethylene (TCE), methylene chloroform, and other dry cleaning chemicals; methyl isobutyl ketone; methyl ethyl ketone; n-butyl acetate; 2-butoxyethanol; hexylene glycol; peroxides; freon; polychlorinated biphenyl (PCB); CFC113; chlorofluorocarbons; chlorinated hydrocarbons; adhesives; pesticides; insecticides; barium; 1,2-Dichloroethylene; ethylene dichloride; dichloromethane; methylene chloride; ethylbenzene; Mercury; Selenium; sulfate; xylene; sewage; industrial waste materials; and all substances specifically listed, identified, or described by one or more of the following references: Comprehensive Environmental Response, Compensation, and Liability Act (CERCLA) Priority List Hazardous Substances (1997 and all subsequent editions); Agency For Toxic Substances And Disease Registry ToxFAQs, and/or U.S. Environmental Protection Agency EMCI Chemical References Complete Index; and toxic and pollutant substances identified by the Indiana Department of Environmental Management (IDEM). Substances identified as examples above or by the referenced lists also include materials or substances to be discarded, recycled, reconditioned or reclaimed.

The definition of "pollutants" applies whether or not the irritant or contaminant has any function in your business, operations, premises, site or location.

Exhibit A



THIS ENDORSEMENT CHANGES THE POLICY.  PLEASE READ IT CAREFULLY

## BUSINESSOWNERS - AMENDMENT OF LIABILITY COVERAGE

This endorsement modifies insurance provided under the following:

BUSINESSOWNERS COVERAGE FORM

**Section II - Liability** is amended as follows:

**A.** Paragraph **B. Exclusions** is amended as follows:

**1.** Under Paragraph **B.1.,** Item **f.** is replaced by the following:

**f. Pollution**

This insurance does not apply to:

**(1)** "Bodily injury", "property damage" or "personal and advertising injury" which would not have occurred in whole or part but for the actual, alleged or threatened discharge, dispersal, seepage, migration, release or escape of "pollutants" at any time.

**(2)** Any loss, cost or expense arising out of any:

**(a)** Request, demand, order or statutory or regulatory requirement that any insured or others test for, monitor, clean up, remove, contain, treat, detoxify, or neutralize, or in any way respond to, or assess the effects of "pollutants"; or

**(b)** Claim or "suit" by or on behalf of a governmental authority for damages because of testing for, monitoring, cleaning up, removing, containing, treating, detoxifying or neutralizing, or in any way responding to, or assessing the effects of, "pollutants".

**2.** Paragraph **B.1.g. Aircraft, Auto Or Watercraft** is deleted and replaced by the following:

**g. Aircraft, Auto Or Watercraft**

"Bodily injury" or "property damage" arising out of the ownership, maintenance, use or entrustment to others of any aircraft, "auto" or watercraft owned or operated by or rented or loaned to any insured.  Use includes operation and "loading or unloading".

This exclusion applies even if the claims against any insured allege negligence or other wrongdoing in the supervision, hiring, employment, training or monitoring of others by that insured, if the "occurrence" which caused the "bodily injury" or "property damage" involved the ownership, maintenance, use or entrustment to others of any aircraft, "auto" or watercraft that is owned or operated by or rented or loaned to any insured.

This exclusion does not apply to:

**(1)** A watercraft while ashore on premises you own or rent;

**(2)** A watercraft you do not own that is:

**(a)** Less than 51 feet long; and

**(b)** Not being used to carry persons or property for a charge;

**(3)** Parking an "auto" on, or on the ways next to, premises you own or rent, provided the "auto" is not owned by or rented or loaned to you or the insured;

**(4)** Liability assumed under any "insured contract" for the ownership, maintenance or use of aircraft or watercraft; or

**(5)** "Bodily injury" or "property damage" arising out of the operation of any of the following equipment:

**(a)** Cherry pickers and similar devices mounted on automobile or truck chassis and used to raise or lower workers; and

Includes copyrighted material of Insurance Services Office, Inc., with its permission.

Exhibit A

**(b)** Air compressors, pumps and generators, including spraying, welding, building, cleaning, geophysical exploration, lighting and well servicing equipment.

**3.** Under Paragraph **B.1.,** Item **t.** is added as follows:

**t. Lead Liability**

This insurance does not apply to:

**(1)** "Bodily injury", "property damage" or "personal and advertising injury" arising out of, resulting from or caused by or contributed to by lead, paint containing lead, or any other material or substance containing lead;

**(2)** Any loss, cost or expense arising out of any governmental direction or request to test for, monitor, clean up, remove, abate, contain, treat or neutralize lead, paint containing lead, or any other substance or material containing lead;

**(3)** Any supervision, instructions, recommendations, warning, or advice given or which should have been given in connection with parts **(1)** or **(2)** above; or

**(4)** Any legal obligation of any insured for indemnification or contribution due to damages arising out of "bodily injury", "property damage" or "personal and advertising injury" caused by lead, resulting from paint containing lead or contributed to by or any other substance or material containing lead.

**4.** Under Paragraph **B.1.,** Item **u.** is added as follows:

**u. Asbestos And Silica**

This insurance does not apply to "bodily injury", "property damage" or "personal and advertising injury" arising out of or as a result of:

**(1)** Inhaling, ingesting or prolonged physical exposure to asbestos or silica, or goods or products containing asbestos or silica;

**(2)** The use of asbestos or silica in constructing or manufacturing any goods, product or structure;

**(3)** The removal of asbestos or silica from any goods, product or structure;

**(4)** The manufacture, transportation, storage or disposal of asbestos or silica, or goods or products containing asbestos or silica; or

**(5)** Any payment for the investigation or defense of any loss, injury or damage, or any cost, fine or penalty, or for any expense, claim or "suit" related to any of the above.

As used in this exclusion, silica includes crystalline silica, silica dust, or any mixed dust that contains any form of silica or silica dust.

**5.** Under Paragraph **B.1.,** Item **v.** is added as follows:

**v.** This insurance does not apply to "bodily injury" or "property damage" arising out of the ownership, maintenance or use of a trampoline.

**6.** Under Paragraph **B.1.,** Item **w.** is added as follows:

**w. Punitive or Exemplary Damages**

Regardless of any other provisions of this policy, this insurance does not apply to:

**a.** Punitive or exemplary damages, fines, costs, interest or penalties; or

**b.** Attorney fees as a result of punitive or exemplary damages, fines, costs, interest or penalties.

**B.** The following is added to Paragraph **C. Who Is An Insured:**

**3.** With respect to "mobile equipment" registered in your name under any motor vehicle registration law, any person is an insured while driving such equipment along a public highway with your permission. Any other person or organization responsible for the conduct of such person is also an insured, but only with respect to liability arising out of the operation of the equipment, and only if no other insurance of any kind is available to that person or organization for this liability. However, no person or organization is an insured with respect to:

**a.** "Bodily injury" to a co-"employee" of the person driving the equipment; or

**b.** "Property damage" to property owned by, rented to, in the charge of or occupied by you or the employer of any person who is an insured under this provision.

BO 00 60 02 13          Includes copyrighted material of Insurance Services Office, Inc.,          Page 2 of 3
with its permission.
Exhibit A

**C.** Paragraph **F. Liability And Medical Expenses Definitions** is amended as follows:

   **1.** Item **2. "Auto"** is deleted and replaced by the following:

   **2.** "Auto" means a land motor vehicle, trailer or semitrailer designed for travel or public roads, including any attached machinery or equipment.   But "auto" does not include "mobile equipment".

   **2.** Under Item **12. "Mobile Equipment",** the last paragraph is deleted and not replaced.

BO 00 60 02 13        Includes copyrighted material of Insurance Services Office, Inc.,        Page 3 of 3
with its permission.
Exhibit A



THIS ENDORSEMENT CHANGES THE POLICY.  PLEASE READ IT CAREFULLY.

## EXCLUSIONS OF LOSS DUE TO COMMUNICABLE DISEASE

This endorsement modifies insurance provided under the following:

BUSINESSOWNERS COVERAGE FORM

**I.**  The following provisions apply to **SECTION I - PROPERTY**

**A.**  The exclusion set forth in Paragraph **I.B.** of this endorsement applies to all coverages described under SECTION I - PROPERTY of the BUSINESSOWNERS COVERAGE FORM, including but not limited to all provisions that cover or apply to loss of or damage to buildings, structures or personal property and to all provisions, forms and endorsements of any description attached to this Coverage Form that cover loss of business income, extra expense or action of civil authority.

**B.**  We will not pay for any loss, damage, liability, claim, cost or expense of whatsoever nature, directly or indirectly caused by, contributed to, resulting from, arising out of, or in connection with:

**1.**  A "communicable disease"; or

**2.**  The fear or threat (whether actual or perceived) of a "communicable disease";

regardless of any other cause or event contributing concurrently or in any other sequence thereto.

However, subject to the other terms, conditions, limitations and exclusions contained in this Coverage Form, losses directly or indirectly caused by, resulting from, or arising out of any other covered Cause of Loss insured under SECTION I of this Coverage Form or any endorsements thereto, including any resulting Business Income or Extra Expense loss of any description insured under this Coverage Form, shall not be excluded regardless of whether a "communicable disease" is a contributing factor.

Losses directly or indirectly caused by, resulting from, or arising out of "communicable disease" or the fear or threat thereof (whether actual or perceived), including any resulting Business Income or Extra Expense loss of any description, shall be subject to provisions **I.B.1.** and **I.B.2.** above.

This exclusion does not apply to loss or damage caused by or resulting from "fungus", wet rot or dry rot. Such loss or damage is addressed in a separate Exclusion and Additional Coverage in the Coverage Form to which this endorsement is attached.

**C.**  With respect to any loss or damage subject to the exclusion set forth in Paragraph **I.B.** of this endorsement, such exclusion supersedes any exclusion relating to "pollutants".

**D.**  The exclusion set forth in Paragraph **I.B.** of this endorsement replaces Exclusion **B.1.j.** Virus Or Bacteria of the BUSINESSOWNERS COVERAGE FORM.

**E.**  The terms of the exclusion in Paragraph **I.B.** of this endorsement, or the inapplicability of this exclusion to a particular loss, do not serve to create coverage for any loss that would otherwise be excluded under this Coverage Form.

**II.**  The following provisions apply to **SECTION II - LIABILITY**

**A.**  The exclusion set forth in Paragraph **II. B.** of this endorsement applies to all coverages described under SECTION II - LIABILITY of the BUSINESSOWNERS COVERAGE FORM to which this endorsement is attached, including but not limited to all forms and endorsements attached to this Coverage Form applicable to SECTION II - LIABILITY.

**B.**  The following exclusion is added to Paragraph **B.** Exclusions in SECTION II - LIABILITY of the BUSINESSOWNERS COVERAGE FORM and to all forms and endorsements applicable to SECTION II - LIABILITY:

Exhibit A

**Communicable Disease**

This insurance does not apply to "bodily injury", "property damage", or "personal and advertising injury" arising out of the actual or alleged transmission of any "communicable disease", including the actual or perceived fear or threat of any "communicable disease".

This exclusion applies even if the claims against any insured allege negligence or other wrongdoing in the:

**1.** Supervising, hiring, employing, training or monitoring of others that may be infected with and spread a "communicable disease";

**2.** Testing for a "communicable disease";

**3.** Failure to prevent spread of the disease; or

**4.** Failure to report the disease to authorities.

**C.** The terms of the exclusion in Paragraph **II.B.** of this endorsement, or the inapplicability of this exclusion to a particular loss, do not serve to create coverage for any loss that would otherwise be excluded under this Coverage Form.

**III.** The following additional Definition applies to this endorsement:

As used in this endorsement, "communicable disease" means any disease which can be transmitted by means of any substance or agent from any organism to another organism where:

**A.** The substance or agent includes, but is not limited, a virus, bacterium, parasite or other organism or any variation thereof, whether deemed living or not; and

**B.** The method of transmission, whether direct or indirect, includes but is not limited to, airborne transmission, bodily fluid transmission, transmission from or to any surface or object, solid, liquid or gas, or between organisms; and

**C.** The disease, substance or agent can cause or threaten damage to human health or human welfare or can cause or threaten damage to, deterioration of, loss of value of, marketability of or loss of use of property.

BO 01 00 07 21                Includes copyrighted material from Insurance Services Office, Inc.,                Page 2 of 2
                                        with its permission.
                                        Exhibit A



THIS ENDORSEMENT CHANGES THE POLICY.  PLEASE READ IT CAREFULLY.

## PROPERTY SPECIFICALLY DESCRIBED AND COVERED ELSEWHERE

This endorsement modifies insurance provided under the following:

BUSINESSOWNERS COVERAGE FORM

The following is added to **SECTION I - PROPERTY**, Paragraph **A.2.:**

**2.  Property Not Covered**

Covered Property does not include:

Property that is covered under another coverage form of this or any other policy in which it is more specifically described, except for the excess of the amount due (whether you can collect on it or not) from that other insurance.

Exhibit A



THIS ENDORSEMENT CHANGES THE POLICY.  PLEASE READ IT CAREFULLY.

## EMPLOYMENT-RELATED PRACTICES EXCLUSION

This endorsement modifies insurance provided under the following:

BUSINESSOWNERS COVERAGE FORM

The following exclusion is added to Paragraph **B.1. Exclusions - Applicable To Business Liability Coverage** in **Section II** - **Liability:**

This insurance does not apply to "bodily injury" or "personal and advertising injury" to:

**(1)** A person arising out of any:

   **(a)** Refusal to employ that person;

   **(b)** Termination of that person's employment; or

   **(c)** Employment-related practices, policies, acts or omissions, such as coercion, demotion, evaluation, reassignment, discipline, defamation, harassment, humiliation, discrimination or malicious prosecution directed at that person; or

**(2)** The spouse, child, parent, brother or sister of that person as a consequence of "bodily injury" or "personal and advertising injury" to that person at whom any of the employment-related practices described in Paragraph **(a), (b)** or **(c)** above is directed.

This exclusion applies:

**(1)** Whether the injury-causing event described in Paragraph **(a), (b)** or **(c)** above occurs before employment, during employment or after employment of that person;

**(2)** Whether the insured may be liable as an employer or in any other capacity; and

**(3)** To any obligation to share damages with or repay someone else who must pay damages because of the injury.

Copyright, Insurance Services Office, Inc., 2009

Exhibit A



THIS ENDORSEMENT CHANGES THE POLICY.  PLEASE READ IT CAREFULLY.

## NEWLY ACQUIRED ORGANIZATIONS

This endorsement modifies insurance provided under the following:

BUSINESSOWNERS COVERAGE FORM

The following is added to Paragraph **C. Who Is An Insured** in **Section II - Liability:**

**3.** Any organization you newly acquire or form, other than a partnership, joint venture, or limited liability company and over which you maintain ownership or majority interest, will qualify as a Named Insured if there is no other similar insurance available to that organization. However:

   **a.** Coverage under this provision is afforded only until the 90th day after you acquire or form the organization or the end of the policy period, whichever is earlier;

   **b.** Paragraph **A.1. Business Liability** does not apply to:

      **(1)** "Bodily injury" or "property damage" that occurred before you acquired or formed the organization; and

      **(2)** "Personal and advertising injury" arising out of an offense committed before you acquired or formed the organization.

No person or organization is an insured with respect to the conduct of any current or past partnership, joint venture, or limited liability company that is not shown as a Named Insured in the Declarations.

Exhibit A



THIS ENDORSEMENT CHANGES THE POLICY.  PLEASE READ IT CAREFULLY.

## EXCLUSION OF CERTIFIED ACTS OF TERRORISM

This endorsement modifies insurance provided under the following:

BUSINESSOWNERS COVERAGE FORM

### SCHEDULE

| |
|---|
| The **Exception Covering Certain Fire Losses** (Paragraph **B.2.**) applies to property located in the following state(s): |
| IOWA; WEST VIRGINIA |
| Information required to complete this Schedule, if not shown above, will be shown in the Declarations. |

**A.** The following provisions are added to the Businessowners Policy and apply to Property and Liability Coverages:

**1.** The following definition is added with respect to the provisions of this endorsement:

"Certified act of terrorism" means an act that is certified by the Secretary of the Treasury, in accordance with the provisions of the federal Terrorism Risk Insurance Act, to be an act of terrorism pursuant to such Act. The criteria contained in the Terrorism Risk Insurance Act for a "certified act of terrorism" include the following:

**a.** The act resulted in insured losses in excess of $5 million in the aggregate, attributable to all types of insurance subject to the Terrorism Risk Insurance Act; and

**b.** The act is a violent act or an act that is dangerous to human life, property or infrastructure and is committed by an individual or individuals as part of an effort to coerce the civilian population of the United States or to influence the policy or affect the conduct of the United States Government by coercion.

**2.** The terms and limitations of any terrorism exclusion, or the inapplicability or omission of a terrorism exclusion, do not serve to create coverage for loss or injury or damage that is otherwise excluded under this Policy.

**B.** The following provisions are added to Businessowners Standard Property Coverage Form **BP 00 01,** Businessowners Special Property Coverage Form **BP 00 02** or **Section I - Property** of Businessowners Coverage Form **BP 00 03:**

**1.** The following exclusion is added:

**CERTIFIED ACT OF TERRORISM EXCLUSION**

We will not pay for loss or damage caused directly or indirectly by a "certified act of terrorism". Such loss or damage is excluded regardless of any other cause or event that contributes concurrently or in any sequence to the loss.

Exhibit A

**2. Exception Covering Certain Fire Losses**

The following exception to the exclusion in Paragraph **B.1.** applies only if indicated and as indicated in the Schedule of this endorsement.

If a "certified act of terrorism" results in fire, we will pay for the loss or damage caused by that fire.  Such coverage for fire applies only to direct loss or damage by fire to Covered Property. Therefore, for example, the coverage does not apply to insurance provided under Business Income and/or Extra Expense Additional Coverages.

If aggregate insured losses attributable to terrorist acts certified under the Terrorism Risk Insurance Act exceed $100 billion in a calendar year and we have met our insurer deductible under the Terrorism Risk Insurance Act, we shall not be liable for the payment of any portion of the amount of such losses that exceeds $100 billion, and in such case insured losses up to that amount are subject to pro rata allocation in accordance with procedures established by the Secretary of the Treasury.

**C.** The following provision is added to the Businessowners Liability Coverage Form **BP 00 06** and **Section II - Liability** of the Businessowners Coverage Form **BP 00 03:**

**1.** The following exclusion is added:

This insurance does not apply to:

**TERRORISM**

"Any injury or damage" arising, directly or indirectly, out of a "certified act of terrorism".

**2.** The following definition is added:

For the purposes of this endorsement, "any injury or damage" means any injury or damage covered under any Coverage Form to which this endorsement is applicable, and includes but is not limited to "bodily injury", "property damage" or "personal and advertising injury" as may be defined in any applicable Coverage Form.

Copyright, Insurance Services Office, Inc., 2015

Exhibit A



THIS ENDORSEMENT CHANGES THE POLICY.  PLEASE READ IT CAREFULLY.

## EXCLUSION OF CERTIFIED ACTS OF TERRORISM AND
## EXCLUSION OF OTHER ACTS OF TERRORISM
## COMMITTED OUTSIDE THE UNITED STATES

This endorsement modifies insurance provided under the following:

BUSINESSOWNERS COVERAGE FORM

The following provisions are added to the Businessowners Liability Coverage Form **BP 00 06** and **Section II - Liability** of the Businessowners Coverage Form **BP 00 03**:

**A.** The following exclusion is added:

This insurance does not apply to:

**TERRORISM**

"Any injury or damage" arising directly or indirectly, out of a "certified act of terrorism", or out of an "other act of terrorism" that is committed outside of the United States (including its territories and possessions and Puerto Rico), but within the "coverage territory". However, with respect to an "other act of terrorism", this exclusion applies only when one or more of the following are attributed to such act:

**1.** The total of insured damage to all types of property exceeds $25,000,000 (valued in U.S. dollars). In determining whether the $25,000,000 threshold is exceeded, we will include all insured damage sustained by property of all persons and entities affected by the terrorism and business interruption losses sustained by owners or occupants of the damaged property. For the purpose of this provision, insured damage means damage that is covered by any insurance plus damage that would be covered by any insurance but for the application of any terrorism exclusions; or

**2.** Fifty or more persons sustain death or serious physical injury. For the purposes of this provision, serious physical injury means:

    **a.** Physical injury that involves a substantial risk of death; or

    **b.** Protracted and obvious physical disfigurement; or

    **c.** Protracted loss of or impairment of the function of a bodily member or organ; or

**3.** The terrorism involves the use, release or escape of nuclear materials, or directly or indirectly results in nuclear reaction or radiation or radioactive contamination; or

**4.** The terrorism is carried out by means of the dispersal or application of pathogenic or poisonous biological or chemical materials; or

**5.** Pathogenic or poisonous biological or chemical materials are released, and it appears that one purpose of the terrorism was to release such materials.

With respect to this exclusion, Paragraphs **1.** and **2.** describe the thresholds used to measure the magnitude of an incident of an "other act of terrorism" and the circumstances in which the threshold will apply for the purpose of determining whether this exclusion will apply to that incident.

**B.** The following definitions are added:

**1.** For the purposes of this endorsement, "any injury or damage" means any injury or damage covered under any Coverage Form to which this endorsement is applicable, and includes but is not limited to "bodily injury", "property damage" or "personal and advertising injury" as may be defined in any applicable Coverage Form.

Copyright, Insurance Services Office, Inc., 2015

Exhibit A

**2.** "Certified act of terrorism" means an act that is certified by the Secretary of the Treasury, in accordance with the provisions of the federal Terrorism Risk Insurance Act, to be an act of terrorism pursuant to such Act. The criteria contained in the Terrorism Risk Insurance Act for a "certified act of terrorism" include the following:

  **a.** The act resulted in insured losses in excess of $5 million in the aggregate, attributable to all types of insurance subject to the Terrorism Risk Insurance Act;

  **b.** The act resulted in damage:

    **(1)** Within the United States (including its territories and possessions and Puerto Rico); or

    **(2)** Outside of the United States in the case of:

      **(a)** An air carrier (as defined in Section 40102 of title 49, United States Code) or United States flag vessel (or a vessel based principally in the United States, on which United States income tax is paid and whose insurance coverage is subject to regulation in the United States), regardless of where the loss occurs;  or

      **(b)** The premises of any United States mission; and

  **c.** The act is a violent act or an act that is dangerous to human life, property or infrastructure and is committed by an individual or individuals as part of an effort to coerce the civilian population of the United States or to influence the policy or affect the conduct of the United States Government by coercion.

**3.** "Other act of terrorism" means a violent act or an act that is dangerous to human life, property or infrastructure that is committed by an individual or individuals and that appears to be part of an effort to coerce a civilian population or to influence the policy or affect the conduct of any government by coercion, and the act is not a "certified act of terrorism".

Multiple incidents of an "other act of terrorism" which occur within a seventy-two hour period and appear to be carried out in concert or to have a related purpose or common leadership shall be considered to be one incident.

**C.** The terms and limitations of any terrorism exclusion, or the inapplicability or omission of a terrorism exclusion, do not serve to create coverage for injury or damage that is otherwise excluded under this Policy.

 Copyright, Insurance Services Office, Inc., 2015

Exhibit A



THIS ENDORSEMENT CHANGES THE POLICY.  PLEASE READ IT CAREFULLY.

## CONDITIONAL EXCLUSION OF TERRORISM (RELATING TO DISPOSITION OF FEDERAL TERRORISM RISK INSURANCE ACT)

This endorsement modifies insurance provided under the following:

BUSINESSOWNERS COVERAGE FORM

### SCHEDULE

| |
|---|
| The **Exception Covering Certain Fire Losses** (Paragraph **B.2.**) applies to property located in the following state(s): |
| |
| Information required to complete this Schedule, if not shown above, will be shown in the Declarations. |

**A. Section I - Property** and **Section II - Liability** are amended as follows:

1. **Applicability Of The Provisions Of This Endorsement**

   a. **The provisions of this endorsement become applicable commencing on the date when any one or more of the following first occurs.  But if your policy (meaning the policy period in which this endorsement applies) begins after such date, then the provisions of this endorsement become applicable on the date your policy begins.**

      **(1) The federal Terrorism Risk Insurance Program ("Program"), established by the Terrorism Risk Insurance Act, has terminated with respect to the type of insurance provided under this Coverage Form; or**

      **(2) A renewal, extension or replacement of the Program has become effective without a requirement to make terrorism coverage available to you and with revisions that:**

         **(a) Increase our statutory percentage deductible under the Program for terrorism losses.  (That deductible determines the amount of all certified terrorism losses we must pay in a calendar year, before the federal government shares in subsequent payment of certified terrorism losses.); or**

         **(b) Decrease the federal government's statutory percentage share in potential terrorism losses above such deductible; or**

Copyright, Insurance Services Office, Inc., 2015

Exhibit A

**(c)** Redefine terrorism or make insurance coverage for terrorism subject to provisions or requirements that differ from those that apply to other types of events or occurrences under this policy.

**b.** If the provisions of this endorsement become applicable, such provisions:

**(1)** Supersede any terrorism endorsement already endorsed to this policy that addresses "certified acts of terrorism" and/or "other acts of terrorism", but only with respect to loss or injury or damage from an incident(s) of terrorism (however defined) that occurs on or after the date when the provisions of this endorsement become applicable; and

**(2)** Remain applicable unless we notify you of changes in these provisions, in response to federal law.

**c.** If the provisions of this endorsement do NOT become applicable, any terrorism endorsement already endorsed to this policy, that addresses "certified acts of terrorism" and/or "other acts of terrorism", will continue in effect unless we notify you of changes to that endorsement in response to federal law.

**2.** The following definition is added and applies under this endorsement wherever the term terrorism is enclosed in quotation marks.

"Terrorism" means activities against persons, organizations or property of any nature:

**a.** That involve the following or preparation for the following:

**(1)** Use or threat of force or violence; or

**(2)** Commission or threat of a dangerous act; or

**(3)** Commission or threat of an act that interferes with or disrupts an electronic, communication, information, or mechanical system; and

**b.** When one or both of the following applies:

**(1)** The effect is to intimidate or coerce a government or the civilian population or any segment thereof, or to disrupt any segment of the economy; or

**(2)** It appears that the intent is to intimidate or coerce a government, or to further political, ideological, religious, social or economic objectives or to express (or express opposition to) a philosophy or ideology.

**B.** **Section I - Property** is amended as follows:

**1.** The following exclusion is added:

**EXCLUSION OF TERRORISM**

We will not pay for loss or damage caused directly or indirectly by "terrorism", including action in hindering or defending against an actual or expected incident of "terrorism". Such loss or damage is excluded regardless of any other cause or event that contributes concurrently or in any sequence to the loss. But this exclusion applies only when one or more of the following are attributed to an incident of "terrorism":

**a.** The "terrorism" is carried out by means of the dispersal or application of radioactive material, or through the use of a nuclear weapon or device that involves or produces a nuclear reaction, nuclear radiation or radioactive contamination; or

**b.** Radioactive material is released, and it appears that one purpose of the "terrorism" was to release such material; or

**c.** The "terrorism" is carried out by means of the dispersal or application of pathogenic or poisonous biological or chemical materials; or

**d.** Pathogenic or poisonous biological or chemical materials are released, and it appears that one purpose of the "terrorism" was to release such materials; or

**e.** The total of insured damage to all types of property in the United States, its territories and possessions, Puerto Rico and Canada exceeds $25,000,000. In determining whether the $25,000,000 threshold is exceeded, we will include all insured damage sustained by property of all persons and entities affected by the "terrorism" and business interruption losses sustained by owners or occupants of the damaged property. For the purpose of this provision, insured damage means damage that is covered by any insurance plus damage that would be covered by any insurance but for the application of any terrorism exclusions. Multiple incidents of "terrorism" which occur within a 72-hour period and appear to be carried out in concert or to have a related purpose or common leadership will be deemed to be one incident, for the purpose of determining whether the threshold is exceeded.

Copyright, Insurance Services Office, Inc., 2015

Exhibit A

With respect to this Item **1.e.,** the immediately preceding paragraph describes the threshold used to measure the magnitude of an incident of "terrorism" and the circumstances in which the threshold will apply, for the purpose of determining whether this Exclusion will apply to that incident. When the Exclusion applies to an incident of "terrorism", there is no coverage under this Coverage Form.

**2. Exception Covering Certain Fire Losses**

The following exception to the Exclusion Of Terrorism applies only if indicated and as indicated in the Schedule of this endorsement.

If "terrorism" results in fire, we will pay for the loss or damage caused by that fire, subject to all applicable policy provisions including the Limit of Insurance on the affected property. Such coverage for fire applies only to direct loss or damage by fire to Covered Property. Therefore, for example, the coverage does not apply to insurance provided under Business Income and/or Extra Expense coverages or endorsements that apply to those coverages.

**3. Application Of Other Exclusions**

When the Exclusion Of Terrorism applies in accordance with the terms of Paragraph **1.a.** or **1.b.,** such exclusion applies without regard to the Nuclear Hazard Exclusion in this Coverage Form.

**C. Section II - Liability** is amended as follows:

**1.** The following definition is added and applies under this endorsement wherever the phrase any injury or damage, is enclosed in quotation marks:

"Any injury or damage" means any injury or damage covered under this Coverage Form or any applicable endorsement, and includes but is not limited to "bodily injury", "property damage" or "personal and advertising injury", as may be defined under this Coverage Form or any applicable endorsement.

**2.** The following exclusion is added:

**EXCLUSION OF TERRORISM**

We will not pay for "any injury or damage" caused directly or indirectly by "terrorism", including action in hindering or defending against an actual or expected incident of "terrorism". "Any injury or damage" is excluded regardless of any other cause or event that contributes concurrently or in any sequence to such injury or damage. **But this exclusion applies only when one or more of the following are attributed to an incident of "terrorism":**

**a.** The "terrorism" is carried out by means of the dispersal or application of radioactive material, or through the use of a nuclear weapon or device that involves or produces a nuclear reaction, nuclear radiation or radioactive contamination; or

**b.** Radioactive material is released, and it appears that one purpose of the "terrorism" was to release such material; or

**c.** The "terrorism" is carried out by means of the dispersal or application of pathogenic or poisonous biological or chemical materials; or

**d.** Pathogenic or poisonous biological or chemical materials are released, and it appears that one purpose of the "terrorism" was to release such materials; or

**e.** The total of insured damage to all types of property exceeds $25,000,000. In determining whether the $25,000,000 threshold is exceeded, we will include all insured damage sustained by property of all persons and entities affected by the "terrorism" and business interruption losses sustained by owners or occupants of the damaged property. For the purpose of this provision, insured damage means damage that is covered by any insurance plus damage that would be covered by any insurance but for the application of any terrorism exclusions; or

 Copyright, Insurance Services Office, Inc., 2015

Exhibit A

**f.** Fifty or more persons sustain death or serious physical injury.  For the purposes of this provision, serious physical injury means:

**(1)** Physical injury that involves a substantial risk of death; or

**(2)** Protracted and obvious physical disfigurement; or

**(3)** Protracted loss of or impairment of the function of a bodily member or organ.

Multiple incidents of "terrorism" which occur within a 72-hour period and appear to be carried out in concert or to have a related purpose or common leadership will be deemed to be one incident, for the purpose of determining whether the thresholds in Paragraph **2.e.**  or **2.f.**  are exceeded.

With respect to this Exclusion, Paragraphs **2.e.** and **2.f.** describe the threshold used to measure the magnitude of an incident of "terrorism" and the circumstances in which the threshold will apply, for the purpose of determining whether this Exclusion will apply to that incident.  When the Exclusion applies to an incident of "terrorism", there is no coverage under this Coverage Form.

**D.** The following provision is added to **Section I - Property** and **Section II - Liability**:

The terms and limitations of any terrorism exclusion, or the inapplicability or omission of a terrorism exclusion, do not serve to create coverage for loss or injury or damage that is otherwise excluded under this Policy.

 Copyright, Insurance Services Office, Inc., 2015

Exhibit A



THIS ENDORSEMENT CHANGES THE POLICY.  PLEASE READ IT CAREFULLY.

## EXCLUSION - YEAR 2000 COMPUTER-RELATED AND OTHER ELECTRONIC PROBLEMS

This endorsement modifies insurance provided under the following:

BUSINESSOWNERS COVERAGE FORM

The following exclusion is added to Paragraph **B., Exclusions** in **Section II - Liability:**

**1.** This insurance does not apply to "bodily injury", "property damage" or "personal and advertising injury" arising directly or indirectly out of:

  **a.** Any actual or alleged failure, malfunction, or inadequacy of:

    **(1)** Any of the following, whether belonging to any insured or to others:

      **(a)** Computer hardware, including microprocessors or other Electronic Data Processing Equipment as may be described elsewhere in the policy;

      **(b)** Computer application software or other Electronic Media and Records as may be described elsewhere in the policy;

      **(c)** Computer operating systems and related software;

      **(d)** Computer networks;

      **(e)** Microprocessors (computer chips) not part of any computer system; or

      **(f)** Any other computerized or electronic equipment or components; or

    **(2)** Any other products and any services, data or functions that directly or indirectly use or rely upon, in any manner, any of the items listed in Paragraph **1.a.(1)** of this endorsement

    due to the inability to correctly recognize, process, distinguish, interpret or accept the year 2000 and beyond.

  **b.** Any advice, consultation, design, evaluation, inspection, installation, maintenance, repair, replacement or supervision provided or done by you or for you to determine, rectify or test for, any potential or actual problems described in Paragraph **1.a.** of this endorsement.

   Copyright, Insurance Services Office, Inc., 2001

Exhibit A



THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY.

## INDIANA CHANGES -
## WORKERS' COMPENSATION EXCLUSION

This endorsement modifies insurance provided under the following:

BUSINESSOWNERS COVERAGE FORM

The following is added to Paragraph **B.1.d. Workers' Compensation And Similar Laws** Exclusion:

This exclusion also applies to any obligation of the insured under the Indiana Workers' Compensation statutes arising out of the failure of the insured to exact from a contractor (or subcontractor if the insured is a contractor) a certificate from the workers' compensation board showing that the contractor (or subcontractor) has complied with the applicable workers' compensation insurance requirements.

   Copyright, Insurance Services Office, Inc., 2010

Exhibit A



THIS ENDORSEMENT CHANGES THE POLICY.  PLEASE READ IT CAREFULLY.

## PRIMARY AND NONCONTRIBUTORY -
## OTHER INSURANCE CONDITION

This endorsement modifies insurance provided under the following:

BUSINESSOWNERS COVERAGE FORM

The following is added to Paragraph **H. Other Insurance** of **Section III - Common Policy Conditions** and supersedes any provision to the contrary:

**Primary And Noncontributory Insurance**

This insurance is primary to and will not seek contribution from any other insurance available to an additional insured under your policy provided that:

**1.** The additional insured is a Named Insured under such other insurance; and

**2.** You have agreed in writing in a contract or agreement that this insurance would be primary and would not seek contribution from any other insurance available to the additional insured.

       Copyright, Insurance Services Office, Inc., 2012

Exhibit A



THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY.

# EXCLUSION – ACCESS OR DISCLOSURE OF CONFIDENTIAL OR PERSONAL INFORMATION AND DATA-RELATED LIABILITY – WITH LIMITED BODILY INJURY EXCEPTION

This endorsement modifies insurance provided under the following:

BUSINESSOWNERS COVERAGE FORM

**A.** Exclusion **B.1.q.** of **Section II – Liability** is replaced by the following:

This insurance does not apply to:

**q. Access Or Disclosure Of Confidential Or Personal Information And Data-related Liability**

**(1)** Damages, other than damages because of "personal and advertising injury", arising out of any access to or disclosure of any person's or organization's confidential or personal information, including patents, trade secrets, processing methods, customer lists, financial information, credit card information, health information or any other type of nonpublic information; or

**(2)** Damages arising out of the loss of, loss of use of, damage to, corruption of, inability to access, or inability to manipulate electronic data.

This exclusion applies even if damages are claimed for notification costs, credit monitoring expenses, forensic expenses, public relations expenses or any other loss, cost or expense incurred by you or others arising out of that which is described in Paragraph **(1)** or **(2)** above.

However, unless Paragraph **(1)** above applies, this exclusion does not apply to damages because of "bodily injury".

As used in this exclusion, electronic data means information, facts or computer programs stored as or on, created or used on, or transmitted to or from computer software (including systems and applications software), on hard or floppy disks, CD-ROMs, tapes, drives, cells, data processing devices or any other repositories of computer software which are used with electronically controlled equipment. The term computer programs, referred to in the foregoing description of electronic data, means a set of related electronic instructions which direct the operations and functions of a computer or device connected to it, which enable the computer or device to receive, process, store, retrieve or send data.

 © Insurance Services Office, Inc., 2013

Exhibit A

**B.** The following is added to Paragraph **B.1.p. Personal And Advertising Injury** Exclusion of **Section II – Liability:**

This insurance does not apply to:

**p. Personal And Advertising Injury**

"Personal and advertising injury":

Arising out of any access to or disclosure of any person's or organization's confidential or personal information, including patents, trade secrets, processing methods, customer lists, financial information, credit card information, health information or any other type of nonpublic information.

This exclusion applies even if damages are claimed for notification costs, credit monitoring expenses, forensic expenses, public relations expenses or any other loss, cost or expense incurred by you or others arising out of any access to or disclosure of any person's or organization's confidential or personal information.

© Insurance Services Office, Inc., 2013

Exhibit A



# WORKERS COMPENSATION AND EMPLOYERS LIABILITY INSURANCE POLICY

WC 00 00 00 C
(Ed. 01-15)

### WORKERS COMPENSATION AND EMPLOYERS LIABILITY INSURANCE POLICY

In return for the payment of the premium and subject to all terms of this policy, we agree with you as follows:

### GENERAL SECTION

#### A.  The Policy

This policy includes at its effective date the Information Page and all endorsements and schedules listed there.  It is a contract of insurance between you (the employer named in Item 1 of the Information page) and us (the insurer named on the Information Page). The only agreements relating to this insurance are stated in this policy.  The terms of this policy may not be changed or waived except by endorsement issued by us to be part of this policy.

#### B.  Who Is Insured

You are insured if you are an employer named in Item 1 of the Information Page.  If that employer is a partnership, and if you are one of its partners, you are insured, but only in your capacity as an employer of the partnership's employees.

#### C.  Workers Compensation Law

Workers Compensation Law means the workers or workmen's compensation law and occupational disease law of each state or territory named in Item 3.A. of the Information Page. It includes any amendments to that law which are in effect during the policy period.  It does not include any federal workers or workmen's compensation law, any federal occupational disease law or the provisions of any law that provide nonoccupational disability benefits.

#### D.  State

State means any state of the United States of America, and the District of Columbia.

#### E.  Locations

This policy covers all of your workplaces listed in Items 1 or 4 of the Information Page; and it covers all other workplaces in Item 3.A. states unless you have other insurance or are self-insured for such workplaces.

### PART ONE
### WORKERS COMPENSATION INSURANCE

#### A.  How This Insurance Applies

This workers compensation insurance applies to bodily injury by accident or bodily injury by disease.  Bodily injury includes resulting death.

1.  Bodily injury by accident must occur during the policy period.

2.  Bodily injury by disease must be caused or aggravated by the conditions of your employment.  The employee's last day of last exposure to the conditions causing or aggravating such bodily injury by disease must occur during the policy period.

#### B.  We Will Pay

We will pay promptly when due the benefits required of you by the workers compensation law.

#### C.  We Will Defend

We have the right and duty to defend at our expense any claim, proceeding or suit against you for benefits payable by this insurance.  We have the right to investigate and settle these claims, proceedings or suits.

Copyright 2013 National Council on Compensation Insurance, Inc. All Rights Reserved.

Exhibit A

**WORKERS COMPENSATION AND EMPLOYERS LIABILITY INSURANCE POLICY**

WC 00 00 00 C
(Ed. 01-15)

We have no duty to defend a claim, proceeding or suit that is not covered by this insurance.

D. **We Will Also Pay**

We will also pay these costs, in addition to other amounts payable under this insurance, as part of any claim, proceeding or suit we defend:

1. reasonable expenses incurred at our request, but not loss of earnings;

2. premiums for bonds to release attachments and for appeal bonds in bond amounts up to the amount payable under this insurance;

3. litigation costs taxed against you;

4. interest on a judgment as required by law until we offer the amount due under this insurance; and

5. expenses we incur.

E. **Other Insurance**

We will not pay more than our share of benefits and costs covered by this insurance and other insurance or self-insurance. Subject to any limits of liability that may apply, all shares will be equal until the loss is paid. If any insurance or self-insurance is exhausted, the shares of all remaining insurance will be equal until the loss is paid.

F. **Payments You Must Make**

You are responsible for any payments in excess of the benefits regularly provided by the workers compensation law including those required because:

1. of your serious and willful misconduct;

2. you knowingly employ an employee in violation of law;

3. you fail to comply with a health or safety law or regulation; or

4. you discharge, coerce or otherwise discriminate against any employee in violation of the workers compensation law.

If we make any payments in excess of the benefits regularly provided by the workers compensation law on your behalf, you will reimburse us promptly.

G. **Recovery From Others**

We have your rights, and the rights of persons entitled to the benefits of this insurance, to recover our payments from anyone liable for the injury. You will do everything necessary to protect those rights for us and to help us enforce them.

H. **Statutory Provisions**

These statements apply where they are required by law.

1. As between an injured worker and us, we have notice of the injury when you have notice.

2. Your default or the bankruptcy or insolvency of you or your estate will not relieve us of our duties under this insurance after an injury occurs.

3. We are directly and primarily liable to any person entitled to the benefits payable by this insurance. Those persons may enforce our duties; so may an agency authorized by law. Enforcement may be against us or against you and us.

4. Jurisdiction over you is jurisdiction over us for purposes of the workers compensation law. We are bound by decisions against you under that law, subject to the provisions of this policy that are not in conflict with that law.

Copyright 2013 National Council on Compensation Insurance, Inc. All Rights Reserved.

Exhibit A

## WORKERS COMPENSATION AND EMPLOYERS LIABILITY INSURANCE POLICY

WC 00 00 00 C
(Ed. 01-15)

5. This insurance conforms to the parts of the workers compensation law that apply to:

   a. benefits payable by this insurance;

   b. special taxes, payments into security or other special funds, and assessments payable by us under that law.

6. Terms of this insurance that conflict with the workers compensation law are changed by this statement to conform to that law.

Nothing in these paragraphs relieves you of your duties under this policy.

### PART TWO
### EMPLOYERS LIABILITY INSURANCE

A. **How This Insurance Applies**

This employers liability insurance applies to bodily injury by accident or bodily injury by disease. Bodily injury includes resulting death.

1. The bodily injury must arise out of and in the course of the injured employee's employment by you.

2. The employment must be necessary or incidental to your work in a state or territory listed in Item 3.A. of the Information Page.

3. Bodily injury by accident must occur during the policy period.

4. Bodily injury by disease must be caused or aggravated by the conditions of your employment. The employee's last day of last exposure to the conditions causing or aggravating such bodily injury by disease must occur during the policy period.

5. If you are sued, the original suit and any related legal actions for damages for bodily injury by accident or by disease must be brought in the United States of America, its territories or possessions, or Canada.

B. **We Will Pay**

We will pay all sums that you legally must pay as damages because of bodily injury to your employees, provided the bodily injury is covered by this Employers Liability Insurance.

The damages we will pay, where recovery is permitted by law, include damages:

1. For which you are liable to a third party by reason of a claim or suit against you by that third party to recover the damages claimed against such third party as a result of injury to your employee;

2. For care and loss of services; and

3. For consequential bodily injury to a spouse, child, parent, brother or sister of the injured employee; provided that these damages are the direct consequence of bodily injury that arises out of and in the course of the injured employee's employment by you; and

4. Because of bodily injury to your employee that arises out of and in the course of employment, claimed against you in a capacity other than as employer.

C. **Exclusions**

This insurance does not cover:

1. Liability assumed under a contract. This exclusion does not apply to a warranty that your work will be done in a workmanlike manner;

2. Punitive or exemplary damages because of bodily injury to an employee employed in violation of law;

3. Bodily injury to an employee while employed in violation of law with your actual knowledge or the actual knowledge of any of your executive officers;

Copyright 2013 National Council on Compensation Insurance, Inc. All Rights Reserved.

Exhibit A

## WORKERS COMPENSATION AND EMPLOYERS LIABILITY INSURANCE POLICY

WC 00 00 00 C
(Ed. 01-15)

4. Any obligation imposed by a workers compensation, occupational disease, unemployment compensation, or disability benefits law, or any similar law;

5. Bodily injury intentionally caused or aggravated by you;

6. Bodily injury occurring outside the United States of America, its territories or possessions, and Canada. This exclusion does not apply to bodily injury to a citizen or resident of the United States of America or Canada who is temporarily outside these countries;

7. Damages arising out of coercion, criticism, demotion, evaluation, reassignment, discipline, defamation, harassment, humiliation, discrimination against or termination of any employee, or any personnel practices, policies, acts or omissions;

8. Bodily injury to any person in work subject to the Longshore and Harbor Workers' Compensation Act (33 U.S.C. Sections 901 et seq.), the Nonappropriated Fund Instrumentalities Act (5 U.S.C. Sections 8171 et seq.), the Outer Continental Shelf Lands Act (43 U.S.C. Sections 1331 et seq.), the Defense Base Act (42 U.S.C. Sections 1651-1654), the Federal Mine Safety and Health Act (30 U.S.C. Sections 801 et seq. and 901-944), any other federal workers or workmen's compensation law or other federal occupational disease law, or any amendments to these laws;

9. Bodily injury to any person in work subject to the Federal Employers' Liability Act (45 U.S.C. Sections 51 et seq.), any other federal laws obligating an employer to pay damages to an employee due to bodily injury arising out of or in the course of employment, or any amendments to those laws;

10. Bodily injury to a master or member of the crew of any vessel, and does not cover punitive damages related to your duty or obligation to provide transportation, wages, maintenance, and cure under any applicable maritime law;

11. Fines or penalties imposed for violation of federal or state law; and

12. Damages payable under the Migrant and Seasonal Agricultural Worker Protection Act (29 U.S.C. Sections 1801 et seq.) and under any other federal law awarding damages for violation of those laws or regulations issued thereunder, and any amendments to those laws.

D. **We Will Defend**

We have the right and duty to defend, at our expense, any claim, proceeding or suit against you for damages payable by this insurance. We have the right to investigate and settle these claims, proceedings and suits.

We have no duty to defend a claim, proceeding or suit that is not covered by this insurance. We have no duty to defend or continue defending after we have paid our applicable limit of liability under this insurance.

E. **We Will Also Pay**

We will also pay these costs, in addition to other amounts payable under this insurance, as part of any claim, proceeding, or suit we defend:

1. Reasonable expenses incurred at our request, but not loss of earnings;

2. Premiums for bonds to release attachments and for appeal bonds in bond amounts up to the limit of our liability under this insurance;

3. Litigation costs taxed against you;

4. Interest on a judgment as required by law until we offer the amount due under this insurance; and

5. Expenses we incur.

Copyright 2013 National Council on Compensation Insurance, Inc. All Rights Reserved.

Exhibit A

**WORKERS COMPENSATION AND EMPLOYERS LIABILITY INSURANCE POLICY**

WC 00 00 00 C
(Ed. 01-15)

**F.   Other Insurance**

We will not pay more than our share of damages and costs covered by this insurance and other insurance or self-insurance. Subject to any limits of liability that apply, all shares will be equal until the loss is paid. If any insurance or self-insurance is exhausted, the shares of all remaining insurance and self-insurance will be equal until the loss is paid.

**G.   Limits of Liability**

Our liability to pay for damages is limited. Our limits of liability are shown in Item 3.B. of the Information Page. They apply as explained below.

1. Bodily Injury by Accident. The limit shown for "bodily injury by accident-each accident" is the most we will pay for all damages covered by this insurance because of bodily injury to one or more employees in any one accident.

   A disease is not bodily injury by accident unless it results directly from bodily injury by accident.

2. Bodily Injury by Disease. The limit shown for "bodily injury by disease-policy limit" is the most we will pay for all damages covered by this insurance and arising out of bodily injury by disease, regardless of the number of employees who sustain bodily injury by disease. The limit shown for "bodily injury by disease-each employee" is the most we will pay for all damages because of bodily injury by disease to any one employee.

   Bodily injury by disease does not include disease that results directly from a bodily injury by accident.

3. We will not pay any claims for damages after we have paid the applicable limit of our liability under this insurance.

**H.   Recovery From Others**

We have your rights to recover our payment from anyone liable for an injury covered by this insurance. You will do everything necessary to protect those rights for us and to help us enforce them.

**I.   Actions Against Us**

There will be no right of action against us under this insurance unless:

1. You have complied with all the terms of this policy; and

2. The amount you owe has been determined with our consent or by actual trial and final judgment.

This insurance does not give anyone the right to add us as a defendant in an action against you to determine your liability. The bankruptcy or insolvency of you or your estate will not relieve us of our obligations under this Part.

**PART THREE
OTHER STATES INSURANCE**

**A.   How This insurance Applies**

1. This other states insurance applies only if one or more states are shown in Item 3.C. of the Information Page.

2. If you begin work in any one of those states after the effective date of this policy and are not insured or are not self-insured for such work, all provisions of the policy will apply as though that state were listed in item 3.A. of the Information Page.

3. We will reimburse you for the benefits required by the workers compensation law of that state if we are not permitted to pay the benefits directly to persons entitled to them.

Copyright 2013 National Council on Compensation Insurance, Inc. All Rights Reserved.                Page 5 of 8

Exhibit A

# WORKERS COMPENSATION AND EMPLOYERS LIABILITY INSURANCE POLICY

WC 00 00 00 C
(Ed. 01-15)

4. If you have work on the effective date of this policy in any state not listed in Item 3.A. of the Information Page, coverage will not be afforded for that state unless we are notified within thirty days.

## B. Notice

Tell us at once if you begin work in any state listed in Item 3.C. of the Information Page.

## PART FOUR
## YOUR DUTIES IF INJURY OCCURS

Tell us at once if injury occurs that may be covered by this policy.  Your other duties are listed here.

1. Provide for immediate medical and other services required by the workers compensation law.

2. Give us or our agent the names and addresses of the injured persons and of witnesses, and other information we may need.

3. Promptly give us all notices, demands and legal papers related to the injury, claim, proceeding or suit.

4. Cooperate with us and assist us, as we may request, in the investigation, settlement or defense of any claim, proceeding or suit.

5. Do nothing after an injury occurs that would interfere with our right to recover from others.

6. Do not voluntarily make payments, assume obligations or incur expenses, except at your own cost.

## PART FIVE - PREMIUM

## A. Our Manuals

All premium for this policy will be determined by our manuals of rules, rates, rating plans and classifications.  We may change our manuals and apply the changes to this policy if authorized by law or a governmental agency regulating this insurance.

## B. Classifications

Item 4 of the Information Page shows the rate and premium basis for certain business or work classifications.  These classifications were assigned based on an estimate of the exposures you would have during the policy period.  If your actual exposures are not properly described by those classifications, we will assign proper classifications, rates and premium basis by endorsement to this policy.

## C. Remuneration

Premium for each work classification is determined by multiplying a rate times a premium basis.  Remuneration is the most common premium basis.  This premium basis includes payroll and all other remuneration paid or payable during the policy period for the services of:

1. All your officers and employees engaged in work covered by this policy; and

2. All other persons engaged in work that could make us liable under Part One (Workers Compensation Insurance) of this policy. If you do not have payroll records for these persons, the contract price for their services and materials may be used as the premium basis.  This paragraph 2 will not apply if you give us proof that the employers of these persons lawfully secured their workers compensation obligations.

Copyright 2013 National Council on Compensation Insurance, Inc. All Rights Reserved.

Exhibit A

## WORKERS COMPENSATION AND EMPLOYERS LIABILITY INSURANCE POLICY

WC 00 00 00 C
(Ed. 01-15)

D. **Premium Payments**

You will pay all premium when due.  You will pay the premium even if part or all of a workers compensation law is not valid.

E. **Final Premium**

The premium shown on the Information Page, schedules, and endorsements is an estimate. The final premium will be determined after this policy ends by using the actual, not the estimated, premium basis and the proper classifications and rates that lawfully apply to the business and work covered by this policy. If the final premium is more than the premium you paid to us, you must pay us the balance.  If it is less, we will refund the balance to you. The final premium will not be less than the highest minimum premium for the classifications covered by this policy.

If this policy is canceled, final premium will be determined in the following way unless our manuals provide otherwise:

1. If we cancel, final premium will be calculated pro rata based on the time this policy was in force.  Final premium will not be less than the pro rata share of the minimum premium.

2. If you cancel, final premium will be more than pro rata; it will be based on the time this policy was in force, and increased by our short-rate cancelation table and procedure.  Final premium will not be less than the minimum premium.

F. **Records**

You will keep records of information needed to compute premium.  You will provide us with copies of those records when we ask for them.

G. **Audit**

You will let us examine and audit all your records that relate to this policy.  These records include ledgers, journals, registers, vouchers, contracts, tax reports, payroll and disbursement records, and programs for storing and retrieving data.   We may conduct the audits during regular business hours during the policy period and within three years after the policy period ends.   Information developed by audit will be used to determine final premium.  Insurance rate service organizations have the same rights we have under this provision.

### PART SIX - CONDITIONS

A. **Inspection**

We have the right, but are not obliged to inspect your workplaces at any time.  Our inspections are not safety inspections.  They relate only to the insurability of the workplaces and the premiums to be charged.  We may give you reports on the conditions we find.  We may also recommend changes.  While they may help reduce losses, we do not undertake to perform the duty of any person to provide for the health or safety of your employees or the public.  We do not warrant that your workplaces are safe or healthful or that they comply with laws, regulations, codes or standards. Insurance rate service organizations have the same rights we have under this provision.

B. **Long Term Policy**

If the policy period is longer than one year and sixteen days, all provisions of this policy will apply as though a new policy were issued on each annual anniversary that this policy is in force.

C. **Transfer of Your Rights and Duties**

Your rights or duties under this policy may not be transferred without our written consent.

Copyright 2013 National Council on Compensation Insurance, Inc. All Rights Reserved.

Exhibit A

## WORKERS COMPENSATION AND EMPLOYERS LIABILITY INSURANCE POLICY

WC 00 00 00 C
(Ed. 01-15)

If you die and we receive notice within thirty days after your death, we will cover your legal representative as insured.

D. **Cancelation**

1. You may cancel this policy. You must mail or deliver advance written notice to us stating when the cancelation is to take effect.

2. We may cancel this policy. We must mail or deliver to you not less than ten days advance written notice stating when the cancelation is to take effect. Mailing that notice to you at your mailing address shown in Item 1 of the Information Page will be sufficient to prove notice.

3. The policy period will end on the day and hour stated in the cancelation notice.

4. Any of these provisions that conflict with a law that controls the cancelation of the insurance in this policy is changed by this statement to comply with the law.

E. **Sole Representative**

The insured first named in Item 1 of the Information Page will act on behalf of all insureds to change this policy, receive return premium, and give or receive notice of cancelation.

Copyright 2013 National Council on Compensation Insurance, Inc. All Rights Reserved.

Exhibit A



# WORKERS COMPENSATION AND EMPLOYERS LIABILITY INSURANCE POLICY

WC 00 04 21 E
(Ed. 01-21)

### CATASTROPHE (OTHER THAN CERTIFIED ACTS OF TERRORISM)
### PREMIUM ENDORSEMENT

This endorsement is notification that your insurance carrier is charging premium to cover the losses that may occur in the event of a Catastrophe (Other Than Certified Acts of Terrorism) as that term is defined below. Your policy provides coverage for workers compensation losses caused by a Catastrophe (Other Than Certified Acts of Terrorism). This premium charge does not provide funding for Certified Acts of Terrorism contemplated under the Terrorism Risk Insurance Program Reauthorization Act Disclosure Endorsement (WC 00 04 22 C), attached to this policy.

For purposes of this endorsement, the following definitions apply:

- Catastrophe (Other Than Certified Acts of Terrorism): Any single event, resulting from an Earthquake, Noncertified Act of Terrorism, or Catastrophic Industrial Accident, which results in aggregate workers compensation losses in excess of $50 million.

- Earthquake: The shaking and vibration at the surface of the earth resulting from underground movement along a fault plane or from volcanic activity.

- Noncertified Act of Terrorism: An event that is not certified as an Act of Terrorism by the Secretary of the Treasury pursuant to the Terrorism Risk Insurance Act of 2002 (as amended) but that meets all of the following criteria:

  **a.** It is an act that is violent or dangerous to human life, property, or infrastructure;

  **b.** The act results in damage within the United States, or outside of the United States in the case of the premises of United States missions or air carriers or vessels as those terms are defined in the Terrorism Risk Insurance Act of 2002 (as amended); and

  **c.** It is an act that has been committed by an individual or individuals as part of an effort to coerce the civilian population of the United States or to influence the policy or affect the conduct of the United States Government by coercion.

- Catastrophic Industrial Accident: A chemical release, large explosion, or small blast that is localized in nature and affects workers in a small perimeter the size of a building.

The premium charge for the coverage your policy provides for workers compensation losses caused by a Catastrophe (Other Than Certified Acts of Terrorism) is shown in Item 4 of the Information Page or in the Schedule below.

### Schedule

| State | Rate | Premium |
|-------|------|---------|

**See Item 4 Extension WC 00 00 01A**

This endorsement changes the policy to which it is attached and is effective on the date issued unless otherwise stated.

**(The information below is required only when this endorsement is issued subsequent to preparation of the policy.)**

Endorsement Effective                          Policy No.                                    Endorsement No.

Insured                                                                                                    Premium:

Insurance Company                           Countersigned by_____

Copyright 2020 National Council on Compensation Insurance, Inc. All Rights Reserved. Page 1 of 1

Exhibit A



## WORKERS COMPENSATION AND EMPLOYERS LIABILITY INSURANCE POLICY

WC 00 04 22 C
(Ed. 01-21)

### TERRORISM RISK INSURANCE PROGRAM REAUTHORIZATION ACT DISCLOSURE ENDORSEMENT

This endorsement addresses the requirements of the Terrorism Risk Insurance Act of 2002 as amended and extended by the Terrorism Risk Insurance Program Reauthorization Act of 2019. It serves to notify you of certain limitations under the Act, and that your insurance carrier is charging premium for losses that may occur in the event of an Act of Terrorism.

Your policy provides coverage for workers compensation losses caused by Acts of Terrorism, including workers compensation benefit obligations dictated by state law. Coverage for such losses is still subject to all terms, definitions, exclusions, and conditions in your policy, and any applicable federal and/or state laws, rules, or regulations.

### Definitions

The definitions provided in this endorsement are based on and have the same meaning as the definitions in the Act. If words or phrases not defined in this endorsement are defined in the Act, the definitions in the Act will apply.

"Act" means the Terrorism Risk Insurance Act of 2002, which took effect on November 26, 2002, and any amendments thereto, including any amendments resulting from the Terrorism Risk Insurance Program Reauthorization Act of 2019.

"Act of Terrorism" means any act that is certified by the Secretary of the Treasury, in consultation with the Secretary of Homeland Security, and the Attorney General of the United States, as meeting all of the following requirements:

**a.** The act is an act of terrorism.

**b.** The act is violent or dangerous to human life, property, or infrastructure.

**c.** The act resulted in damage within the United States, or outside of the United States in the case of the premises of United States missions or certain air carriers or vessels.

**d.** The act has been committed by an individual or individuals as part of an effort to coerce the civilian population of the United States or to influence the policy or affect the conduct of the United States Government by coercion.

"Insured Loss" means any loss resulting from an act of terrorism (and, except for Pennsylvania, including an act of war, in the case of workers compensation) that is covered by primary or excess property and casualty insurance issued by an insurer if the loss occurs in the United States or at the premises of United States missions or to certain air carriers or vessels.

"Insurer Deductible" means, for the period beginning on January 1, 2021, and ending on December 31, 2027, an amount equal to 20% of our direct earned premiums during the immediately preceding calendar year.

### Limitation of Liability

The Act limits our liability to you under this policy. If aggregate Insured Losses exceed $100,000,000,000 in a calendar year and if we have met our Insurer Deductible, we are not liable for the payment of any portion of the amount of Insured Losses that exceeds $100,000,000,000; and for aggregate Insured Losses up to $100,000,000,000, we will pay only a pro rata share of such Insured Losses as determined by the Secretary of the Treasury.

### Policyholder Disclosure Notice

**1.** Insured Losses would be partially reimbursed by the United States Government. If the aggregate industry Insured Losses occurring in any calendar year exceed $200,000,000, the United States Government would pay 80% of our Insured Losses that exceed our Insurer Deductible.

Copyright 2020 National Council on Compensation Insurance, Inc. All Rights Reserved.

Exhibit A

# WORKERS COMPENSATION AND EMPLOYERS LIABILITY INSURANCE POLICY

WC 00 04 22 C

(Ed. 01-21)

**2.** Notwithstanding item 1 above, the United States Government will not make any payment under the Act for any portion of Insured Losses that exceed $100,000,000,000.

**3.** The premium charge for the coverage your policy provides for Insured Losses is included in the amount shown in Item 4 of the Information Page or in the Schedule below.

**Schedule**

| State | Rate | Premium |
|-------|------|---------|

**See Item 4 Extension WC 00 00 01A**

This endorsement changes the policy to which it is attached and is effective on the date issued unless otherwise stated.

**(The information below is required only when this endorsement is issued subsequent to preparation of the policy.)**

Endorsement Effective                    Policy No.                          Endorsement No.

Insured                                                                                   Premium $

Insurance Company                        Countersigned by_____

Copyright 2020 National Council on Compensation Insurance, Inc. All Rights Reserved.

Exhibit A



# WORKERS COMPENSATION AND EMPLOYERS LIABILITY INSURANCE POLICY

WC 00 04 14 A
(Ed. 01-19)

## 90-DAY REPORTING REQUIREMENT - NOTIFICATION OF CHANGE IN OWNERSHIP ENDORSEMENT

You must report any change in ownership to us in writing within 90 days of the date of change. Change in ownership includes sales, purchases, other transfers, mergers, consolidations, dissolutions, formations of a new entity, and other changes provided for in the applicable experience rating plan. Experience rating is mandatory for all eligible insureds. The experience rating modification factor, if any, applicable to this policy, may change if there is a change in your ownership or in that of one or more of the entities eligible to be combined with you for experience rating purposes.

Failure to report any change in ownership, regardless of whether the change is reported within 90 days of such change, may result in revision of the experience rating modification factor used to determine your premium.

This reporting requirement applies regardless of whether an experience rating modification is currently applicable to this policy.

This endorsement changes the policy to which it is attached and is effective on the date issued unless otherwise stated.

**(The information below is required only when this endorsement is issued subsequent to preparation of the policy.)**

Endorsement Effective                    Policy No.                    Endorsement No.

Insured                                                          Premium $

Insurance Company                              Countersigned by _____

Copyright 2018 National Council on Compensation Insurance, Inc. All Rights Reserved.                    Page 1 of 1

Exhibit A



## WORKERS COMPENSATION AND EMPLOYERS LIABILITY INSURANCE POLICY

WC 00 04 19
(Ed. 01-01)

### PREMIUM DUE DATE ENDORSEMENT

This endorsement is used to amend:

Section D. of Part Five of the policy is replaced by this provision.

### PART FIVE
### PREMIUM

D.  **Premium** is amended to read:

You will pay all premium when due.  You will pay the premium even if part or all of a workers compensation law is not valid.  **The due date for audit and retrospective premiums is the date of the billing.**

This endorsement changes the policy to which it is attached and is effective on the date issued unless otherwise stated.

**(The information below is required only when this endorsement is issued subsequent to preparation of the policy.)**

Endorsement Effective                    Policy No.                    Endorsement No.

Insured                                                        Premium $

Insurance Company                    Countersigned by_____

Copyright, 2000 National Council on Compensation Insurance, Inc.                    Page 1 of 1

Exhibit A



THIS ENDORSEMENT CHANGES THE POLICY.  PLEASE READ IT CAREFULLY.

## AMENDATORY ENDORSEMENT - LIABILITY INSURANCE

Notice given by **you** or on **your** behalf to any of **our** agents, with information sufficient to identify the **Insured**, shall be considered to be notice to **us**.

MI 00 23 06 98                                                                                              Page 1 of 1

<span style="color:red">Exhibit A</span>



THIS ENDORSEMENT CHANGES THE POLICY.  PLEASE READ IT CAREFULLY.

## MINIMUM PREMIUM ENDORSEMENT

In the event of early cancellation, this policy is subject to an **earned minimum premium** charge.  This means that any refund of premium will be subject to the **earned minimum premium** as set forth in the Company's (our) manual of rules and rates.

However, if the Company (we) cancel the policy, the refund will be on a pro rata basis.

All other provisions and terms of the policy apply.

Exhibit A



# POLICIES SUBJECT TO AUDIT

When used as a premium basis:

**1.** **"admissions"** means the total number of persons, other than your employees, admitted to the event insured or to events conducted on the premises whether on paid admission tickets, complimentary tickets or passes;

**2.** **"total cost"** means the total cost to you with respect to operations performed for you during the policy period by independent contractors of all work let or sub-let in connection with each specific project, including the cost of all labor, materials and equipment furnished, used or delivered for use in the execution of such work, whether furnished by the owner, contractor or subcontractor, including all fees, allowances, bonuses or commissions made, paid or due;

**3.** **"gross sales"** means the gross amount charged by you, your concessionaires, or by others trading or performing operations under your name for all goods and products sold or distributed during the policy period and charged during the policy period for installation, servicing or repair, and includes taxes, other than taxes which you and such others collect as a separate item and remit directly to a governmental division;

**4.** **"payroll"** means the entire remuneration (money or substitutes for money) earned during the policy period by proprietors and by your employees, other than chauffeurs (except operators of mobile equipment) and aircraft pilots and co-pilots, subject to any overtime earnings or limitations of the remuneration rule applicable in accordance with the manuals in use by the company;

**5.** **"employee"** means a person who works for an employer on any given day, whether the actual hours worked on that day are one hour or as much as 24 hours.  Premium is determined as follows:

Full Time Employee means -

   **a.** each owner, partner or active corporate officer;
   **b.** any person working 120 days or more during the annual policy period.

Part Time Employee means -

   **c.** any person who worked less than 120 days during the annual policy period.  For premium determination purposes, the total aggregate number of days worked by all part time employees will be computed, then divided by 120 days and rounded to the next highest whole number.  This figure is the number of applicable part time employees that will be charged for during the policy period.

Exhibit A



THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY.

## APPLICATION INCORPORATED INTO POLICY

It is expressly understood and agreed this policy is issued in full reliance on all information provided in your application for this insurance.  All information provided in the application is deemed material and not a mere representation and is warranted by you to be truthful and correct.  This application for insurance, whether signed or not signed by you, is hereby incorporated for all purposes as a part of this policy of insurance as if specifically attached hereto.  You understand should any information contained in the application be incorrect or not truthful, this policy may at any time be declared void in its entirety and relieve the company from any duty to provide coverage or pay any claim.

Exhibit A

| | | |
|---|---|---|
| STATE OF INDIANA | ) | IN THE BARTHOLOMEW _____ COURT |
| | ) SS: | Bartholomew Superior Court 2 |
| COUNTY OF BARTHOLOMEW | ) | CAUSE NO. _____ |
| | | 03D02-2406-PL-003584 |

TOP DOG CAR WASH, LLC,     )
    )
        Plaintiff,     )
    )
    v.     )
    )
THE CELINA MUTUAL INSURANCE     )
COMPANY     )
    )
    )
        Defendant.     )

## SUMMONS

TO DEFENDANT:    The Celina Mutual Insurance Company
    c/o Corporation Service Company, Registered Agent
    135 N. Pennsylvania Street, Suite 1610
    Indianapolis, IN 46204-2448

    You are hereby notified that you have been sued by the person named as Plaintiff and in the Court indicated above.

    The nature of the suit against you is stated in the Complaint which is attached to this Summons. It also states the relief sought or the demand made against you by the Plaintiff.

    An answer or other appropriate response in writing to the Complaint must be filed either by you or your attorney within twenty (20) days, commencing the day after you receive this Summons, (or twenty-three (23) days if this Summons was received by mail), or a judgment by default may be rendered against you for the relief demanded by Plaintiff.

    If you have a claim for relief against the Plaintiff arising from the same transaction or occurrence, you must assert it in your written answer.

6/28/2024

Dated _____      _____
        Clerk, Bartholomew County Circuit/Superior Court

**Attorney for Plaintiff(s):**        **Clerk Information:**

Michael L. Schultz (20361-49)        234 Washington Street
Jackson A. Hughes (38226-49)        Columbus, IN 47201
PARR RICHEY FRANDSEN PATTERSON
  KRUSE LLP
251 N. Illinois Street, Suite 1800
Indianapolis, IN 46204
Telephone:    (317) 269-2500
Facsimile:    (317) 269-2514

7251892

**The following manner of service of Summons is hereby designated:**

   <u> X     </u>  **Registered or Certified Mail**
   <u>       </u>  **Service on individual at above address: County** <u>           </u>
   <u>       </u>  **Service on agent: (specify)** <u>               </u>
   <u>       </u>  **Service by Publication**

## CLERK'S CERTIFICATE OF MAILING

      I hereby certify that on the _____ day of _____, 2024 I mailed a copy of this Summons and a copy of the Complaint to the Defendant, The Celina Mutual Insurance Company, by certified mail, requesting a return receipt, at the address furnished by the Plaintiff.

Dated  _____                _____
                                        Clerk, Bartholomew County Circuit/Superior Court

### RETURN ON SERVICE OF SUMMONS BY MAIL

      I hereby certify that the attached return receipt was received by me showing that the summons and a copy of the Complaint mailed to the Defendant, was accepted on the _____ day of _____ 2024.

      I hereby certify that the attached return receipt was received by me on the _____ day of _____ 2024, showing that the summons and a copy of the Complaint was returned not accepted.

      I hereby certify that the attached return receipt was received by me showing that the Summons and a copy of the Complaint mailed to the Defendant, was accepted by _____ (age) _____ on behalf of said Defendant on the _____ day of _____ 2024.

                                          _____
                                        Clerk, Bartholomew County Circuit/Superior Court

### SERVICE ACKNOWLEDGED

      A copy of the within Summons and a copy of the Complaint attached thereto were received by me at _____.

Dated _____         _____
                                        Signature of Defendant

### RETURN OF SERVICE OF SUMMONS

      I hereby certify that I have served the within Summons:

(1) By delivering a copy of the Summons and a copy of the Complaint to the Defendant on the _____ day of _____ 2024.

(2) By leaving a copy of the Summons and a copy of the Complaint:
          a)  at the dwelling place or usual place of abode of the Defendant
          b)  with a person of suitable age and discretion residing therein, namely _____ and by mailing a copy of the Summons to the Defendant, by first class mail, to the address listed on the Summons, the last known address of the Defendant.

                                        _____
Sheriff of _____ County, Indiana
By: _____

STATE OF INDIANA            )     BARTHOLOMEW COUNTY
                                )     SUPERIOR COURT 2
                                ) SS:
COUNTY OF BARTHOLOMEW     )     CAUSE NO. 03D02-2406-PL-003584

TOP DOG CAR WASH, LLC        )
                                )
       Plaintiff                 )
vs                                    )
                                )
THE CELINA MUTUAL INSURANCE     )
COMPANY                          )
                                )
       Defendant.            )

## APPEARANCE BY ATTORNEYS IN CIVIL CASE

1.      The party on whose behalf this form is being filed is:

       Initiating _____     Responding  X_____     Intervening _____; and

       the undersigned attorney and all attorneys listed on this form now appear in this case for the following parties:

       Name of parties: **The Celina Mutual Insurance Company**

2.      Attorney information for service as required by Trial Rule 5(B)(2):

          Name: Katherine M. Haire_____     Atty. Number: 31330-49

          Address: Reminger Co., L.P.A.
                       College Park Plaza
                       8909 Purdue Road, Suite 200
                       Indianapolis, Indiana 46268

          Phone: 317-352-5240  Fax:317-228-0943

          E-mail Addresses:  khaire@reminger.com

          Name: Timothy B. Spille_____     Atty. Number: 32261-15

          Address: Reminger Co., L.P.A.
                       525 Vine Street
                       Suite 1500
                       Cincinnati, Ohio 45202

Phone: <u>513-721-1311</u>  Fax:<u>513-721-2553</u>

E-mail Addresses:  <u>tspille@reminger.com</u>

3.      This is a <u>____CT____</u> case type as defined in administrative Rule 8(B)(3).

4.      I will accept service by:

Fax at the above noted number:    Yes_____     No___X____
Email at the above noted address:  Yes_____     No___X____

5.      This case involves child support issues.    Yes_____     No___X___ (*If  Yes,
supply  social  security  numbers  for  all  family  members  on  a  separately  attached
document filed as confidential information on **light green paper**.  Use Form TCM-TR3.1-
4.*)

6.      This case involves a protection from abuse order, a workplace violence restraining
order, or a no contact order.          Yes___  No ____X___ (*If Yes, the initiating party
must provide an address for the purpose of legal service but that address should not be
one that exposes the whereabouts of a petitioner.*)  The party shall use the following
address for purposes of legal service: ____N/A_____

7.      This case involves a petition for involuntary commitment. Yes ____   No__X____

8.      If Yes above, provide the following regarding the individual subject to the petition
for involuntary commitment. _____N/A_____

9.      There are related cases: Yes _____     No___X___ (*If Yes, list on continuation page.*)

10.    Additional information required by local rule: _____None_____

11.    There are other party members:   Yes___  No _X__ (*If Yes, list on continuance
page.*)

12.    This form has been served on all other parties and Certificate of Service is attached:
Yes __X_____        No _____

Respectfully submitted,

<u>/s/Katherine M. Haire</u>
Katherine M. Haire (31330-49)
**REMINGER CO., L.P.A.**
College Park Plaza
8909 Purdue Road, Suite 200
Indianapolis, IN 46268
T: 317-663-8570 | F: 317-228-0943
khaire@reminger.com

2

*/s/ Timothy B. Spille*
Timothy B. Spille (32261-15)
REMINGER CO., L.P.A.
525 Vine Street, Suite 1500
Cincinnati, OH  45202
Phone: (513) 721-1311 | F:  (513) 721-2553
tspille@reminger.com

**Attorneys for Defendant**

## CERTIFICATE OF SERVICE

I certify that, on July 16, 2024, I filed the foregoing document in accordance with

Trial Rule 86 using the Court's Electronic Filing System.  On the same day, I served a copy

of the foregoing document to below Counsel of Record using the Indiana Electronic Filing

System.

Michael L.  Schultz
Jackson A. Hughes
PARR RICHEY FRANDSEN PATTERSON & KRUSE LLP
251 N. Illinois Street, Suite 1800
Indianapolis, IN  46204

*/s/Katherine M. Haire*
Katherine M. Haire (31330-49)
**REMINGER CO., L.P.A.**

Filed: 7/16/2024 5:33 PM
Bartholomew Superior Court 2
Bartholomew County, Indiana

STATE OF INDIANA         )     BARTHOLOMEW COUNTY
            )     SUPERIOR COURT 2
         ) SS:
COUNTY OF BARTHOLOMEW   )     CAUSE NO. 03D02-2406-PL-003584

TOP DOG CAR WASH, LLC    )
            )
     Plaintiff        )
vs                )
            )
THE CELINA MUTUAL INSURANCE )
COMPANY           )
            )
     Defendant.     )

## DEFENDANT'S UNOPPOSED MOTION FOR ENLARGEMENT OF TIME TO RESPOND TO PLAINTIFF'S COMPLAINT

Comes now Defendant, The Celina Mutual Insurance Company ("Defendant"), by Counsel, and respectfully moves this Court for an enlargement of time of thirty days in which to answer or otherwise respond to Plaintiff's Complaint.   In support hereof, Defendant state as follows:

1. On June 28, 2024, Plaintiff Top Dog Car Wash, LLC filed a Complaint, alleging claims of breach of contract and bad faith.  Plaintiff also seeks a declaratory judgment as to a policy of insurance issued by Defendant.

2. Plaintiff served Defendant with a copy of the Complaint via certified mail on July 5, 2024.   Therefore, Defendant's current deadline to respond to the Complaint is Monday, July 29, 2024.

3. Defendant seeks an enlargement of time of thirty (30) days within which to investigate the claims raised and to appropriately respond to Plaintiff's Complaint for Damages, up to and including August 28, 2024.

4. This motion is timely brought before the expiration of the original responsive deadline, and no prior extensions have been sought.

5. This Motion is not made for purpose of delay but rather because additional time is needed to investigate the allegations and respond appropriately.

6. Counsel for Plaintiff has advised that he does not object to the requested extension.

WHEREFORE, Defendant, The Celina Mutual Insurance Company, by counsel, respectfully requests an enlargement of time of thirty days, up to and including August 28, 2024, in order to respond to Plaintiff's Complaint, and for all other just and proper relief in the premises.

Respectfully submitted,

*/s/Katherine M. Haire*
Katherine M. Haire (31330-49)
**REMINGER CO., L.P.A.**
College Park Plaza
8909 Purdue Road, Suite 200
Indianapolis, IN 46268
T: 317-663-8570 | F: 317-228-0943
khaire@reminger.com

*/s/ Timothy B. Spille*
Timothy B. Spille (32261-15)
REMINGER CO., L.P.A.
525 Vine Street, Suite 1500
Cincinnati, OH  45202
T: (513) 721-1311 | F: (513) 721-2553
tspille@reminger.com

**Attorneys for Defendant**

## <u>CERTIFICATE OF SERVICE</u>

I certify that, on July 16, 2024, I filed the foregoing document in accordance with

Trial Rule 86 using the Court's Electronic Filing System.  On the same day, I served a copy

of the foregoing document to below Counsel of Record using the Indiana Electronic Filing

System.

Michael L.  Schultz
Jackson A. Hughes
PARR RICHEY FRANDSEN PATTERSON & KRUSE LLP
251 N. Illinois Street, Suite 1800
Indianapolis, IN  46204

*/s/Katherine M. Haire*
Katherine M. Haire (31330-49)
**REMINGER CO., L.P.A.**

STATE OF INDIANA )      BARTHOLOMEW COUNTY
                          )      SUPERIOR COURT 2
                        ) SS:
COUNTY OF BARTHOLOMEW    )      CAUSE NO. 03D02-2406-PL-003584

TOP DOG CAR WASH, LLC    )
                          )
     Plaintiff         )
vs                        )
                          )
THE CELINA MUTUAL INSURANCE  )
COMPANY                   )
                          )
     Defendant.        )

### ORDER GRANTING DEFENDANT'S UNOPPOSED MOTION FOR ENLARGEMENT OF TIME TO RESPOND TO PLAINTIFF'S COMPLAINT

This matter comes before the Court on the Unopposed Motion for Enlargement of Time to Respond to Plaintiff's Complaint, filed by Defendant The Celina Mutual Insurance Company.  This Court, being duly advised in the premises, hereby finds that this Motion should be **GRANTED.**

It is therefore **ORDERED** that Defendant, The Celina Mutual Insurance Company, shall have up to and including **August 28, 2024**, to responsively plead to Plaintiff's Complaint.

Dated:_7/17/2024____      _____

     Magistrate/Judge, Bartholomew County Superior Court

Distribution:  All counsel of record via IEFS.

1